IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SARAH H. GABRIEL, DVM,<br><br>Plaintiff,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY, BOARD OF TRUSTEES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:26-cv-01720<br><br>Judge Algenon L. Marbley<br><br>Magistrate Judge Chelsey M. Vascura |

PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Sarah H. Gabriel, DVM moves under Rule 65(a) of the Federal Rules of Civil Procedure for a preliminary injunction restoring her to the clinical duties of her appointment as a second-year resident in Equine and Large Animal Internal Medicine at the Defendant's College of Veterinary Medicine, pending final judgment in this action.

Dr. Gabriel asks the Court to enter an order that:

1. Directs the Defendant, and its officers, agents, servants, employees and attorneys, to restore Dr. Gabriel within seven days to the clinical duties of her appointment on the same terms that applied before September 24, 2026, including assignment to clinical rotations, primary responsibility for patients on her service, on-call and emergency duty, and the instruction of veterinary students on clinics;
2. Directs that Dr. Gabriel's clinical supervision be provided by her academic advisor, Dr. Teresa Burns, or by any other member of the Equine Medicine section faculty who is not a respondent in the Defendant's pending Civil Rights Compliance Office investigation;

3. Directs the Defendant to maintain Dr. Gabriel in those duties pending final judgment, and restrains it from removing her from them except upon written notice stating the basis for the removal and the procedure available to her to contest it; and

4. Sets security under Rule 65(c) in a nominal amount.

The grounds for the motion are set out in the accompanying memorandum in support and in the Declaration of Sarah H. Gabriel, DVM and the exhibits to it, which are filed with this motion and incorporated by reference. In summary, the Defendant removed Dr. Gabriel from all clinical duties on September 24, 2026 after a single dosing error she identified and reported herself, has identified no other incident underlying the exclusion and no authority for continuing it, has assigned her no status under its own Residency Program Handbook, and has given her no review, no appeal and no end date. A residency is a fixed term of supervised clinical training with a board certification examination at the end of it. Time out of training cannot be restored later, and the loss is not compensable in money.

The order sought restores the status quo as it existed before September 24, 2026. It requires the Defendant only to permit an employee it is already paying to perform the work she was appointed to perform, under a supervisor who has agreed to serve. It does not ask the Court to expunge the letter of probation, to order any payment, or to resolve the merits of any claim.

Under S.D. Ohio Civ. R. 65.1(a), counsel will obtain a date and time for an informal preliminary conference from the assigned Judge's office upon assignment of this case and will immediately notify the Defendant of the filing of this motion and of the date, time and location of that conference. Dr. Gabriel requests an evidentiary hearing if the Court concludes that one is necessary.

Respectfully submitted,

/s/ Alex F. Freitag

Alex F. Freitag (0089336)
Trial Attorney for Plaintiff
Brian D. Bardwell (0098423)
SPEECH LAW LLC
4403 Saint Clair Avenue, Suite 400
Cleveland, Ohio 44103
Telephone: (513) 549-5517
Alex.Freitag@speech.law
Jonathan G. Gabriel (Cal. Bar No. 140381)
(pro hac vice motion forthcoming)
GABRIEL LAW GROUP, PC
PO Box 261697
Encino, California 91426
Telephone: (818) 578-8700
gabriellawgroup@gmail.com
Counsel for Plaintiff Sarah H. Gabriel, DVM

CERTIFICATE OF SERVICE

I certify that on November 25, 2026, the foregoing will be served by ordinary U.S. mail on The Ohio State University, Board of Trustees, at 1590 North High Street, Suite 500, Columbus, Ohio 43201.

/s/ Alex F. Freitag

Alex F. Freitag (0089336)
Trial Attorney for Plaintiff
Brian D. Bardwell (0098423)
SPEECH LAW LLC
4403 Saint Clair Avenue, Suite 400
Cleveland, Ohio 44103
Telephone: (513) 549-5517
Alex.Freitag@speech.law
Jonathan G. Gabriel (Cal. Bar No. 140381)
(pro hac vice motion forthcoming)
GABRIEL LAW GROUP, PC
PO Box 261697
Encino, California 91426
Telephone: (818) 578-8700

gabriellawgroup@gmail.com
Counsel for Plaintiff Sarah H. Gabriel, DVM