# EXHIBIT 1

Offer of appointment, March 3, 2025

THE OHIO STATE UNIVERSITY

March 3, 2025

Dr. Sarah Gabriel, DVM
2485 Santa Barbara Ave
Los Olivos, California 93441

Dear Dr. Gabriel,

Congratulations on your new opportunity with The Ohio State University! We are proud to have you as part of our diverse, thriving community. Everyday faculty, staff, and students bring to life our incomparable Buckeye Spirit to build our legacy and make a lasting impact. Thank you for choosing to commit to our institution where friendships are forged, tradition is honored, and our mission is advanced.

You will be appointed to a Term (Fixed Term), Full-Time, Twelve-Month appointment as a Veterinary Resident with a base salary of $53,360 beginning July 15, 2025. This position will end on July 14, 2028. You will be required to be on campus beginning that day. You will be paid in twelve (12) substantially equal monthly installments in accordance with Ohio State's standard payroll practices and subject to withholdings and deductions as required by law. Please note that your first and last paychecks will be pro-rated based on your start and ending dates.

In Process

This appointment is subject to the approval of the Board of Trustees, and your employment is subject to all rules, regulations, and policies of the university, as they may be amended and updated from time to time, and to the availability of funds. Residency appointments carry no presumption of ongoing employment beyond the end of this appointment.

As part of this position, we expect the highest standards of clinical practice and patient care, excellent client communication and service, exceptional referral and consultation service for referring veterinarians, dedicated and engaged clinical education of our professional veterinary students and interns, and working as a cohesive and integrated member of our veterinary healthcare team. You will also be responsible for following hospital policies and procedures, which include but are not limited to appropriate medical recordkeeping on your cases, submission of appropriate fees, and timely preparation of procedure reports. If your area provides after-hours service, you will share in the provision of those services, and are expected to be available (by phone and within a 15-minute drive time or less) at all times during your assigned on-call shifts. Please plan accordingly as you become established in the area. We expect your full-time commitment to our program and therefore we do not permit your participation in private practice and/or external professional consulting activities during your residency.

As an employee of The Ohio State University, you will be subject to all applicable employment and other policies of Ohio State, as outlined on the Office of Human Resources website located at https://hr.osu.edu, and all applicable laws. Employees and students are responsible to know and adhere to all university and department policies and rules and to make a concerted effort to understand those that relate directly to their scholarship and work. Leaders, managers and supervisors have a heightened responsibility in this regard. Policies and rules of The Ohio State University, as well as applicable state and federal law govern your employment and student status. University policies and rules are located at https://hr.osu.edu/policies-forms.

The university is an affirmative action and equal employment opportunity employer. We are committed to building and maintaining a community that reflects human diversity, to improving opportunities for all, and to supporting affirmative action and equal employment opportunity (see the university's Affirmative Action and Equal Employment Opportunity Policy). The university also has a policy regarding Sexual Misconduct, Sexual Harassment and Relationship Violence (1.15) and Workplace Violence (7.05). Information about these and all

other University policies can be found at https://policies.osu.edu/. Annually, all faculty, staff, and student employees are required to complete the sexual misconduct prevention online course, which can be accessed by logging in to https://buckeyelearn.osu.edu with your credentials. Failure to complete the training by the deadline will result in ineligibility for the annual merit increase for that fiscal year.

Collegiality, civility, mutual support, and respect for others are strongly held values in the College of Veterinary Medicine. We support diverse beliefs and the free exchange of ideas and expect that faculty, staff, and students promote these values and apply them in a professional manner in all academic endeavors to facilitate an excellent workplace atmosphere conducive to effective learning, scholarly achievement and a high level of job satisfaction. The College is committed to evaluating the practice of these values as part of faculty performance evaluations.

You are encouraged to become familiar with our mission, vision, core values and guiding principles for the Department of Veterinary Clinical Sciences (https://vet.osu.edu/departments-offices/clinical-sciences#mission) and the VCS Residency Program Handbook. Our vision is to create and maintain academic, clinical, research, and outreach programs that are recognized nationally and internationally for their quality and innovation. While striving toward this vision, we are mindful of values that guide our personal and collective works. Central to these are intellectual integrity, professionalism, innovation, commitment, accountability, and a drive for excellence. These core values are representative of the standards and principles we embrace individually and collectively.

Veterinary Licensure and Background Checks
The Ohio Revised Code requires all Veterinarians within the College to hold a current Ohio license to practice veterinary medicine. A *limited license* is sufficient for all individuals whose sole professional capacity is served within their college-related duties. Holding a limited license restricts you to engaging in the practice of veterinary medicine only to the extent necessary to fulfill your employment obligations. Practice of veterinary medicine outside of the College requires full licensure; however, this is not permitted for interns and residents. If at any time you lose eligibility to be licensed, your employment with the University will be at risk. This offer is contingent upon your eligibility to obtain and maintain the minimal state requirement of a limited license. **This application should be completed online, along with payment, to the Ohio Veterinary Medical Licensing Board by April 11. 2025. The licensure application can be found here: https://elicense.ohio.gov/**. Additional information on licensure can be obtained from the Ohio Veterinary Medical Licensing Board website http://ovmlb.ohio.gov/. To obtain a limited license, you will be required to be fingerprinted for a BCI/FBI background check. Fingerprinting for the BCI/FBI background check is required before the start of your residency. **This fingerprinting process should be started by April 11, 2025 as well. More information will be sent to you via email about this requirement.**

Non-Competition, Non-Solicitation Agreement
During the term of employment and for a period of one (1) year after the termination or expiration of your employment with Ohio State for any reason you agree that you shall not, in any capacity, whether individually, as an owner, partner, advisor, investor, employee, consultant, officer, director, shareholder, or in any other capacity, directly or indirectly:

> Solicit the business of any person, firm, entity, institution or business with whom The Ohio State University Veterinary Medical Center, has or has had an arrangement to provide veterinary services and/or solicit or attempt to solicit any of The Ohio State University Veterinary Medical Center's clients to receive veterinary services from employee or any employer, person, firm, entity or business associated with you (other than from The Ohio State University Veterinary Medical Center); and/or
>
> Own, engage, establish or operate a veterinary practice/clinic or engage in any veterinary practice business which is competitive with and within our practice area e.g. 30-mile radius from any location of the Veterinary Medical Center.

This provision shall survive the termination or expiration of this Agreement. You acknowledge and agree that the geographic area set forth above is the area from which The Ohio State University Veterinary Medical Center derives a substantial portion of its clients, that the foregoing restriction is a reasonable one for the

protection of the good will and business of The Ohio State University Veterinary Medical Center and that the foregoing restriction does not place any undue hardship on you.

You acknowledge and agree that the University's remedy at law for any breach of these employment and post-employment obligations would be inadequate and that temporary and permanent injunctive relief may be granted in any proceeding which may be brought to enforce the provisions of this letter of offer without the necessity of proof of actual damages. Such remedy shall be cumulative, non-exclusive and shall be in addition to any other available remedy. In the event that any provision of this Non-Competition, Non-Solicitation Agreement is determined by a court of competent jurisdiction to be unenforceable, you understand that the court has jurisdiction to reform this Non-Competition, Non-Solicitation Agreement, and enforce the intent of the parties to the maximum extent permitted by law. The time period reflected in this section shall not include such time as may be required for litigation or appeal or such time as you are in breach of the terms of this letter of offer so that such one year period shall be extended for a period equal to that in which you are in breach and such time as may be required until final adjudication of any litigation or appeal.

Further, you represent and warrant to The University that you are free to enter into employment with the University. You are not a party to nor bound by any agreement which does or might conflict with the performance of your obligations hereunder. If you are subject to any such agreement, this offer, and your employment may be terminated by the University at any time.

As an employee in the College of Veterinary Medicine, it is a requirement of the University to identify your emergency and disaster preparedness status. As a result of your new position, in the event the University, college, department or unit closes or alters their operations you will be designated as such:

In Process

- **Essential** employee for a short-term closure covered under Weather or Other Short-Term Closing Policy 6.15 (e.g. snow days) when the VMC is operating as "Business as Usual" or "Emergency Services Only". Please consult your immediate supervisor regarding associated procedures within your unit. You will be responsible for ensuring you understand the policies and procedures.
- **Essential** employee for emergency situations covered under a University State of Emergency please consult the Disaster Preparedness and University State of Emergency Policy 6.17.

The University reserves the right to request proof of successful completion of an internship program at any time during your residency/employment. Failing to complete an internship can result in rescinding of this offer and/or early termination of your residency appointment.

This offer of employment is conditioned on your satisfactory completion of certain requirements, as explained in this letter and the attached Addendum. Your employment is subject to the terms and conditions set forth in this letter.

By accepting this offer, you confirm that you are able to accept this job and carry out the work involved without breaching any legal restrictions on your activities, such as restrictions imposed by a current or former employer. You also confirm that you are able to complete any necessary training classes or tests that may be required in carrying out your essential duties. Your professional development begins with the orientation and onboarding activities listed below.

To accept this offer, please sign and return this letter **no later than Friday, March 21st**. Please retain a copy for your files. Once we have received your signed letter and documents, we will be contacting you with further instructions regarding the employment process.

If you have questions at any time throughout this process, please contact:

Chelsea Souder
VCS Education Program Manager

The Ohio State University
601 Vernon Tharp St.
Columbus, Ohio, 43210
(614) 688-0332 or souder.60@osu.edu

We look forward to having you join our program.

Angela Marolf

Angela Marolf, DVM, DACVR
Professor and Chair
Veterinary Clinical Sciences

Ramiro Toribio, DVM, MS, PhD Diplomate ACVIM
Equine Medicine Section Head
Veterinary Clinical Sciences

**I acknowledge receipt of this letter and the addendum and I accept the offer as indicated above. I understand and agree to adhere to the policies and guidelines as detailed in the VCS Residency Program Handbook as well as all University, College and Veterinary Medical Center policies. I understand that this position and the terms of the position may change based upon organizational needs, available workload, and/or funding as well as due to changes to University, college, and/or department policies.**

In Process

Signed by:
Sarah Gabriel
12668C0FF48E41D...
Signature ____________________ Date 03/03/2025

Please provide your personal (non-University affiliated) e-mail address: sarahgabriel@me.com

Please provide your personal cell phone number: 8183176177

The Addendum is attached to the offer letter dated March 3, 2025.

This offer is contingent upon:

***Employment Eligibility and Verification (I-9)*** – Verification of your right to work in the United States, as demonstrated by your completion of the Form I-9 upon hire and your submission of acceptable documentation (as

noted on the Form I-9) verifying your identity and work authorization **no later than your third day of employment**.

If applicable, obtaining a Social Security Number (SSN) issued by the U.S. Social Security Administration. The university requires you to provide a SSN number within 60 days of the first day of employment or provide a receipt demonstrating that you have applied for a SSN. Please consult with HR Connection at 614-247-6947 for further information regarding these requirements.

***Background Checks*** – To promote a safe and secure environment for the campus community, the University has established policy 4.15, Self- Disclosure of Criminal Convictions and Background Check Policy http://hr.osu.edu/policy/policy415.pdf. University background checks for employment are conducted by on-line submission of information to First Advantage. If you are subject to a background check, upon receipt of your signed letter of offer, you will be sent an electronic link to First Advantage. You will have 72 hours from receipt of the email to submit your information and you will be asked to provide addresses for the past 7 years.

***Self-Disclosure of Criminal Convictions*** – Policy 4.15 also addresses Self-Disclosure of Criminal Convictions which requires all employees to self- disclose post-employment criminal convictions within three business days of the conviction to the College Human Resources Director. Employees, who fail to disclose criminal convictions and/or fail to provide accurate details regarding criminal convictions, will be subject to corrective action up to and including termination in accordance with the University policy.

***Concerning Your Employment in a Job Not Covered by Social Security*** – The Ohio State University faculty, staff, and students participate in state retirement plans, rather than in the federal Social Security program. You will be required to review and sign an acknowledgement as part of your onboarding which explains the implications of having this type of retirement plan should you also have entitlement benefits under the Social Security program from your or a spouse's other employment.

In Process

***Benefits*** – Beginning your first day of employment, you may be eligible for participation in a comprehensive benefit program. In the early stages of your employment, you will receive additional benefits information. Access to benefits is subject to all policies and procedures of the University. For additional details, please visit the Office of Human Resources website at http://hr.osu.edu/benefits

***Direct Deposit and W-4*** – As a new employee of The Ohio State University, you are strongly encouraged to sign up for Direct Deposit with a financial institution of your choosing. You should ensure that you complete your direct deposit and W-4 within a week of your first day of employment. You can access the direct deposit and W-4 enrollment pages at https://busfin.osu.edu/buy-schedule-travel/payroll-services/direct-deposit

***Tobacco Free*** Policy – The Ohio State University, in an effort to promote the health and well-being of all of its employees, students, and visitors, has chosen to maintain a smoke-free environment. The use of all types of tobacco products is prohibited in all University buildings and on all University-owned, leased, or managed properties, including parking lots, garages, and all outside areas. More information can be found at http://hr.osu.edu/public/documents/policy/policy720.pdf.

***Sexual Harassment*** – The university has a policy regarding Sexual Misconduct, Sexual Harassment and Relationship Violence (1.15) and Workplace Violence (7.05). All Faculty, staff, and student employees are required to complete the sexual misconduct prevention online course annually, which is accessed by logging into http://https://buckeyelearn.osu.edu with your credentials.

***Ethics*** -
Ohio State faculty and staff are covered by the Ohio Ethics Law for public officials and state employees, and accordingly must receive and acknowledge a copy of this law, which is enclosed. Please acknowledge receipt. Also, please note that as a faculty member at Ohio State, you are to become familiar with the University's conflict of interest, conflict of commitment, and faculty paid consulting policies, which can be found at https://oaa.osu.edu/policies-guidelines-forms.

Unfortunately, if any of the above conditions are not satisfied this offer will be withdrawn.

I acknowledge receipt of this addendum and accept its conditions Initial SG **(INITIAL HERE)**

docusign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 1754C352-654A-4604-A961-4B50E91296EC | | Status: Sent |
| Subject: Complete with Docusign: Gabriel Equine Medicine Resident LOO.docx | | |
| Source Envelope: | | |
| Document Pages: 5 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 1 | Chelsea Kay Souder |
| AutoNav: Enabled | | 1050 Carmack Rd |
| EnvelopeId Stamping: Enabled | | Columbus, OH 43210 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | souder.60@osu.edu |
| | | IP Address: 164.107.105.0 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>3/3/2025 1:13:43 PM | Holder: Chelsea Kay Souder<br>souder.60@osu.edu | Location: DocuSign |

## Signer Events

| Signer Events | Signature | Timestamp |
|---|---|---|
| Ramiro Eliseo Toribio<br>toribio.1@osu.edu<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via Docusign | | Sent: 3/3/2025 1:15:01 PM |
| Sarah Gabriel<br>sarah@alamopintado.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Accepted: 3/3/2025 1:30:04 PM<br>ID: b756d112-c4bf-4ada-a23c-0cf9a8f745c5<br>Company Name: The Ohio State University | <br>Signature Adoption: Pre-selected Style<br>Using IP Address: 73.15.86.229 | Sent: 3/3/2025 1:15:02 PM<br>Viewed: 3/3/2025 1:30:04 PM<br>Signed: 3/3/2025 1:34:20 PM |

In Process

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/3/2025 1:15:02 PM |
| Certified Delivered | Security Checked | 3/3/2025 1:30:04 PM |
| Signing Complete | Security Checked | 3/3/2025 1:34:20 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

In Process

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, The Ohio State University (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

In Process

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact The Ohio State University:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: swisher.169@osu.edu

In Process

**To advise The Ohio State University of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at  and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from The Ohio State University**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to esignature@osu.edu and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with The Ohio State University**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to swisher.169@osu.edu and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify The Ohio State University as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by The Ohio State University during the course of your relationship with The Ohio State University.

# EXHIBIT 2

2025-2026 Residency Program Handbook

# 2025 – 2026 RESIDENCY PROGRAM HANDBOOK

THE OHIO STATE UNIVERSITY

COLLEGE OF VETERINARY MEDICINE

**Department of Veterinary Clinical Sciences**
**College of Veterinary Medicine**
**The Ohio State University**

Revised: January 2025

# Contents


**Preface** ... 4

**Mission, Vision, and Core Values** ... 5

**Residency Programs in the Department of Veterinary Clinical Sciences** ... 6

**Terms of Employment** ... 7

- **Licensure** ... 7
- **Authorization to Work Requirements** ... 7
- **Non-Compete Clause** ... 7
- **Conflict of Commitment** ... 7
- **Self-Disclosure of Criminal Convictions and Fraud Reporting** ... 8
- **Statement of Collegiality** ... 8
- **New Employee Onboarding and Orientation** ... 8

**Objectives and Expectations of Residency Program** ... 10

- **Clinical Service** ... 10
- **Graduate Program** ... 10
- **Teaching** ... 11
- **Successful Completion** ... 11

**Clinical Advising and Service** ... 12

- **Advisors** ... 12
- **Off-Clinic Time** ... 12
- **Off-Clinic Expectations** ... 12
  - **Process for Requesting Additional Off-Clinic Time** ... 13
  - **Appeal of Denied Requests for Additional Off-Clinics Time** ... 13

**Resident Performance Assessment Process** ... 14

- **Informal Feedback** ... 14
- **Service Performance Reviews** ... 14

**Performance Improvement and Correction Action Process** ... 16

- **Misconduct** ... 16
- **Codes of Conduct** ... 16
- **Probation** ... 18
- **Skipping Probationary Status** ... 21
- **Dismissal** ... 21

**Continuing Education (CE) Funds** ... 23

**Travel Policies and Procedures** ... 24

- **Prepaid Expenses** ... 24

**Other Reimbursable Expenses** ........ 25
**Research Activities** ........ 27
**Leave of Absence** ........ 27
**University Leave** ........ 27
**Illness/Injury/Sick Leave** ........ 27
**Departmental Leave** ........ 28
**Personal** ........ 28
**Professional Development** ........ 28
**Educational** ........ 29
**Important Resources** ........ 30

## Preface

Post-DVM residency training programs in the Department of Veterinary Clinical Sciences at The Ohio State University provide advanced and intensive training in the principles and practice of specialty veterinary medicine. The faculty of each section provides the day-to-day oversight and training of our residents, while the Post-Professional Education Committee (PPEC) serves as the administrative unit for resident clinical training and graduate studies. The Vice Chair of House Officer Success is the head of the PPEC.

This handbook serves as a reference for both residents and faculty regarding the rules and policies of the Department of Veterinary Clinical Sciences, the College of Veterinary Medicine, and The Ohio State University that pertain to all residents in the department. In addition, residents should receive and be familiar with the guidelines and policies of their specialty as outlined in the Specialty Service Residency Program Descriptions. The residents who choose to pursue a post-DVM masters or doctoral degree should also receive and be familiar with the rules and policies relative to graduate studies that are detailed in the College of Veterinary Medicine Graduate Program Handbook and the Graduate School Handbook at The Ohio State University.

The training, mentoring and advising of residents through three years of clinical specialty training is a primary mission of the Department of Veterinary Clinical Sciences to which the faculty is deeply committed. This Residency Program Handbook (along with the Specialty Service Resident Program Description, CVM Graduate Program Handbook, and OSU Graduate School Handbook) provides the framework for all residents to successfully complete their residency program, and for faculty to advise their residents through successful completion of the residency.

## Mission, Vision, and Core Values

**Mission:**

To advance animal and human health and wellbeing by providing innovative education, outstanding patient care, public and professional outreach, and pioneering clinical and translational research.

**Vision:**

We accomplish our mission through the dedicated service of our people to shape the next generation of veterinarians and produce impactful patient care, scholarship, and research.

**Values:**

Accountability, Collegiality, Empathy, Inclusivity, Integrity, Innovation.

# Residency Programs in the Department of Veterinary Clinical Sciences

| Program | Faculty Program Director | Email of Program Director |
|---|---|---|
| Anesthesia | Ricco | Riccopereira.1@osu.edu |
| | | |
| Behavioral Medicine | Lilly | Lilly.136@osu.edu |
| | | |
| Cardiology | Rhinehart | Rhinehart.34@osu.edu |
| | | |
| Equine Medicine | Toribio | Toribio.1@osu.edu |
| | | |
| Equine Surgery | Rice | Rice.871@osu.edu |
| | | |
| Farm Animal Medicine & Surgery | Lozier | Lozier.29@osu.edu |
| | | |
| Medical Oncology | Kisseberth | Kisseberth.2@osu.edu |
| | | |
| Neurology | da Costa | Dacosta.6@osu.edu |
| | | |
| Ophthalmology | Newbold | Newbold.16@osu.edu |
| | | |
| Radiation Oncology | Fu | Fu.977@osu.edu |
| | | |
| Radiology (Diagnostic Imaging) | Green | Green.689@osu.edu |
| | | |
| Small Animal Emergency & Critical Care | Yaxley | Yaxley.1@osu.edu |
| | | |
| Small Animal Internal Medicine | Langston | Langston.35@osu.edu |
| | | |
| Small Animal Surgery | Wanstrath | Wanstrath.8@osu.edu |
| | | |
| Theriogenology | da Silva | Countinho-da-silva.1@osu.edu |

# Terms of Employment

### Licensure

The Ohio Revised Code requires all veterinarians within the College to hold a current Ohio license to practice veterinary medicine. Conditions of employment are contingent upon your eligibility to obtain and maintain the minimal state requirement of a license. If at any time you lose eligibility to be licensed, your employment with the University will be at risk. More information on licensure can be found at https://ovmlb.ohio.gov/licensing.stm or by contacting the Department office.

The application process and payment for the licensure is the responsibility of the resident. Residents are required to be licensed prior to their first day of employment as outlined in the official letter of offer. Residents are required to keep their license in good standing throughout their residency. First time applicants will be required to be fingerprinted and submit to a background check that is in addition to any background check provided by the University. Residents are responsible for any associated costs for out-of-state background check processes.

### Authorization to Work Requirements

The University is required by Federal law to verify the identity and work authorization of all new employees. This verifies you are either a US citizen, in an equivalent status, or eligible to work in the United States. Accordingly, the offer of a residency position is contingent upon such verification. You will be asked to complete the I-9 form in Workday and to schedule an appointment with the main university's Human Resources office to verify your forms of identification within the first three days of employment. Information on Form I-9 and acceptable forms of identification can be found by clicking here.

### Non-Compete Clause

Residents will be required to sign a non-compete/non-solicitation agreement contained in their official letter of offer. This will involve a one (1) year non-solicitation agreement and a one (1) year non-complete within a designated radius from any location of the Veterinary Medical Center. Residents are not covered for professional or personal liability's sake to consult and/or conduct patient care at any location not part of The Ohio State University.

### Conflict of Commitment

Residents are subject to the Conflict of Commitment Policy (approved by the Board of Trustees 07/08/2005) that states:
"A conflict of commitment exists when external or other activities are so substantial or demanding as to interfere with the individual's teaching, research, scholarship or service responsibilities to the University or its students."
Residents are subject to the Financial Conflict of Interest Policy for Faculty that state: "A conflict of interest exists if financial interests or other opportunities for tangible personal benefit may exert a substantial and improper influence upon a Faculty member or administrator's professional judgement in exercising any University duty or responsibility, including designing, conducting or reporting research."

A University employee may not accept compensation for the performance of his or her University duties from any person or entity other than the University.

Residents should also be aware of the University Policy on Patents and Copyrights that states "This policy reaffirms the University's rights and policy, consistent with applicable law, of ownership of all legal rights in products of University research and establishes procedures and guidelines to assure the responsible exercise of that right."
As part of their employment, Residents are also subject to the following Department of Veterinary Sciences policies:

- Residents are not permitted to practice veterinary medicine in any capacity during their residency, outside of the duties and responsibilities towards the University as defined by their section.
- Residents are not permitted to provide paid external consulting services to industry, businesses, foundations, boards or other veterinary groups in the state of Ohio during the course of their residency.
- Residents may provide paid Continuing Education lectures and presentations during their residency subject to prior approval by the Specialty Section Head, the Department Chair, and consistent with Conflict of Commitment policies.
- Residents must have a Request for Leave – Residents form completed and approved before leaving to attend any off-campus professional duty or activity.

## Self-Disclosure of Criminal Convictions and Fraud Reporting

As part of the revised Self-Disclosure of Criminal Convictions and Background Check Policy, Residents are required to self-disclose criminal convictions within three business days of the conviction.
Pursuant to Ohio Revised Code 117.103(B), Ohio State is required to provide information about the Ohio Fraud Reporting System and the means of reporting fraud to each new employee upon employment.
Ohio State is required under Ohio law to report certain criminal convictions and/or fraudulent activities to the Ohio Veterinary Medical Licensing Board. For more details, please visit https://ovmlb.ohio.gov/CCR.stm.

## Statement of Collegiality

Upon acceptance of a paid residency at The Ohio State University, residents agree to abide by the College's Statement of Collegiality. Failing to abide by the statement may result in corrective action, up to and including dismissal from the residency program.
Collegiality, civility, mutual support and respect for others are strongly held values in the College of Veterinary Medicine. We support diverse beliefs and the free exchange of ideas and expect that Faculty, staff, and students promote these values and apply them in a professional manner in all academic endeavors. The College is committed to evaluating the practice of these values as part of the performance evaluation process.

## New Employee Onboarding and Orientation

Residents are required to attend an orientation session starting on the first day of their employment in July. Upon arrival, residents will have several days of an orientation that provides introduction, administrative requirements, the function of the Department and the Residency and other important items that pertain to being successful as a resident in the Department of Veterinary Clinical Sciences.

## Objectives and Expectations of Residency Program

It is the objective of the Department and its Faculty to provide the facilities, case material, mentoring, and training that allow each Resident to develop comprehensive knowledge, expertise, and proficiency in their specialty. Successful completion of the residency program will satisfy the credentials requirements of the specialty colleges and will afford each resident the opportunity to be thoroughly prepared for their specialty College Board certifying examinations.

Residents share the responsibility with Faculty to provide exceptional educational experiences for our professional students and outstanding clinical services to our constituents. Residents are expected to contribute to the mission and function of their section, the Veterinary Medical Center, and the Department of Veterinary Clinical Sciences, and to abide by the policies and rules of each.

### Clinical Service

An integral and major element of the clinical residency training program is undertaken in the Specialty Clinical Section, delivering outstanding veterinary care to our patients and professional service to animal owners and referring DVMs. Our Faculty will provide expert direct and indirect mentoring and supervision of clinical duties and responsibilities as Residents develop the knowledge, skills and expertise expected of a specialist. Specific day-to-day clinical duties are detailed in each Specialty Section Residency Program Handbook.

### Graduate Program

Enrollment as Graduate Students of the Graduate School at The Ohio State University is optional and at the discretion of the resident and section head. Residents interested in pursuing a graduate program should identify an advisor and develop a plan for completion. Tuition and fees for MS graduate courses are supported by the University's Faculty and Staff Tuition Assistance Plan (https://hr.osu.edu/benefits/tuition-assistance/faculty-staff/), and are subject to change. Graduate students may be asked for reimbursement of those fees after completion of the program. Tuition and fees for residents pursuing a PhD degree must be prearranged with the resident's PhD advisor.

Degrees are awarded to students who have demonstrated the ability to successfully perform significant original independent research or scholarly work in any of the areas of specialization within the Department of Veterinary Clinical Sciences, AND who have presented the results of their work orally and in writing to their peers and colleagues, including CVM Research Day, AND who have completed all university and college graduate requirements. The results of this research must be submitted for publication in order to meet the requirements to graduate. Specific requirements regarding didactic coursework, courses offered, etc. may be found in the CVM Graduate Program Handbook.

Independent research and manuscript publication as a requirement of the Specialty Colleges is strongly encouraged to be completed during the Residency program. To facilitate research opportunities, residents are given time off clinics each year during which they are free from scheduled clinical service duties and clinical case responsibilities to pursue these and other

scholarly activities. The Vice Chair of House Officer Success meets with the residents monthly. This meeting is encouraged for all residents to attend.

**Teaching**

Teaching opportunities can be an important part of the training in both the clinical residency and the graduate program. Teaching responsibilities will include clinical teaching to senior veterinary students and interns assigned to the section and technical skills to junior veterinary students during laboratories. Depending on the interest of the resident and the needs of the section, residents may have the opportunity to develop lecture skills by preparing and delivering selected formal classroom lectures to professional students.

**Successful Completion**

Successful completion of a residency and the award of a Residency Certificate are dependent on completion of the clinical residency training program. Residents are expected to be available for clinical service through the entirety of the residency, through July 14th of their final year. Eligible residents in good standing will receive their Residency Certificate on the last working day of their residency.

# Clinical Advising and Service

## Advisors

- **Clinical Advisor:** A Resident's Clinical Advisor is assigned by the section. The Clinical Advisor is responsible for resident performance evaluations. The Clinical Advisor is responsible for advising the resident regarding adherence to OSU policies and awareness and adherence to the specialty college's requirements. Residents enrolled in the graduate program also need to retain a Research Advisor.

- **Research Advisor:** Research advisors are for research purposes. The resident's research advisor is mutually agreed upon by the resident and the advisor and may be within the specialty service or outside the specialty service. The research advisor can be the same person as the clinical advisor. For graduate students seeking advanced degrees, please refer to the CVM Graduate Program Handbook for specifics on eligible advisors and affiliated expectations.

## Off-Clinic Time

Each resident will be afforded off-clinic time each year to pursue leave and scholarly activities. The number of weeks per year off-clinics will be section specific and vary with clinical requirements for each specialty college and the degree granting program for the resident (thesis or non-thesis degree).

- Residents are to refer to their Specialty Service Resident Program for details.
- If leave is taken during off-clinic time, the appropriate employee leave forms will need to be completed and approved at least 30 days prior to the date of departure. Please refer to the section regarding Leave of Absence.
- Absences will count towards off-clinic time
    - Example: if a resident utilizes 10 professional days, this total time will account for 2 weeks of off-clinic time (considering a "typical" 5 day working week).
- Note that time off due to illness/injury does not contribute to the weeks off clinic time

## Off-Clinic Expectations

- Off-clinic time must be discussed and approved by the individual specialty section faculty such that clinical service, duties, and responsibilities to the VMC are not adversely affected.
- During off-clinic time, residents are expected to:
    - Actively engaged in activities contributing to the successful completion of their educational program and the academic missions of the Department, VMC and specialty service.
    - Be immediately available by telephone, text message and email during normal business hours.
    - Residents are expected to provide all assigned emergency duty services during off-clinic time in those specialty sections requiring this, unless appropriate arrangements have been made, and the clinical section faculty and section head are notified.

- Residents must check-in and remain available daily for telephone messages during off-clinic time.
- Residents are expected to attend graduate courses in which they are enrolled (in person if required) and any other section-specific educational opportunities (such as journal club or book club) during off-clinic time unless prior approval from the course instructor(s) is obtained.
- Remote work (outside of the VMC or at the resident's home address or other off-site location) during off-clinics is at the prior approval and discretion of each section head.

- Residents are expected to petition their service's Section Head and or their clinical advisor for additional time off-clinical service.
  - There is no prescribed additional off-clinics time allocation.
  - Additional off-clinic time may be granted for appropriate training or scholarly activities as determined by the resident's section faculty.
  - Any additional off-clinic time requested cannot affect the continuation of full clinical services provided by each specific section or the Veterinary Medical Center. This includes assigned emergency duty for those section/specialty colleges requiring this of each resident.
  - Residents must still comply with and fulfill their specialty college training guidelines. Any additional off-clinic time requested will be considering these requirements.
  - The resident's performance in all aspects of their program will be considered in the request for additional off-clinic time.
  - The approval of requests for additional off-clinic time may vary between residents in the same section, or between residents in different sections.
- Additional work for pay (per diem) at the OSU Dublin location must be during off-clinic time and cannot coincide with responsibilities listed above (including emergency duties, graduate classes, scholarly activity attendance and participation, etc.). The resident must be in good standing. The resident is asked to clear this work with their section head to ensure it does not interfere with resident training.

## Appeal of Denied Requests for Additional Off-Clinics Time

- If a request for additional off-clinic time is denied, the resident may choose to appeal the decision, in writing with justification to the PPEC and Vice Chair of House Officer Success for additional consideration.
- In consideration of the denial of additional off-clinic time, the PPEC and Vice Chair will request the section specific Faculty rationale for denying the request in writing.
- The decision will be made by Vice Chair. The decision will be final.

# Resident Performance Assessment Process

**Purpose**

This process provides positive and constructive feedback and reinforcement of desired skills and attitudes necessary for the resident's growth and continued excellence. When deemed necessary by the evaluators, it will address and attempt to resolve performance related issues for the betterment of the resident.

The following are steps to monitor and address performance concerns should be utilized as needed for each house officer.

**Informal Feedback**

Faculty are required to provide ongoing, informal feedback on resident performance as a regular part of interactions and learning. Feedback should be timely and focus on specific examples of areas needing improvement in performance, avoiding generalizations, and include helpful actionable recommendations.

**Resident Assessments**

These are designed to ensure adequate progress through the residency program by benchmarking competency-based achievement, as evaluated by program mentors. It is anticipated that forward progress will be demonstrated over the course of residency. In the event of low achievement or unsatisfactory performance, the Department reserves the right to consider remediation or probation.

- **Contributors:** Supervising Section Faculty
- **Timeline:**
    - <u>1st year residents</u>: It is recommended that the 1st year resident receives a 3-, 6-, and 12-month review (October, January, July).
    - <u>2nd and 3rd year residents</u>: bi-annually (July, January)
    - Dates may be adjusted based on absences, workload, and/or organizational needs of the resident and section
    - Section Faculty and the Department reserve the right to provide off-cycle reviews of residents whose performance requires timely improvement.
- **Assessment Tool**

  Resident Performance Evaluation (also called Resident Outcome Assessment) form as approved by the VCS Department and VCS Post-Professional Education Committee (PPEC).

  Each section should complete the evaluation form as decided upon by the section. The final draft will be completed by the Section Head and or the resident advisor. The completed form will be distributed to the section's Faculty for review prior to delivery to the resident. A copy of the finalized evaluation will be delivered to the resident no less than 24 hours prior to a review meeting. As determined by the section, the resident will meet with the contributing faculty or a designee to allow for review, questions and

discussion. The evaluation will be signed by the resident, their advisor, residency director and section head.

A copy of the signed biannual Resident Performance Evaluation will be submitted to the Education Program Coordinator and will be filed in the Department file. These evaluations are accessible to the Vice Chair of House Officer Success and the VCS Department Chair.

- **Review Meeting:** The following individuals will be required to attend the performance review meeting with the resident: section head, resident's clinical advisor and/or research advisor. Other section faculty members and or the Vice Chair of House Officer Success may be present, at the discretion of the section head and the clinical advisor.

**Corrective Action Process** – see next section for detailed information and processes.

# Performance Improvement and Correction Action Process

The steps in the performance improvement and corrective action process include:

1. Letter of Deficiency (Maximum of 2)
2. Probation (Maximum of 2)
3. Dismissal

## Misconduct

Claims of misconduct or potential violation of a University policy related to any resident must be immediately reported to the appropriate University entity including the Office of Equity Compliance and/or the Office of Human Resources as well as to the Vice Chair of House Officer Success who will notify the Department Chair. In cases of serious allegations, the resident may be placed on administrative leave pending any investigation outcome. This decision will be made in accordance with University policies and procedures.

## Codes of Conduct

Residents in the Department of Veterinary Clinical Sciences are subject to the following codes of conduct:

- OSU Student Code of Conduct 33325-23 (When enrolled in a graduate program)
- Ohio Veterinary Medical Licensing Board

## Process of Corrective Action

The section head, clinical advisor, research advisor and other section faculty will determine whether or not a resident has deficiency(s) for their level of training in the program. If the section identifies a resident at risk or in need of corrective action, the section head and/or clinical advisor will first notify the Vice Chair of House Officer Success who will notify the VCS Department Chair.

**Letter of Deficiency ("the Letter")**

In the case where a resident received below expectations on their overall performance evaluation, the clinical advisor will create a written document stating the deficiencies (referred to as the Letter of Deficiency) as agreed upon by the section faculty. The purpose of the Letter of Deficiency is to provide the resident written feedback, amplify the message and clearly articulate the resident's deficiencies. The Letter should be competency based, provide clear notice of the identified deficiency(s) and outline opportunities or requirements to rectify the areas of concern. Letters of Deficiency should clearly define the resident has been given a warning, and or that remediation is necessary. If the resident is to complete "remediation", a performance improvement plan as outlined in the Letter with a designated and agreed upon timeline. Remediation is designed to improve the resident's proficiency or correct a deficiency in one or more competencies. Remediation plans are established by the section, and progress is evaluated by the section. How evaluations will be conducted in this time frame is at the discretion of the section and will also be detailed in the Letter. The Letter should also specifically state consequences if the deficiency(s) are not corrected within the time agreed upon. In serious cases of competency deficiency(s), it is possible to bypass the Letter of Deficiency and move directly to probation or dismissal.

The Letter will be shared first with the Vice Chair of House Officer Success, a member of HR, prior to sharing it with the resident. The appropriate corrective action will be determined based on the deficiency and prior corrective actions. This can occur following the bi-annual review or when an off-cycle performance evaluation has been performed.

**Notification**

The resident will be notified during an in-person meeting with the Section Head and Clinical Advisor and other designee(s) from the section and or Vice Chair of House Officer Success at the discretion of the Section Head. During this meeting, the section will discuss what performance improvement is necessary as stated in the Letter of Deficiency. The section will discuss with the resident the necessary actions for correction, as outlined in the Letter. The timeline will be clearly identified, how the resident will be evaluated, and the consequences of failure to improve. This will then be distributed for signatures of the resident, clinical advisor, residency program director and section head through DocuSign. A signed copy will also be provided to the Vice Chair for House Officer Success and Human Resources.

**Rebuttal**

The resident has 7 calendar days to sign the Letter or submit a rebuttal letter to the Vice Chair of House Officer Success by 5pm on the seventh day. A rebuttal does not necessarily change the evaluation outcome. The residents signature confirms only receipt and acknowledgement of the document – not agreement with. Failing to sign by the resident does not stop distribution of the document or prohibit any corrective action plan from being enacted. In addition, a final copy must be sent to the Education Program Coordinator to be housed in the personnel file (onbase).

If a rebuttal is submitted by the Resident, the Section Head, Resident's Clinical Advisor, and the Vice Chair of House Officer Success, will meet to review the information provided and will respond in writing to the resident by 5pm on the seventh calendar day from receiving the rebuttal letter.

**Re-Evaluation**

As stated previously, the resident will have continued evaluations through the timeline stated in the Letter of Deficiency.

In the event the resident does not make sufficient improvement as deemed by the faculty in the section in the timeline defined in the Letter or at the following performance evaluation, then either a second Letter of Deficiency will be issued, or the resident will be placed on probation. The decision regarding which action to pursue will be a result of a conversation between the Section Head and the Vice Chair of House Officer Success based on documentation, concerns, and feedback from the section faculty.

Continuation in the program on unrestricted status is contingent upon favorable performance. The resident will receive written confirmation of successfully meeting any remediation plan requirements at the time of evaluation.

**Maximum Actions**

A resident is limited to two Letters of Deficiency during the course of their residency.

### Resource/Tool

The Department of Veterinary Clinical Sciences Letter of Deficiency template letter will contain the following sections:

- A summary description of the deficiency(s) that led to the remediation, including specific examples/case information.
- Specific actions (when possible) and a timeline for meeting the competency benchmarks.
- Dates for reevaluation while on remediation such as the next performance evaluation or times of interim evaluation.
- A statement that clarifies the criteria for the improvements in order to meet the competency benchmarks.
- A statement regarding consequences of failure to successfully complete the necessary improvements including probation and/or dismissal.
- The length of remediation is determined by the section.

## Probation

A resident should be provided with a Letter of Deficiency as a first step in addressing performance concerns. However, for serious deficiencies for which immediate corrective action is required, the section head and Vice Chair of House Officer Success may elect to bypass the Letter of Deficiency and place a resident on probation.

### Reasons for Probation

The following are an example of reasons for being placed on probation:

1. Incompetence and/or a lack of knowledge impacting patient care and a failure to provide the expected standard of care.
2. Uncollegial behavior. Collegiality, mutual support, and respect for others are strongly held values in the College of Veterinary Medicine. We support diverse beliefs and the free exchange of ideas and expect that faculty, residents, staff and students promote these values and apply them in a professional manner in all academic endeavors.
3. Behavior that reflects poorly upon the University, the College, and/or the veterinary profession.
4. Neglect of duty, including but not limited to:
5. Not attending and participating in clinical, didactic or student rounds and compulsory conferences (board review, journal club, grand rounds, etc.)
6. Absence from scheduled emergency duty.
7. Absence from regularly scheduled appointments.
8. Inadequate client communication.
9. Failure to complete bills and medical records in accordance with Veterinary Medical Center policy and standards.
10. Negligence, incompetence, and reckless behavior toward people, patients, and equipment.

11. Failure to comply with directives issues by section, department, or college leadership including the Department Chair, Hospital Director, Vice Chair of House Officer Success, Section Head, or Clinical Advisor among others.

    a. Failure to comply with Department guidelines regarding outside employment.
    b. Academic misconduct and/or dismissal from Graduate School.
    c. Violation of University policies and procedures.
    d. Other deficiencies identified by the performance evaluation that identified

**Process for Probation**

The Section Head and Vice Chair of House Office Success are the primary originators of this process. When a section determines that the resident has an unresolved deficiency, the Section Head along with the Vice-Chair for House Officer Success, will issue probationary status. This can be during the bi-annual evaluation review meeting or at any time if the aforementioned criteria are met. The Section Head and the Vice-Chair of House Office Success will review concerns, documentation, and deficiencies to determine appropriate content for the probationary letter, including benchmarks for removal from probation. The Vice Chair for House Officer Success and the Section Head will determine if the resident will be required to have a weekly or biweekly meeting(s) with a member for the section throughout the probation time.

**Letter of Probation**

The Letter of Probation will be created by the Clinical Advisor and or Section Head. This written document will state the deficiency(s) that have led to probation as agreed upon by the section faculty. The purpose of the Letter of Probation is to clearly articulate the resident’s performance deficiencies. The Letter of Probation should be competency based, provide clear notice of the identified deficiency(s) and outline a probation plan to correct the areas of concern to meet the competency benchmarks. The probation plan as outlined in the Letter will have a 12-week timeline (see below). Probation is designed to improve the resident’s deficiency in one or more competencies. Probation plans are established by the section, and progress is evaluated by the section. How evaluations will be conducted in this time frame is at the discretion of the section and will also be detailed in the Letter of Probation. Failure to meet the benchmarks at the conclusion of the probation period will result in dismissal. It will be shared first with the Vice Chair of House Officer Success, and then with the resident.

**Resource/Tool**

The probationary letter will include:

- A summary of description of the deficiency(s) in the competencies that led to probation, including specific examples.
- Specific actions to meet the competency benchmarks and timetable for correcting inadequacies.
- Dates for the mandatory 6-week and 12-week reevaluation while on probation.
- Other mandatory meetings throughout the probation time frame.
- If additional re-evaluations are needed, the dates for those as well.

- A statement failure to successfully complete the necessary improvements may result in dismissal.

**Notification**
The resident will be notified during an in-person meeting with the Section Head and Clinical Advisor and Vice Chair of House Officer Success and other designee(s) at the discretion of the Section Head. During this meeting, the Section Head or Clinical Advisor will discuss that performance improvement is necessary to be successful during the probation period. The section will discuss with the resident the necessary actions for correction (the probation plan), as outlined in the Letter of Probation. The Letter of Probation will define how the resident will be evaluated throughout this time. This will then be distributed for signatures through DocuSign.

The probation notification letter must be signed no later than 7 calendar days following the performance meeting. The resident's signature confirms only receipt and acknowledgement of the document – not agreement with. Failing to sign by the resident does not stop distribution of the document or prohibit any remediation plan from being enacted. Copies of all documents and letters should be provided to:

- Education Program Coordinator
- Resident
- Resident Clinical Advisor
- Section Residency Director
- Section Head
- Vice Chair of House Officer Success

**Length of Probation**
A probationary period lasts 12 weeks with a review at the 6-week mark. The 6-week review will provide an update on the progress of performance improvements, and a written letter will be provided.

**Maximum Actions**
Residents will be provided with a maximum of two 12-week probationary periods during their employment with the University. Incidents that would warrant a 3rd probationary period will result in termination.

**Rebuttal**
The resident has 7 calendar days to sign the letter of probation or submit a rebuttal letter to the Vice Chair of House Officer Success by 5pm on the seventh day. In addition, a final copy must be sent to the Education Program Coordinator to be housed in the personnel file (Onbase).

If a rebuttal is submitted by the resident, the Section Head, resident's clinical advisor, and the Vice Chair of House Officer Success, will meet to review the information provided and provide a response to the Resident by 5pm on the seventh calendar day from receiving the rebuttal letter. A

letter of response to a rebuttal will be drafted and sent from the Vice Chair of House Officer Success. It will also be sent through DocuSign for signatures from the parties who signed the letter of probation.

- If the original decision for probation is upheld
    - The 12-week probationary period will commence on the day that the letter of response is delivered to the resident, regardless of if the resident signs it or not.
- If the original decision is overturned
    - The original evaluation should be amended and signed by the resident, section head, clinical advisor and Vice Chair for House Officer Success.

### Removal of Probationary Status

Return to unrestricted status depends upon substantial improvement in performance, which means receipt of favorable evaluations at the 6 week and/or 12-week evaluation periods, or as indicated in the probationary letter.

- **Substantial improvement:** means improvement of all previously unsatisfactory ratings of at least one score or higher, and/or resolution of problems identified at section discussions and evaluations. Performance of residents on probation will be completed at 6 and 12-weekweek intervals of probation by the appropriate faculty (section faculty or group of responsible Faculty).

- **Continued Probation:** If improvement is evident, but not adequate, the resident may be kept on continued probation for second 12-week period.

### Skipping Probationary Status

In cases where a lack of clinical knowledge leads to serious incompetency, recklessness, patient care negligence and/or neglect of duty, violation of a university and/or department policy, and/or serious collegiality and/or respect concerns arise, it may be necessary to skip a probationary period and move directly to a dismissal.

### Dismissal

The following constitutes grounds for dismissal from the residency program:

- Conclusion the second unsatisfactory probationary period.
- Conclusion of the initial probationary period for the following:
    - Violations of the Ohio Veterinary Practice Act
    - Violations of a University policy or as recommended by the University's Office of Human Resources and/or Office of Academic Affairs.
- Other egregious actions resulting in safety concerns for patients, clients, or colleagues OR behavior which reflects poorly upon the University, the veterinary profession, or both, and upon consultation with the Office of Human Resources.

**Notification**
A resident can be notified of dismissal at any time during a probationary period based on the reasons outlined above. Residents will receive formal notification of dismissal in writing via a Dismissal letter. The notification will be in person and may be part of a probationary evaluation meeting.

**Appeal**
Residents who are dismissed may appeal by the 5pm on the 7th calendar day of the resident receiving written notification of their dismissal. The appeal process will consist of two opportunities to overturn the dismissal:

- **Vice Chair:** A resident can submit an initial appeal to the Vice Chair of House Officer Success for review and response. The Vice Chair will evaluate the grounds for dismissal, all supporting documentation including the resident's appeal information and determine to either uphold and/or reverse the dismissal. The Vice Chair will respond by 5pm on the 7th calendar day following receipt of the appeal request.

- **Department Chair:** If the Vice Chair upholds the dismissal decision of the section, a resident can submit a secondary appeal to the Department Chair for review and response. The Department Chair will review and respond to the appeal taking into consideration the decision of the section and the Vice Chair of House Officer Success. The Department Chair will respond by 5pm on the 7th calendar day following receipt of the appeal request. The decision of the Department Chair is final.

## Appeal Exceptions

A resident forfeits their right to an appeal in the case of dismissal due to violations of University policy of the Ohio Veterinary Practice Act.

## Continuing Education (CE) Funds

The College of Veterinary Medicine and the Veterinary Medical Center (VMC) seeks to foster dissemination of scientific knowledge contributed by residents during their residency programs and to support resident professional development opportunities. As such, the VMC will provide funds to residents in the Department of Veterinary Clinical Sciences as a Continuing Education Funds ($1,500 maximum over the 3-year appointment) to defray costs incurred by the resident for these purposes. The funds may be used for travel expenses to one or more approved meetings or educational opportunities, books, board examination fees (that must be taken during residency) and travel related to taking board exams during residency.

The Continuing Education Funds are intended to support travel expenses to:

- A scientific meeting where the resident presents an abstract of their research performed during the residency.
- Complete mandated specialty college training requirements.
- Mandated specialty college boards preparation courses.
- Annual meetings of the resident's specialty college.
- A meeting or training opportunity approved by the resident advisor.

Use of the Resident Continuing Education Funds toward board exams fees or board exam travel fees not associated with annual conferences are subject to taxation. This taxable amount will be automatically deducted from the resident's next paycheck upon approval of the requisition or expense report in Workday.

Reimbursements may cover airfare or other transportation, conference registration, hotel accommodations, and per diem expenses. Residents are required to adhere to all University travel policies.

The procedure for using Continuing Education funds is detailed in the Travel Policies and Processes section.

***Note***

Some services may provide additional funding support to their residents for travel to meetings. Please speak to the faculty in your section.

Sponsored residents should refer to their contract for additional information on funding for continuing education, fees, travel, research.

## Travel Policies and Procedures

As a state institution, The Ohio State University is required to abide by federal and state requirements for University business travel that is to be reimbursed. Complete information on travel policies can be found here: https://busfin.osu.edu/policies-forms?keywords=&department=195&type=All

Residents are required to adhere to all travel policies. The information provided below is not all inclusive, and the University policy or administrative staff should be consulted when questions arise.

All travel time and anticipated travel expenses must be pre-approved. This is accomplished by completing both the Resident Request for Leave form and submitting a Spend Authorization in Workday. Both requests should be completed at least 30 days prior to your intended travel. The process for leave can be found in the Leave of Absence section of the handbook. All worktag information can be requested from the Education Program Coordinator or found on Resident Hub. If your section is providing financial support for your travel, you must obtain worktags from the section head. The Education Program Coordinator can assist with submitting Spend Authorizations on resident's behalf. Some expenses can be prepaid, and others will be reimbursed after the business travel has concluded. The University expects that you will incur the lowest reasonable travel expenses.

A Spend Authorization is an estimate of all anticipated costs up to the current balance continuing education funds. For continuing education fund balance information, please email the Education Program Coordinator. Actual travel costs cannot exceed your estimate by 20%. You will be reimbursed by submitting an Expense Report in Workday for actual expenses supported by original, itemized receipts. Multiple expense reports are permitted, and reimbursements are processed on a weekly basis. All reimbursements will be direct deposited into the bank account listed in your Workday profile. The Education Program Coordinator can assist with submitting Spend Authorization and Expense Reports on resident's behalf.

## Prepaid Expenses

These expenses can also be paid by the resident and reimbursed if desired.

- **Registration:** To pre-pay your registration, you must submit a requisition in Workday. Upon submission and approval of the requisition, the resident will need to determine a time to meet via Microsoft Teams with a representative from the service center to process registration.
  - If you prefer to seek reimbursement for registration, the registration receipt must show the resident's name, type of registration and the last four digits of the credit card used. If the last four digits of the card are not displayed, you may be asked to provide proof of the transaction from your credit card or bank statement.
- **Airfare:** When pre-paying airfare, you will be required to use Corporate Travel Planners/Concur. After your Spend Authorization is approved, you will go to https://busfin.osu.edu/buy-schedule-travel/travel and select 'Book Travel Online' and submit information to search for flights. When you come to the payment screen, select AIRFARE PREPAYMENT* (….1329) from the dropdown menu. You will be asked to enter your approved Spend Authorization number before

submitting. When your airfare is prepaid by the University, you will need to approve the Expense Report in Workday to have those funds deducted from your CE balance.

## Other Reimbursable Expenses

- **Lodging**
  - All lodging reservations must be in the resident's or another OSU employee's name to be reimbursed.
  - An itemized receipt must be provided including the nightly room charge and any additional fees and/or taxes. The University will not reimburse for personal items on your receipt such as movie rental, room service, laundering services or in-room refreshments. If these expenses are on the receipt, they will be deducted from total reimbursable amount.
  - If you are sharing a room and splitting the cost, ask the hotel if they can charge each person individually and provide separate receipts. If this is not possible, one person should pay the full amount and the University will use the other OSU employee's funding accounts for reimbursement.
    - For example, two residents are sharing a hotel room for an annual conference. Resident 1 pays the full hotel bill at checkout. On Resident 1's expense report, half of the total cost will come from his/her funding source and the other half will come from Resident 2's funding source.
- **Meals/Per Diem**
  - Meal allowances are based on the meal and incidental rates that vary by city location. For Per Diem rates, see U.S. General Services Administration (domestic) and US Department of State (international).
  - Eligibility for meals will need to be confirmed with departure and return travel times.
- **Ground Transportation (i.e. rental car, personal vehicle mileage, shuttles, taxi, Uber, Lyft)**
  - **Rental Car:** Residents are required to use the University's contracted suppliers (National, Enterprise and Hertz) for rental cars and are expected to select the lowest reasonable car selection.
  - **Personal Vehicle Milage:** Personal vehicles can be used as a primary mode of transportation if the cost does not exceed the least expensive airfare or rental car. Reimbursement for use of a personal vehicle is based on the IRS mileage rate and is inclusive of the cost of gasoline, wear and tear of the vehicle and personal auto insurance. For current mileage rates, see U.S. General Services Administration.
  - **Taxi, Uber, Lyft or other rideshare services:** Receipts must be provided showing the date and pickup and drop off locations/addresses. Transportation to meals or other personal travels are not reimbursable. Driver tips must not exceed 20%.
- **Miscellaneous Expenses:** Miscellaneous business travel expenses are considered necessary for travel such as baggage fees, parking or tolls may also be reimbursed.

All expense reports must be submitted within 90 days after the travel is completed. Under no circumstances will requests for travel reimbursement be honored once the resident's employment has ended with the University.

**Expenses that will not be reimbursed:**

- First class airfare
- Expenses being paid by a third party
- Insurance on rental cars other than damage waiver, collision damage waiver, loss damage waiver, and liability insurance
- Hotel expenses for friends or family who are sharing your lodging accommodations

***Important Note*** – The State of Ohio Ethics Commission does not permit you to earn frequent flyer miles, hotel points or participate in any other award programs while on University travel unless you maintain a log and can provide evidence to an auditor that those awards were used for University travel.

# Research Activities

### Specialty College Requirements

All residents must adhere to the specialty college's research requirements regarding eligibility for board examination.

### CVM Research Day

The CVM Research Day takes place every year in April. All residents participating in research, particularly those nearing the end of their program, are strongly encouraged to participate in Research Day by submitting an abstract and presenting a poster. Graduate student's requirements are referred to the CVM Graduate Program Handbook. Research Day provides an opportunity to highlight and advertise the important research going on in laboratories and clinics. This is a college wide expectation.

Residents are encouraged to participate in Research Day at minimum at least once during the residency.

Information on formatting and submitting an abstract can be found on the College Research Day website.

# Leave of Absence

Paid and unpaid time off for residents is based on the resident classification in the University's Human Resources system. Residents must adhere to the policies and procedures of the University, the College of Veterinary Medicine, and the Department of Veterinary Clinical Sciences.

## University Leave

### Illness/Injury/Sick Leave

Time away due to illness or injury is covered under the University's sick leave policy (https://hr.osu.edu/wp-content/uploads/ccs-rules-chapter79.pdf). Residents should utilize paid sick leave benefits as administered by the University. In the event a resident exhaust their paid sick leave, they must use any department provided paid leave prior to utilizing unpaid time off for continued absences due to illness or injury or bereavement.

Sick leave refers to any time away for short-term or long-term absences related to a physical injury or physical/mental illness.

- **Short-term sick leave**: Per University policy, this is generally designated for less than three days in length for illness except for bereavement leave. Residents are required to submit an absence request in Workday for illness/injury/sick leave to utilize paid leave benefits to cover these short-term absences.

- **Long-term sick leave**: For a serious illness or injury lasting more than three days in length that requires time off work, a written medical excuse from a healthcare provider is required. In addition, a return-to-work release will be required from a health care provider with any necessary accommodations, if applicable. Residents who have been at the University longer than one year, may be required to seek Family Medical Leave Act (FMLA). FMLA is an unpaid federal protection that runs concurrently with paid sick leave and/or unpaid time off – depending upon the resident's available balances.

While residents are strongly encouraged to take care of their physical and mental health, in alignment with employee policies at the university, multiple requests for sick leave may impact academic progress or continued employment and require additional documentation and/or approval.

**Remote work while ill or injured:** Because the focus of the resident should be on the physical and mental wellbeing of themselves and their direct family, only where a health provider has approved it in writing, may a resident work while utilizing illness/injury/sick leave. This written approval must be provided to the section head and human resources before arrangements are made.

**How to Request:** Residents should submit an illness/injury/sick leave request in Workday and attach proof of communication with the Section Head approving the absence. These requests will be routed to the Education Program Coordinator and Section Head to approve.

## Departmental Leave

The department provides additional time off for reasons not related to illness or injury of self or immediate family. All departmental types of leave are subject to approval from the Section Head, Residency Director and Advisor(s).

**Personal**

Personal leave refers to any time away from assigned duty for vacation or personal business. Personal leave may only be used for illness/injury after all university provided sick leave has been exhausted. Residents must abide by policies of BOTH their specialty college and VCS. Section specific policies are determined by the section. The section is responsible for communicating this with all residents within the section, and the residents are responsible for abiding by this.

- **Allocation:** 10 days per year
- **Carry forward:** up to 5 days of unused personal in a current year – with a limit of one year of availability. Maximum number of personal days off per year is 15 days.

**Professional Development**

Professional Leave refers to any time away from assigned duty for approved scientific meetings related to the resident's specialty or research, elective educational experiences at remote locations or for job interviews. Residents will be allocated 15 days for professional leave to be

used over the course of their three-year training program. Residents should work with their Clinical Advisor and/or Section Head to develop a three-year professional leave plan early in their employment. When professional leave is exhausted, the personal leave may be used in lieu.

- **Allocation:** 15 days per 3-year residency commitment
- **Carry forward:** All days must be used during term of residency program

**Educational**

Educational leave refers to any time used to conduct research at facilities outside of OSU, fulfill mandatory specialty college training requirements at off-site facilities, attend mandated Boards preparation courses, or take Board examinations (general or certifying) inclusive of examination days and reasonable travel time (but does not include time off to study for examinations). If a resident can demonstrate compelling reasons to attend additional scientific meetings (other than the elected/agreed upon meeting for which they use Professional Leave) such as to present an abstract, meet with potential collaborators for research, or attend a mini-course relevant to their research or boards preparation, then they can also request that this be included as Educational Leave. Educational Leave is additional time beyond the 15 professional days.

- **Allocation:** Based on need, at the discretion of section

**How to Request:** Residents should plan as far in advance as possible. It is preferred that the resident provide a minimum of 30-day notice, when possible, prior to the first day of leave is requested. All leave must be prior-approved and taken when off clinical service, it is the responsibility of the resident requesting the leave to identify and arrange coverage by an appropriate replacement clinician (other section resident, instructor, Faculty clinician not on service at that time) so that there is no negative impact on patient management, client care, and clinical education responsibilities and duties provided by their section.

1. Obtain **verbal approval** from advisor, residency director and/or Section head.
2. **Complete and sign the "Resident Request for Leave" form.** Forms can be found on Resident Hub https://osu.instructure.com/courses/10501 or by emailing the Education Program Coordinator.
3. **Email the Education Program Coordinator the completed form** to route in DocuSign for faculty signatures and approval.
4. **Approvals** – the resident's advisor (clinical or research), residency director and section head must approve and sign the request for leave. If any party denies the request, that party will advise the requester and Education Program Coordinator of the denial.
5. **Documentation** – A copy of the approved leave form will be email to the requestor, filed in the resident's personnel file and recorded on the resident's leave log.

# Important Resources

**University Websites**

- Campus Maps
- CampusParc
- Academic Calendar
- The Graduate School
- OSU Graduate School Handbook
- BuckeyeLink
- CarmenCanvas
- Benefits Information
- HR Connection
- Workday
- Office of Technology and Digital Innovation (OTDI)
- Research/Biosafety Training (Health and safety, lab standards)
- Research Responsibilities & Compliance: Animal Care and Use
- University Libraries
- Veterinary Medicine Library
- Online Journals and eBooks
- Research Databases List
- Campus Poster Printing Locations

**College of Veterinary Medicine Websites**

- CVM Community
- CVM Graduate Program Handbook
- Blue Buffalo Veterinary Clinical Trials
- Veterinary Information Systems (VIS) IT Service Desk

**Faculty and Staff Emails**

**Veterinary Clinical Sciences (VCS) Administration**

- VCS Department Chair: Dr. Angela Marolf – Marolf.7@osu.edu
- Assistant to the Chair: Sara Apple – apple.76@osu.edu
- Education Program Manager: Chelsea Souder – Souder.60@osu.edu
- Faculty Affairs Program Coordinator: Kathy Colasanti – Colasanti.2@osu.edu
- Vice Chair of House Officer Success: Dr. Page Yaxley – Yaxley.1@osu.edu
- Vice Chair of Small Animal Faculty: Dr. Brian Husbands – Husbands.2@osu.edu
- Vice Chair of Large and Mixed Animal Faculty: Dr. Andy Niehaus – Niehaus.25@osu.edu
- Vice Chair of Research: Dr. Jessica Quimby – Quimby.19@osu.edu

**Veterinary Medical Center (VMC) Administration**

- Director, Asst Dean for Clinical Programs: Karin Zuckerman – Zuckerman.21@osu.edu
- Assistant to the Director: Jeannette Schmidt – Schmidt.690@osu.edu
- Associate Director of Client Services: Lora Montgomery – Montgomery.1012@osu.edu
- Associate Director of Patient Care – Small Animal: Kelley Norris – Norris.8@osu.edu

- Associate Director of Patient Care – Large Animal: Mallory Carnes – Carnes.59@osu.edu

**Other Important Emails**

- CVM Associate Dean of Research and Graduate Studies: Dr. Christine Petersen – Petersen.307@osu.edu
- Assistant Director of Research and Graduate Studies: Ivana Grozdic – Grozdic.3@osu.edu
- CVM Assistant Dean for Graduate Students: Dr. Rebecca Garabed – Garabed.1@osu.edu
- CVM Graduate Program Coordinator: Shannon Binkley – Binkley.45@osu.edu
- College for Graduate Studies Committee Chair: Dr. Estelle Cormet-Boyaka – Cormet-boyaka.1@osu.edu
- CVM External Grant & Contracts Specialist: Jeff Workman – Workman.45@osu.edu
- CVM Human Resources Consultant: Amy Martinko – Martinko.15@osu.edu
- CVM Fiscal Officer: Jennifer Holman – Holman.51@osu.edu

# EXHIBIT 3

Cards and notes from owners of patients treated by Dr. Gabriel

Dear Dr. Gabriel,

Thank-you for the excellent care and compassion you showed our Fire N Ice filly and her mom Clooney. Your thorough examination and explanations made us feel confident in her care. We appreciate you taking the time to answer all our questions and treat her so gently.

"Thank you
for all the ways
you make this world
a brighter one."

[redacted]


Thank You!
O
VETERINARY
MEDICINE





Thank You!

[redacted]

No words could ever tell you how grateful we are for All of the love and care you have given to Magic .



Dr. ''G '' you have 'The Magic touch !





Thank You!

[redacted]

No words could ev tell you how gr eful we are for All of the love and care you have given to Magic .



r. "G " you have The Magic touch !





*Thank You!*

[redacted]

No words could
ever tell you how
grateful we are for
All of the love and
care you have given
to Magic .



r. ''G '' you have
The Magic  touch !


Thank You!
"Magic"





Dr. Gabriel,
We want to express our gratitude for all you did to help Archie. You have a special way with animals and it takes a special person to do what you do. If anyone could have saved him, it was you and your team. We appreciate you!

[redacted]

Yours Truly Shutterfly
exclusively for shutterfly.com

WARMEST THANKS

Thank you Dr. Gabriel &
Dr. Mudge & the rest of your
staff for taking care of Lex
(Lexus)
I know the outcome is
not what any of us
would have wanted but
I feel peole knowing he
was in your care & we all
did everything in our power
to give him the best
chance & make him
as comfortable as
possible in his last
days. Thank you again
for all [redacted] did.
-[redacted]



Thank your

**Veterinarian**

To: Dr.(s): Mudge + Gabriel + Shayenne Martinez

From *(option*[redacted]

**Thank you!** My message to my veterinarian is...

You guys worked so hard on my boy, Yanni. He was my greatest gift in life ♡ You guys deserve all the credit in the world for what you do! It is not easy. The decesion to let him go was seemless because of you guys. ♡

THANK YOU!

*Please return this card with your donation in the enclosed envelope or visit* ***give.osu.edu/thankavet*** *to leave your message.*

# EXHIBIT 4

Client satisfaction surveys forwarded to Dr. Gabriel by the College of Veterinary Medicine Customer Experience office, December 2, 2025 and May 19, 2026, client names redacted

From: CVM OSU.Vet.CustomerExperience <CVM-OSU.Vet.CustomerExperience@osu.edu>
**Sent:** Friday, December 5, 2025 1:54 PM
**To:** Gabriel, Sarah <gabriel.264@osu.edu>
**Subject:** Fw: OSU Veterinary Medical Center Farm Animal and Equine Hospitals - 1999945

Hello,

Forwarding a nice client survey response. Thank you for your excellent care of our patients and clients.

Kindly,
Summer

---

**From:** no-reply@calprosystem.com <no-reply@calprosystem.com> on behalf of CalPro Research <no-reply@calprosystem.com>
**Sent:** Tuesday, December 2, 2025 9:05 PM
**To:** CVM OSU.Vet.CustomerExperience <CVM-OSU.Vet.CustomerExperience@osu.edu>
**Subject:** OSU Veterinary Medical Center Farm Animal and Equine Hospitals - 1999945

Someone has completed your survey. Their answers are below. Please email us at info@calproresearch.com with any comments or questions you may have.

Have a great day!
From the team at CalPro Research

Site Name
**OSU Veterinary Medical Center Farm Animal and Equine Hospitals**

Response ID
**1999945**

Date Completed
**2025-12-02 19:49:08**

invite_email
**[redacted]**

ref_id

Level of professionalism on the phone
**Great**

Ability to get an appointment with desired doctor/service
**N/A**

Appearance and cleanliness of the facility
**Great**

Efficiency and convenience at check-in
**Great**

Scheduled appointment(s) started on time
**N/A**

Friendliness and courtesy of the receptionist(s)
**Great**

Friendliness and courtesy of the technician(s) and/or assistant(s)
**Great**

Friendliness and courtesy of the student(s)
**Great**

Friendliness and courtesy of the doctor(s)
**Great**

Staff's ability to answer questions and explain things clearly
**Great**

Doctor's ability to answer questions and explain things clearly
**Great**

Student's ability to answer questions and explain things clearly
**Great**

Healthcare team treated you and your animal with compassion and care
**Great**

Efficiency and convenience at checkout
**Great**

Value received for the price paid
**Great**

Did the staff call you and your animal by name?
**Yes**

How likely is it that you would recommend this hospital to a friend?
**10 - Very Likely**

Which services were utilized during your most recent visit?
**Equine Emergency and Critical Care;Equine Internal Medicine**

Which doctor did you see during your most recent visit?
**Equine - Dr. Sarah Gabriel**

If you saw multiple doctors, or the doctor you saw is missing from the list above, please list your doctor(s).

Who did we see during your most recent visit?
**Horse**

What is the name of your animal?
**Vorn**

Please tell us about your experience and anything we could have done to better serve you.
**Our Friesian stallion was having some intestinal issues. The care was wonderful, and the issue was resolved.**

Is there someone on the staff you'd like to compliment? They'd appreciate the positive feedback from you!
**Everyone was wonderful. Dr Gabriel communicated well and the office staff was super helpful as always.**

First Name:
**[redacted]**

Last Name:
**[redacted]**

Who is your Primary Care Veterinarian?
**[redacted]**

May we share your comments and first name on our website or social media?
**Yes**

What is your e-mail address?
**[redacted]**

---

Powered by CalPro Research
Need survey help? Contact us at info@calproresearch.com
To permanently unsubscribe click: Unsubscribe
Read our Privacy Policy

From: CVM OSU.Vet.CustomerExperience <CVM-OSU.Vet.CustomerExperience@osu.edu>
**Sent:** Thursday, May 21, 2026 4:07 PM
**To:** Gabriel, Sarah <gabriel.264@osu.edu>; Balaa, Gabby <balaa.1@osu.edu>
**Cc:** Carnes, Mallory <carnes.59@osu.edu>
**Subject:** Fw: OSU Veterinary Medical Center Farm Animal and Equine Hospitals - 2043250

Thank you, Drs. Gabriel and Balaa and to the whole team.

Best,
Summer

---

**From:** no-reply@calprosystem.com <no-reply@calprosystem.com> on behalf of CalPro Research <no-reply@calprosystem.com>
**Sent:** Tuesday, May 19, 2026 12:05 PM
**To:** CVM OSU.Vet.CustomerExperience <CVM-OSU.Vet.CustomerExperience@osu.edu>
**Subject:** OSU Veterinary Medical Center Farm Animal and Equine Hospitals - 2043250

Someone has completed your survey. Their answers are below. Please email us at info@calproresearch.com with any comments or questions you may have.

Have a great day!
From the team at CalPro Research

Site Name
**OSU Veterinary Medical Center Farm Animal and Equine Hospitals**

Response ID
**2043250**

Date Completed
**2026-05-19 10:51:33**

invite_email
**[redacted]**

ref_id

How likely is it that you would recommend this hospital to a friend?
**10 - Very Likely**

Level of professionalism on the phone
**Great**

Ability to get an appointment with desired doctor/service
**Great**

Appearance and cleanliness of the facility
**Great**

Efficiency and convenience at check-in
**Great**

Scheduled appointment(s) started on time
**Great**

Friendliness and courtesy of the receptionist(s)
**Great**

Friendliness and courtesy of the technician(s) and/or assistant(s)
**Great**

Friendliness and courtesy of the student(s)
**Great**

Friendliness and courtesy of the doctor(s)
**Great**

Staff's ability to answer questions and explain things clearly
**Great**

Doctor's ability to answer questions and explain things clearly
**Great**

Student's ability to answer questions and explain things clearly
**Great**

Healthcare team treated you and your animal with compassion and care
**Great**

Efficiency and convenience at checkout
**Great**

Value received for the price paid
**Very Good**

Did the staff call you and your animal by name?
**Yes**

Which services were utilized during your most recent visit?
**Equine Emergency and Critical Care**

Which doctor did you see during your most recent visit?
**Equine - Dr. Sarah Gabriel**

If you saw multiple doctors, or the doctor you saw is missing from the list above, please list your doctor(s).
**Dr. Gabby Balaa**

Who did we see during your most recent visit?
**Horse**

What is the name of your animal?
**Jett**

Please tell us about your experience and anything we could have done to better serve you.
**We were traumatized by a brutal attack by dogs, then trailering 4 hours from Western PA to the facility. Immediately upon arrival a whole team was prepped and ready to take care of Jett. The care for him was professional and compassionate. Communication with me was consistent, informative, and engaging. This was a difficult case, both clinically and emotionally, and the treatment was superb. In spite of the loss of our gentle soul, we know heroic actions and love were taken throughout his stay in the ICU. He knew you all were trying to help him. We are all so sorry that his wounds and complications overtook him.**

Is there someone on the staff you'd like to compliment? They'd appreciate the positive feedback from you!
**Dr. Gabriel was tremendous in attending to Jett, trying everything to arrest the infections and heal him. Thank you for your brightness, optimism, and realism. Dr. Balaa came into his care and was also extremely compassionate, especially on helping both Jett and myself transition from the fight for healing, to alleviating his suffering. Always a tough choice to let our friends go, but Jett really didn't deserve any of this, so there was rage, sorrow, and love all rolled into that process. Thanks to the entire staff for fighting for our boy Jett.**

First Name:
**[redacted]**

Last Name:
**[redacted]**

Who is your Primary Care Veterinarian?
**[redacted]**

May we share your comments and first name on our website or social media?
**Yes**

What is your e-mail address?
**[redacted]**

---

Powered by CalPro Research
Need survey help? Contact us at info@calproresearch.com
To permanently unsubscribe click: Unsubscribe
Read our Privacy Policy

# EXHIBIT 5

Card from veterinary technicians of the Veterinary Medical Center to Dr. Gabriel



Dr. Gabriel,
Thank you so much for all the help you have given Brittany & I recently. Know that your efforts haven't gone unnoticed. Thank you for keeping a positive attitude + team playing spirit during our busiest season! You're doing amazing! ♡ -Shayenne M.

Dr. Gabriel, Thank you so much for all of your help lately! The hospital has been crazy lately for everyone & I greatly appreciate all you've done for us! ♡ Brittany

# EXHIBIT 6

Notices of Allegations, Civil Rights Compliance Office

THE OHIO STATE UNIVERSITY

**Civil Rights Compliance Office**
1501 Neil Avenue
Columbus, OH 43201
614-247-5838
www.civilrights.osu.edu

# NOTICE OF ALLEGATIONS

**PRIVATE**

October 15, 2026

Dr. Laura Hostnik,

The Civil Rights Compliance Office (CRCO) received information regarding an incident involving you, Laura Hostnik (Associate Professor) as Respondent. Consistent with Ohio State's Non-Discrimination, Harassment, and Sexual Misconduct Policy, the University is conducting an investigation into this matter. No decision on these allegations has been made at this time – a respondent is presumed not responsible for the alleged conduct, and determination regarding responsibility is not made until the conclusion of the process. A copy of this notice has also been provided to the complainant. Should additional allegations emerge over the course of this investigation, this office will provide an updated and revised Notice of Allegations (NOA).

On October 1, 2026, CRCO received a formal complaint alleging that Hostnik engaged in conduct that could constitute harassment based on disability that may be in violation of the Non-Discrimination, Harassment, and Sexual Misconduct Policy. Attached is a copy of the Non-Discrimination, Harassment, and Sexual Misconduct Policy and the CRCO Process Standards, which further describe the university's grievance process.

Specifically, the following information was reported to CRCO:

On or about April 19, 2026, Dr. Hostnik met with Dr. Sarah Gabriel and two other colleagues. In this meeting, Dr. Gabriel disclosed that she has ADHD and explained that was why she did some things "differently." Throughout Dr. Gabriel's residency, Dr. Hostnik repeatedly provided feedback to Dr. Gabriel, such as stating she does not focus or pay attention, gets distracted talking to medical students, and is too direct. Additionally, Dr. Hostnik accused Dr. Gabriel of not paying attention to an attending's instructions but after checking the resident's consult notes, it was determined there was a miscommunication that was not Dr. Gabriel's fault. Further, if Dr. Gabriel asks the same question twice or asks for clarification, she is told she is not paying attention; however, it is due to her ADHD. This conduct has interfered with, denied, and/or limited Dr. Gabriel's ability to participate in or benefit from the university's educational program or otherwise unreasonably interfered with Dr. Gabriel's work performance or created an intimidating, hostile, or offensive work environment.

**Please send me your availability for a 1-2 hour interview or respond to this email. Your participation is strongly encouraged as it allows for the most accurate and fair review of the facts. If I do not hear back from you by October 20, 2026, I may work with Human Resources to schedule a time for us to meet to discuss the CRCO investigative process. You will also have the opportunity to provide evidence, identify names of witnesses, and ask questions about the process.**

*Based on the information reported, this investigative process may have implications to your student and/or employment status. As part of our initial meeting, I will speak to the appropriate process and rights in the process based on your affiliation with the university.*

***Advisors***
Parties may bring one advisor or support person of their choice to any meeting with CRCO. The advisor or support person may be, but is not required to be, an attorney. A support person or advisor is not permitted to speak for a party or on a party's behalf during investigative meetings. For union members, an advisor and union representative may be present for any meeting or hearing conducted upon request.

***Retaliation***
**Retaliation is prohibited by university policy and law.** The university will not tolerate retaliation in any form against any individual who partakes in a protected disclosure or otherwise participates in an investigation or CRCO process. This may include, but is not limited to, those who make or receive an allegation, file a report, serve as a witness, or assist a complainant or respondent. Retaliation is a serious violation that can subject the offender to sanctions independent of the merits of the original allegation. Please note that even a negative change in behavior can be perceived as retaliation. Please consider the following steps to help prevent retaliation from occurring:

- Avoid publicly discussing the allegation or investigation;
- Do not interfere with the investigative process;
- In a setting where you have authority over others involved in the investigation, be mindful not to isolate them or deny them information, equipment, or benefits provided to others in similar roles;
- Provide clear and accurate information to the investigators; and
- Do not threaten, harass, or coerce anyone involved in the complaint or investigation.

***False Statements and/or False Information***
Please also be reminded that the Non-Discrimination, Harassment, and Sexual Misconduct Policy prohibits knowingly making false statements and/or knowingly submitting false information during a CRCO investigative resolution process, including an investigation and hearing.

The Non-Discrimination, Harassment, and Sexual Misconduct Policy also prohibits obstructing, prohibiting, exerting improper influence over, or interfering with any individual making a report, participating in a process, or carrying out any responsibility under the policy.

Please do not suggest to any witness that they distort or align their accounts to ensure that the investigator(s) can obtain as much accurate and objective information about this matter as possible.

Should it be alleged that you have violated these requirements, CRCO reserves the right to address those allegations inside of this process and/or to address the allegations as a separate matter pursuant to the Non-Discrimination, Harassment, and Sexual Misconduct Policy.

***Accommodations***
Parties are responsible for requesting accommodations when they feel they are needed. Should you need an accommodation based on the impact of a disability during the investigative process, please contact the university's ADA Coordinator's office at (614) 292-6207 (voice), (614) 688-8605 (TTY), ada-osu@osu.edu, or visit https://ada.osu.edu/. It is helpful if you are able to provide one week's notice.

If you want to meet with someone to discuss confidential and nonconfidential resources and supportive measures available to you, please contact Civil Rights Intake Coordinator, Brianna Langs (langs.2@osu.edu) Should you need additional time to seek any appropriate accommodation, please contact me immediately.

***General Investigative Process Information***

Below please find details included to ensure that CRCO's investigative process is transparent to you, and you fully understand your rights.

- You are expected to preserve any evidence in your possession related to the allegations. Examples include, but are not limited to, screenshots of social media posts or electronic conversations, written communication, audio or video recordings, photos, receipts, call logs, or any other relevant information.
- To allow for a more comprehensive investigative interview, you may want (but are not required) to submit any relevant materials (including your own written statement, text messages, photos, emails, etc.) by email to the investigator(s) prior to the meeting. Expect that you will be asked to verify the accuracy and authenticity of the evidence you provide.
- Breaks are permitted during an interview, upon request.
- You should plan to be available for an investigative interview for at least 90 minutes.
- You will be permitted to ask questions of the investigator(s) and should be prepared for them to ask many questions of you. Your honesty and cooperation are expected. You are expected to maintain decorum during the interview and to respect the serious nature of the proceedings.
- Because the most accurate and fair review of the facts can best be accomplished when all parties are present, all parties and witnesses are strongly encouraged to attend and participate. If an individual chooses not to attend a hearing, the hearing will proceed as scheduled and a determination of the formal complaint will be made based on the relevant evidence presented at the hearing and not otherwise excluded by operation of these procedures and/or applicable policies. No inference may be drawn against a respondent for failing to attend a hearing or remaining silent. No decision shall be based on the failure of the respondent or the complainant to attend the hearing or answer the allegations.
- **Your rights in the process are detailed throughout the Non-Discrimination, Harassment, and Sexual Misconduct Policy and CRCO's Process Standards, which are attached**.

Thank you in advance for your prompt attention to this matter.

Sincerely,

Katy Syed

THE OHIO STATE UNIVERSITY

Civil Rights Compliance Office
1501 Neil Avenue
Columbus, OH 43201
614-247-5838
www.civilrights.osu.edu

# NOTICE OF ALLEGATIONS

**PRIVATE**

October 15, 2026

Dr. Ramiro Toribio

The Civil Rights Compliance Office (CRCO) received information regarding an incident involving you, Ramiro Toribio (Professor) as Respondent. Consistent with Ohio State's Non-Discrimination, Harassment, and Sexual Misconduct Policy, the University is conducting an investigation into this matter. No decision on these allegations has been made at this time – a respondent is presumed not responsible for the alleged conduct, and determination regarding responsibility is not made until the conclusion of the process. A copy of this notice has also been provided to the complainant. Should additional allegations emerge over the course of this investigation, this office will provide an updated and revised Notice of Allegations (NOA).

On October 1, 2026, CRCO received a formal complaint alleging that Toribio engaged in conduct that could constitute discrimination and/or harassment based on disability that may be in violation of the Non-Discrimination, Harassment, and Sexual Misconduct Policy. Attached is a copy of the Non-Discrimination, Harassment, and Sexual Misconduct Policy and the CRCO Process Standards, which further describe the university's grievance process.

Specifically, the following information was reported to CRCO:

On or about April 19, 2026, Dr. Toribio met with Dr. Sarah Gabriel and two other colleagues. In this meeting, Dr. Gabriel disclosed that she has ADHD and explained that was why she did some things "differently." Throughout Dr. Gabriel's residency, Dr. Toribio repeatedly provided feedback to Dr. Gabriel, such as stating she does not focus or pay attention, gets distracted talking to medical students, and is too direct. On September 24, 2026, Dr. Toribio met with Dr. Gabriel and excused her from participating in clinicals. Dr. Toribio stated Dr. Gabriel created a pattern of incorrectly dosing patients and referenced two incidents in which Dr. Gabriel allegedly incorrectly dosed patients. Dr. Toribio unfairly applied the standards that were used in order to dismiss Dr. Gabriel from clinicals due to her disability. This conduct has interfered with, denied, and/or limited Dr. Gabriel's ability to participate in or benefit from the university's educational program or otherwise unreasonably interfered with an Dr. Gabriel's work performance or created an intimidating, hostile, or offensive work environment.

**Please send me your availability for a 1-2 hour interview or respond to this email. Your participation is strongly encouraged as it allows for the most accurate and fair review of the facts. If I do not hear back from you by October 20, 2026, I may work with Human Resources to schedule a time for us to meet to discuss the CRCO investigative process. You will also have the opportunity to provide evidence, identify names of witnesses, and ask questions about the process.**

*Based on the information reported, this investigative process may have implications to your student and/or employment status. As part of our initial meeting, I will speak to the appropriate process and rights in the process based on your affiliation with the university.*

***Advisors***
Parties may bring one advisor or support person of their choice to any meeting with CRCO. The advisor or support person may be, but is not required to be, an attorney. A support person or advisor is not permitted to speak for a party or on a party's behalf during investigative meetings. For union members, an advisor and union representative may be present for any meeting or hearing conducted upon request.

***Retaliation***
**Retaliation is prohibited by university policy and law.** The university will not tolerate retaliation in any form against any individual who partakes in a protected disclosure or otherwise participates in an investigation or CRCO process. This may include, but is not limited to, those who make or receive an allegation, file a report, serve as a witness, or assist a complainant or respondent. Retaliation is a serious violation that can subject the offender to sanctions independent of the merits of the original allegation. Please note that even a negative change in behavior can be perceived as retaliation. Please consider the following steps to help prevent retaliation from occurring:

- Avoid publicly discussing the allegation or investigation;
- Do not interfere with the investigative process;
- In a setting where you have authority over others involved in the investigation, be mindful not to isolate them or deny them information, equipment, or benefits provided to others in similar roles;
- Provide clear and accurate information to the investigators; and
- Do not threaten, harass, or coerce anyone involved in the complaint or investigation.

***False Statements and/or False Information***
Please also be reminded that the Non-Discrimination, Harassment, and Sexual Misconduct Policy prohibits knowingly making false statements and/or knowingly submitting false information during a CRCO investigative resolution process, including an investigation and hearing.

The Non-Discrimination, Harassment, and Sexual Misconduct Policy also prohibits obstructing, prohibiting, exerting improper influence over, or interfering with any individual making a report, participating in a process, or carrying out any responsibility under the policy.

Please do not suggest to any witness that they distort or align their accounts to ensure that the investigator(s) can obtain as much accurate and objective information about this matter as possible.

Should it be alleged that you have violated these requirements, CRCO reserves the right to address those allegations inside of this process and/or to address the allegations as a separate matter pursuant to the Non-Discrimination, Harassment, and Sexual Misconduct Policy.

***Accommodations***
Parties are responsible for requesting accommodations when they feel they are needed. Should you need an accommodation based on the impact of a disability during the investigative process, please contact the university's ADA Coordinator's office at (614) 292-6207 (voice), (614) 688-8605 (TTY), ada-osu@osu.edu, or visit https://ada.osu.edu/. It is helpful if you are able to provide one week's notice.

If you want to meet with someone to discuss confidential and nonconfidential resources and supportive measures available to you, please contact Civil Rights Intake Coordinator, Brianna Langs (langs.2@osu.edu) Should you need additional time to seek any appropriate accommodation, please contact me immediately.

***General Investigative Process Information***
Below please find details included to ensure that CRCO's investigative process is transparent to you, and you fully understand your rights.

- You are expected to preserve any evidence in your possession related to the allegations. Examples include, but are not limited to, screenshots of social media posts or electronic conversations, written communication, audio or video recordings, photos, receipts, call logs, or any other relevant information.
- To allow for a more comprehensive investigative interview, you may want (but are not required) to submit any relevant materials (including your own written statement, text messages, photos, emails, etc.) by email to the investigator(s) prior to the meeting. Expect that you will be asked to verify the accuracy and authenticity of the evidence you provide.
- Breaks are permitted during an interview, upon request.
- You should plan to be available for an investigative interview for at least 90 minutes.
- You will be permitted to ask questions of the investigator(s) and should be prepared for them to ask many questions of you. Your honesty and cooperation are expected. You are expected to maintain decorum during the interview and to respect the serious nature of the proceedings.
- Because the most accurate and fair review of the facts can best be accomplished when all parties are present, all parties and witnesses are strongly encouraged to attend and participate. If an individual chooses not to attend a hearing, the hearing will proceed as scheduled and a determination of the formal complaint will be made based on the relevant evidence presented at the hearing and not otherwise excluded by operation of these procedures and/or applicable policies. No inference may be drawn against a respondent for failing to attend a hearing or remaining silent. No decision shall be based on the failure of the respondent or the complainant to attend the hearing or answer the allegations.
- **Your rights in the process are detailed throughout the Non-Discrimination, Harassment, and Sexual Misconduct Policy and CRCO's Process Standards, which are attached**.

Thank you in advance for your prompt attention to this matter.

Sincerely,

Katy Syed

# EXHIBIT 7

Six-month evaluation, January 13, 2026

THE OHIO STATE UNIVERSITY
COLLEGE OF VETERINARY MEDICINE

The College of Veterinary Medicine at The Ohio State University
Vet Residents - VCS



Evaluated By : Toribio, Ramiro E (Attending)
Evaluating : **Gabriel, Sarah** - Resident
Rotation : Equine Medicine (Resident)
Dates : Oct 15, 2025 - Dec 31, 2025
Completed on : Jan 13, 2026

* indicates a mandatory response

## 1. Clinical Reasoning and Decision Making

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.1 Gathers and assimilates relevant information about animals. (i.e. Collects history; Performs physical examination; Interprets diagnostic test results; Performs necropsy examination). | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Handles patients effectively to minimize stress. Obtains pertinent history appropriate for the situation. Identifies and organized historic elements consistent with common disorders. Performs thorough physical examination in a logical, fluid sequence including systems-specific examinations. Identifies and documents abnormal physical exam findings including subtle findings. Selects and interprets routine diagnostic tests appropriately. Ambiguous results are interpreted within case context to advance the plan.

DEVELOPING RESIDENT: Recognizes variability in case presentation. Efficiently reviews results and recognizes unexpected findings to guide management of unusual cases.

ACCOMPLISHED RESIDENT: Safely and skillfully handles patients of all temperaments under a variety of conditions. Thoroughly and efficiently identifies all abnormalities, accurately interprets findings, and documents appropriately in the medical record. Integrates history and physical findings together to narrow focus in system-specific manner. Selects and interprets appropriate system-specific diagnostics in accordance with abnormal findings.

ADVANCED RESIDENT: Interprets all available data, including that which may be limited in scope (pictures, etc) to gain further information about a patient's condition. Attentive to changes in patient and presenting data.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.2 Synthesizes and prioritizes problems to arrive at differential diagnoses. (i.e. Identifies problems; Creates refined problem list; Prioritizes differential diagnoses). | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Develops an accurate, prioritized problem list and differential list for common problems.

DEVELOPING RESIDENT: Follows systematic procedure for synthesis, comparison, and evaluation of information. Quickly filters irrelevant information and identifies unknowns.

ACCOMPLISHED RESIDENT: Creates extensive, prioritized problem lists and creates differential diagnosis lists, while simultaneously narrowing lists to most critical considerations. Explains rationale for and justifies prioritization of the list items in real time. Able to complete exhaustive list-making when the situation requires.

ADVANCED RESIDENT: References literature, considers geography and local knowledge when prioritizing problems and differential diagnoses. Draws upon lived experiences when evaluating published literature.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.3 Creates and adjusts diagnostic and/or treatment plan based on available evidence. (i.e. Appraises available clinical information and acts accordingly despite uncertainty; Explains justification for plan; Re-evaluates animal or population in a timely manner to adjust plan; Uses critical thinking to determine appropriate action when unexpected outcomes occur, e.g., complications, changed diagnosis) | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Develops comprehensive plan tailored to the animal, reevaluates information and updates plan. Justifies case management decisions. Reviews and self corrects when initial conclusions are inaccurate.

DEVELOPING RESIDENT: Articulates succinct and accurate explanations for decision-making. Makes evidence-based decisions in the face of ambiguous data. Promptly adjusts management plan based on available services.

ACCOMPLISHED RESIDENT: Prioritizes diagnostics and treatments with consideration of client resources and patient progression. Determines when preferable to intervene or not. Recognizes contraindications and actively avoids them. Evaluates treatments as they interplay with one another and acts decisively when taking next steps. Understands diagnostic testing limitations and chooses tests wisely to capitalize on client resources.

ADVANCED RESIDENT: Formulates specific questions and then utilizes diagnostic testing selectively to provide answers to them.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.4 Incorporates animal welfare, client expectations, and economic considerations into the diagnostic or treatment plan. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

RESIDENT BELOW EXPECTATIONS: Prioritizes a range of feasible management plans, including euthanasia, with consideration of the long-term health and welfare of the animal. Recognizes client limitations and respects their preferences. Provides clear explanations of the advantages, complications and prognosis for each option.

DEVELOPING RESIDENT: Empowers client to participate in the development of a comprehensive customized management plan for their animal, including palliative care. Incorporates available evidence and accurately predicts the expense and value for each option. Functions well in resource-poor environment.

ACCOMPLISHED RESIDENT: Conducts a cost-benefit analysis in real time while creating a treatment plan. Considers more is not always the right answer for meeting the case goals, patient needs and client resources. Takes short cuts as appropriate and shows efficiency in modifying plan. Seeks cutting edge care while advocating for patient quality of life and meeting client expectations.

ADVANCED RESIDENT: Provides what is situationally responsive for the patient and client. Provides guidance without telling a client what to do and while being mindful of client's resources and goals.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.5 Prioritizes situational urgency and allocates resources. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Reevaluates patient or situation continuously. Recognizes change in patient status warranting escalating care. Calls for assistance and works with team members/resources to provide care.

DEVELOPING RESIDENT: Efficiently triages emergent and urgent patients. Directs team and prioritizes activities to align with available resources.

ACCOMPLISHED RESIDENT: Carries out professional duties in the face of multiple competing and often urgent demands. Attentive to changes in the patient's condition regardless of subtlety. Demonstrates saliency with regards to clinical findings and allocates resources accordingly. Factors in clinical progression with decision-making.

ADVANCED RESIDENT: Engages professionally with patient stakeholders to maximize information exchange (ie. technical staff, owners, students, caretakers). Assigns suitable roles to broaden the team and provide additional expertise when required.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.6 Adapts knowledge to varied scenarios and contexts. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Draws inferences across species and circumstances to solve clinical problems in routine situations.

DEVELOPING RESIDENT: Solves problems in novel situations. Creates solutions for gaps in care.

ACCOMPLISHED RESIDENT: Recognizes and responds to complex and ambiguous circumstances. Assesses effectiveness of solutions and responds in real time.

ADVANCED RESIDENT: Coordinates others to provide scaled response to complex scenarios.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.7 Recognizes limitations of knowledge, skills and resources and consults as needed. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Recognizes own limitations. Usually seeks guidance when warranted. Occasionally delays timely consultation and/or referral.

DEVELOPING RESIDENT: Anticipates the need for consultation and proactively pursue consultation and/or referral.

ACCOMPLISHED RESIDENT: Performs independently with majority of presented cases, while also seeking occasional guidance for those where help is necessary. Demonstrates maturity and patience with others in consultation.

ADVANCED RESIDENT: Performs independently even when cases are complex or rapidly evolving. Recognizes and responds effectively to harm from veterinary care delivery including patient safety incidents.

**Comments about Clinical Reasoning and Decision Making:**

:: Continue to read and seek guidance as needed in these areas. You are making improvements in decision-making and analysis of cases.

:: There are areas of clinical reasoning where Dr. Gabriel has made progress. Her decision-making process has been improving.
Areas of concern for me are integration of information, keeping focus on important problems, assessing patients regularly, and when progress is not being made, taking a step back and reassessing. Often patients have more than one problem, which may blur the clinical picture.
Dr. Gabriel recognizes her limitation in this area. More PROGRESS is expected.
She needs to become more familiar with SOPs and do better at following up on laboratory results and necropsies (e.g check on her cases without relying on pathology to call).

:: Dr. Gabriel's clinical reasoning and skills are more intentionally developing now, as they should for this point in the program. She is thoughtful (and thorough) about creating differential diagnoses and reviewing
physiology/pathophysiology when time permits, and it's clear that she does quite a bit of reading outside of clinics. This knowledge will become operationalized and easily retrieved with practice and
repetition through the course of residency.

## 2. Individual Animal Care and Management

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *2.1 Performs veterinary procedures and post-procedural care. | ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Performs common procedures, including pre- and post-procedural management, without direct supervision but with support available if needed. Takes corrective action as warranted.

DEVELOPING RESIDENT: Performs procedures independently. Demonstrates fluidity and efficiency in procedural performance. Supervises others in performing procedures.

ACCOMPLISHED RESIDENT: Performs all medical, diagnostic, and surgical procedures essential for their focused area of practice.

ADVANCED RESIDENT: Performs procedures in skillful safe manner adapting to unanticipated findings or changing clinical circumstances. Has animal handling excellence (appropriate for species).

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *2.2 Promotes comprehensive wellness and preventative care. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Presents a comprehensive wellness/preventative care plan including justification for each component. Answers client questions thoroughly and confidently and promotes patient and client benefits.

DEVELOPING RESIDENT: Engages the client in selecting a comprehensive wellness/preventative care plan. Helps client prioritize healthcare options when resources are limited.

ACCOMPLISHED RESIDENT: Prioritizes the elements of the plan to meet client and patient considerations. Adjusts plans to manage co-morbidities. Knows when to incorporate other specialists in the team for more holistic care of the patient.

ADVANCED RESIDENT: Creates evidence-based plans. Provides broader education of stakeholder groups regarding plan options and guides them to effective options. Looks past individual animal presented to focus on the broader population and society. Looks beyond immediate presentation to think about the longer-term management and costs.

**Comments about Individual Animal Care and Management:**
:: Continue to practice certain procedures and gain confidence in supervising others with procedures (see below for specifics).

:: Dr. Gabriel provides good patient care - it is evident that she cares. In some cases, it is evident that she has been reading the literature. She needs to continue integrating theory with practice.
She needs to show improvement in this area - not at the expected level.
In addition to doing her own assessment, it is important that she supervises students. Do not rely too much on students, in particular for critically ill patients.
Dr. Gabriel needs to make more progress in this area. She has been in the program for 6 months so she should be more skillful with some procedures.
Take advantage of donations to practice routine and advanced procedures. Have a list of procedures you would like to practice.

:: Dr. Gabriel practices attentive and detail-oriented patient care, which continues to be one of her strengths - she can start to use that knowledge gained in careful observation to prioritize facets of case management (some problems are more important than others). She has internalized the theory and mechanics of common procedures in specialty practice (endoscopy, needle aspirates, CSF collection), and now would benefit from repetition to improve her facility with these skills.

## 3. Animal Population Care and Management

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *3.1 Applies to population management principles in compliance with legal regulations and economic realities. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Analyzes population data to identify common problems and articulates potential solutions including economic and regulatory considerations.

DEVELOPING RESIDENT: Evaluates population data to solve increasingly complex problems with realistic solutions tailored to population and/or client needs.

ACCOMPLISHED RESIDENT: Creates population management plan for diverse species/contexts and/or with limited data. Independently conducts data analysis.

ADVANCED RESIDENT: Designs/conducts a population-based study to describe problems, develop evidence-based solutions. Interprets/uses population data with awareness of limitations, assumptions, confounders, etc.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *3.2 Recommends and evaluates protocols for biosecurity. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Develops biosecurity protocols for common diseases and evaluates their effectiveness.

DEVELOPING RESIDENT: Evaluates and advises on biosecurity protocols in varied situations (e.g. less common diseases or wide geographic area).

ACCOMPLISHED RESIDENT: Evaluates PPE use in others and recommends corrections, as needed. Determines situations where biosecurity is inefficient/ineffective and provides recommendations.

ADVANCED RESIDENT: Adapts biosecurity protocols as resources/conditions require, maintaining effectiveness. Advises on biosecurity protocols for novel situations.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *3.3 Advises stakeholders on practices that promote animal welfare. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Advocates for animals and advises stakeholders regarding strategies to enhance welfare.

DEVELOPING RESIDENT: Engages the local community and profession as an advocate for animal welfare. Promotes strategies in the face of opposition.

ACCOMPLISHED RESIDENT: Develops strategies to enhance welfare with limited data. Actively promotes animal welfare among diverse stakeholders, overcoming opposition

ADVANCED RESIDENT: Designs animal welfare assessments for atypical populations/contexts. Develops strategies to enhance welfare for atypical populations/contexts. Serve as animal health/welfare expert in legal proceedings.

**Comments about Animal Population Care and Management:**
:: Dr. Gabriel is familiar with the basics of biosecurity at OSU. However, she needs to become more familiar with protocols at the animal population level, measures to prevent infectious/contagious diseases, as well as state and national regulations.
Many clients and DVMs rely on advice we can provide with some conditions; therefore, a basic understanding of population medicine is important.

:: Dr. Gabriel practices excellent biosecurity when the need for it has been established - now, she can start to anticipate the need for it (say, with emergency admissions, changes in patient condition, etc.)

## 4. Public Health

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *4.1 Recognizes zoonotic, transboundary and emerging diseases and responds accordingly. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Identifies common zoonotic and transboundary diseases consistently. Develops and helps implement a management plan, including reporting. Instructs others in barrier precautions.

DEVELOPING RESIDENT: Distinguishes atypical presentations of zoonotic and transboundary diseases across a range of species and coordinates control measures.

ACCOMPLISHED RESIDENT: Identifies common and atypical zoonotic and transboundary diseases with available data that may be limited in scope. Develops appropriate recommendations for prevention and control measures with limited data.

ADVANCED RESIDENT: Recognizes atypical presentations of diseases in animals with suspicion of an emerging/novel disease, appropriately implements a management plan to mitigate risks to other animals or people, communicates with appropriate authorities to ship/store for purposes of identification and reporting. Independently advises others regarding diagnosis and management of zoonotic, transboundary, and emerging diseases (including human health professionals).

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *4.2 Promotes the health and safety of people and the environment. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Evaluates and recommends health and safety practices.

DEVELOPING RESIDENT: Develops health and safety practices for novel and unexpected situations.

ACCOMPLISHED RESIDENT: Adapts health and safety practices in real time to respond to novel or unexpected situations. Actively seeks information on public/environmental health issues from relevant, reputable sources.

ADVANCED RESIDENT: Incorporates public/environmental health considerations into disease management/treatment plans (e.g., limiting medical waste). Advises on animal health issues as it relates to public/environmental health. Collaborates with other health professionals for the purpose of promoting One Health.

**Comments about Public Health:**
:: Dr. Gabriel seems to understand the implications of infectious, contagious, and zoonotic diseases. She should become familiar with the

clinical signs of most of these diseases and steps necessary if there is suspicion that one or many animals are affected (e.g. reporting to proper agencies, where to call)

:: At expected level for this point in residency

**5. Communication**

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *5.1 Listens attentively and communicates professionally. | ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Consistently communicates bidirectionally and professionally.

DEVELOPING RESIDENT: Communicates with confidence and ease regardless of situation.

ACCOMPLISHED RESIDENT: Communicates using an evidence-based approach. Shares information while checking for understanding.

ADVANCED RESIDENT: Adapts myriad of tools to effectively communicate in a variety of circumstances. Makes definitive recommendations yet suggests alternatives when needed. Provides evidence basis and answers the why to encourage engagement from others.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *5.2 Adapts communication style to diverse audiences. | ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Routinely elicits perspectives, expectations and concerns of others. Adapts communication to audience.

DEVELOPING RESIDENT: Readily adapts the communication to audience needs, even in difficult situations. Anticipates areas of concern and explains proactively.

ACCOMPLISHED RESIDENT: Manages emotionally charged interactions with respect for all parties. Ensures audience understanding and compliance before making judgements. Utilizes a variety of platforms to communicate, including via electronic means. Utilizes professionalism and modifies tone to suit all interactions.

ADVANCED RESIDENT: Communicates effectively with stakeholders and team members. Adapts message in real time based on receiver response. Relies on and accurately interprets non-verbal and verbal cues in all situations.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *5.3 Prepares documentation/forms appropriate for the intended audience. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Creates documents that are accurate, timely, legible and complete. Completes forms independently.

DEVELOPING RESIDENT: Records information thoroughly and concise.

ACCOMPLISHED RESIDENT: Documents clinical activities in accurate, complete, timely and accessible manner, ensuring compliance with regulatory and legal requirements. Shares information with others to enhance understanding but in a manner that respects privacy and confidentiality of all parties.

ADVANCED RESIDENT: Conveys maximal information in minimal space. Ensures logical flow of ideas allowing for ease of translation by the reader. Develops a personal yet repeatable systematic style.

**Comments about Communication:**

:: Continue to anticipate others' needs in terms of communication, working to communicate proactively as much as possible with technicians, office staff, clients, and faculty. Remember to read and correct student notations in the medical records and document all procedures in a timely manner!

:: Dr. Gabriel has made some progress regarding communication; however, concerns remain from the staff as well as some faculty.
Communication with the faculty seems to be fine, but although better, the issue is with clients, staff, and students.
Some clients seem to enjoy interacting with her, while others get confused with the message.
The equine ECC faculty recently raised concerns in the area of communication with clients and DVMs. She needs to be focused on what is important to communicate to clients, to try to have a simple message (too much information can create confusion).
She should have clear talking points, perhaps practice with the faculty (or have them with her when talking to some clients).
We recommend that Dr. Gabriel takes advantage of different opportunities offered at OSU to work on her communication. This was

mentioned in her last evaluation.

:: Appears to be making significant effort to improve since last evaluation - asks clarifying questions, is more openly communicative, seems more relaxed. Keep it up! Consider some opportunities for advanced communication and instructional training through OSU CVM, OSU Drake Institute; lot of excellent programming available in-person and remotely.

### 6. Collaboration

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *6.1 Solicits, respects and integrates contributions from others. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Considers team goals. Solicits and incorporates input from others to advance team goals.

DEVELOPING RESIDENT: Demonstrates mutual respect and prioritizes team goals based upon input from all team members.

ACCOMPLISHED RESIDENT: Organizes a plan while recognizing needs of others. Aware of entirety of situation and identifies multiple competing priorities. Develops enhanced integration with other team members by substituting for formal leaders when needed.

ADVANCED RESIDENT: Mentoring, guiding and instructing team members as necessary. Actively seeks formal opportunities to lead as appropriate. Suggesting improvements to team process and structure. Solicits constructive feedback from team members and acts on it.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *6.2 Functions as leader or team member based on experience, skills and context. | ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Adapts own role and responsibilities as needed to meet team goals. Engages in productive conflict management.

DEVELOPING RESIDENT: Manages roles and responsibilities of others to meet team goals and leverages team member strengths. Mediates conflict between team members.

ACCOMPLISHED RESIDENT: Acts as mentor to help guide less experienced persons where and when possible (e.g case log completion, back up call). Open to learning and actively seeks guidance as mentee. Demonstrates role-modelling and acknowledges the impact of the hidden curriculum on learners.

ADVANCED RESIDENT: Provides coaching with team members who are seeking input. Promotes collaborative work and draws together skills when managing complicated situations. Considers duality of conflict and offers mutually acceptable solutions to conflicts.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *6.3 Maintains ongoing relationships to provide continuity of collaborative effort. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Uses a structured protocol to communicate key information in the workplace. Verifies understanding between and among the veterinary care team and clients.

DEVELOPING RESIDENT: Expands patient care team when appropriate and educates others to improve outcomes and reduce errors. Adapts role to ensure continuity of care.

ACCOMPLISHED RESIDENT: Engages team in respectful shared decision-making. Thoughtful about timing of communication and considers saliency of information before acting.

ADVANCED RESIDENT: Interested parties are continually informed and updated. Follow up is organized, efficient and timely.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *6.4 Demonstrates inclusivity and cultural competence. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Acts with cultural competence.

DEVELOPING RESIDENT: Encourages, acknowledges and accepts diverse contributions of others and promotes inclusivity.

ACCOMPLISHED RESIDENT: Manages differences of perspective and resolves conflict in a manner that supports a collegial culture.

ADVANCED RESIDENT: Seeks out differing viewpoints and colleagues to consult for broader perspectives.

**Comments about Collaboration:**

:: Dr. Gabriel maintains good relationships with house officers and faculty. She tries to incorporate students in different aspects of case management, including procedures. Her collaborative nature will improve as she becomes more competent and confident with different procedures.
Dr. Gabriel is respectful and polite. She is aware of her responsibilities.
She needs to read students entries into EzyVet and approve them timely. Similarly, she needs to better document client communication.

:: Improved since last evaluation! Clearly making efforts to improve in this area - noted and appreciated... :-)

## 7. Professionalism and Professional Identity

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.1 Adopts an ethical approach to meeting professional obligations. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Demonstrates accountability by taking action on ethical issues. Maintains ethical behavior regardless of the setting or circumstances.

DEVELOPING RESIDENT: Models professional behavior and leads ethical discussions through engagement with others.

ACCOMPLISHED RESIDENT: Role models compliance with ethical standards and workplace policies. Conducts self ethically across all aspects of the workplace (i.e. research, specialty role, professional role).

ADVANCED RESIDENT: Recognizes personal capabilities and identifies breaches that should be reported to higher authorities. Acknowledges personal limitations within an overall system and knows which routes of communication are appropriate to manage emerging situations. Responds appropriately to unprofessional and unethical behavior when identified in others.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.2 Practices time management. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Organizes and prioritizes tasks and responsibilities according to importance and urgency.

DEVELOPING RESIDENT: Focuses on planning ahead, being proactive and optimizing productivity of self and others. Successfully manages interruptions or distractions.

ACCOMPLISHED RESIDENT: Timely quality completion of training requirements (logs, seminars, research, etc.) Timely completion of reports and records, especially of communications. Delegates tasks appropriately to team members and follows up with them.

ADVANCED RESIDENT: Establishes realistic manageable goals for self and colleagues. Identifies commitments, adheres to them and meets deadlines. Communicates challenges that have arisen in meeting deadlines and considers the impact of tardiness on others. Explores how time expectations may or may not be negotiable. Finds balance between creating a good product and having sufficient time to deliver.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.3 Reflects on personal actions and uses feedback to plan improvement. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Applies reflective practice regularly for self-improvement.

DEVELOPING RESIDENT: Serves as a role model and encourages others to engage in reflective practice. Demonstrates emotional intelligence and self-awareness.

ACCOMPLISHED RESIDENT: Critically reflects on evaluation data to identify areas of strength and gaps that require additional strategies for improvement. Exhibits an infinite mindset by applying reflective practice and seeking areas for growth. Recognizes and manages personal conflicts of interest. Develops and targets feedback based on personal experience while demonstrating respect for the individual needs of others.

ADVANCED RESIDENT: Encourages others to meaningfully reflect on their actions by identifying gaps, looking for root causes and developing plans to address them. Has mentee-driven conversations. Helps others to become more self-aware and to develop plans for improvement. Represents broader organization at all times and role models to others.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.4 Engages in self-directed learning. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Confidently identifies gaps and focused areas for professional development. Seeks and uses feedback and self-corrects using reliable sources.

DEVELOPING RESIDENT: Reads the literature consistently and applies it professionally.

ACCOMPLISHED RESIDENT: Utilizes current literature to provide and advance care that meets societal expectations of a veterinarian. Identifies gaps in literature and aids with accumulation of data to add to published body of knowledge. Performs comprehensive search of resources to gather information needed for decision-making. Balances the unknown with a need to decisively take action. Maximizes learning opportunities for growth.

ADVANCED RESIDENT: Seeks to continuously grow in new directions and seeks opportunities outside own field of interest. Generates new knowledge to share with veterinary community in application with patient populations. Collaborates with broad array of experts to gain novel ideas and expand approaches outside of area of focus.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.5 Attends to wellbeing of self and others. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Utilizes a range of effective coping strategies in the face of difficult circumstances. Recognizes and responds to expectations of stakeholders (e.g. clients, supervisors) while maintaining boundaries.

DEVELOPING RESIDENT: Promotes healthy workplace culture. Reaches out to others exhibiting signs of stress and provides resources for professional help.

ACCOMPLISHED RESIDENT: Identifies expectations of the profession, training, and work-life distribution. Set priorities and manages time to integrate personal and professional obligations. Exhibits appropriate professional behavior and relationships by demonstrating honesty, integrity, humility, commitment, compassion, respect, and confidentiality. Promotes a culture that recognizes, supports and responds to colleagues in need.

ADVANCED RESIDENT: Demonstrates responsiveness to others that supersedes self-interests while maintaining effective boundaries. Exhibits and promotes a culture of appropriate professional behavior including respect for diversity. Recognizes personal triggers and maintains composure in stressful events. Decompresses following challenges and reduces tension in high stakes environment. Mentors colleagues where similar prior experiences have occurred.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.6 Engages in career planning. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Prepares application materials, selects job opportunities consistent with career goals, and reflects on interviews.

DEVELOPING RESIDENT: Commits to professional and personal development strategies to achieve aspirational career goals. Integrates financial considerations into long term professional development and career planning.

ACCOMPLISHED RESIDENT: Demonstrates knowledge of training program requirements including specialty college organization and hierarchical structure. Explores career options and training opportunities as professional goals solidify.

ADVANCED RESIDENT: Demonstrates knowledge of career pathway structures and processes that can be impactful on personal journey (e.g. org chart, PT process, annual review, practice organization). Seeks opportunities for career advancement. Identifies organizations outside of specialty college that may prove impactful on career trajectory. Participates in specialty college and organizational veterinary activities.

**Comments on Professionalism and Professional Identity:**

:: Dr. Gabriel is resilient and demonstrates appropriate responses to feedback and professionalism. She's demonstrated a lot of growth in this area as she has settled in at OSU :)

:: Dr. Gabriel is respectful and maintains a professional behavior. Some issues in the part were likely result of her not being aware of the way she was communicating, in particular with the staff.
She seems to be engaged in self-directed learning, often reading about her cases and sharing information with students (e.g. PU/PD; water deprivation test).
As already mentioned, she needs to become familiar with procedures and what they imply.

:: Seems to be back on track, making progress now; in line with stage of residency training

## 8. Financial and Practice Management

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *8.2 Delivers veterinary services compliant with legal and regulatory requirements. | ( ) | ( ) | (•) | ( ) | ( ) | ( ) | ( ) |

BELOW RESIDENT EXPECTATIONS: Follows legal and regulatory standards consistently.

DEVELOPING RESIDENT: Supervises team members to ensure compliance with legal and regulatory requirements. Identifies solutions to ensure operational compliance.

ACCOMPLISHED RESIDENT: Develops awareness of specific state or area of practice (ie. multiple states) veterinary regulations. Independently manages continuing education obligations to ensure compliance with licensure and specialty certification requirements.

ADVANCED RESIDENT: Provides basic training to others as a leader in the organization. Develops and maintains organizational framework to ensure workplace compliance with regulations. Uses data to identify areas that need improvement to meet requirements.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *8.3 Advocates for the health and safety of patients, clients and members of the team within the workplace. | ( ) | ( ) | ( ) | (•) | ( ) | ( ) | ( ) |

BELOW RESIDENT EXPECTATIONS: Identifies risks and applies appropriate health and safety protocols. Advocates for workplace safety.

DEVELOPING RESIDENT: Provides direction to other to maintain health and safety and holds others accountable.

ACCOMPLISHED RESIDENT: Actively identifies areas for improvement and develops plans for change. Maintains records associated with health and safety. Identifies changes in worker status and elevates concerns to appropriate authority.

ADVANCED RESIDENT: Disseminates information related to health and safety. Adjusts safety protocols for employee situations to maintain compliance with pre-determined standards. Develops plans to ensure coverage of responsibilities.

**Comments on Financial and Practice Management:**

:: Dr. Gabriel is aware of basic regulatory aspects of the profession, the hospital, and equine practice. As she progresses in the program, she needs to improve her knowledge in this area,

:: This is not the highest priority for her professional development at this stage, but she seems to be paying attention to the financial management of cases appropriately - will get easier over time.

## 9. Scholarship

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *9.1 Practices evidence-based veterinary medicine (EBVM). | ( ) | ( ) | (•) | ( ) | ( ) | ( ) | ( ) |

BELOW RESIDENT EXPECTATIONS: Consistently translates information across settings. Incorporates evidence and experience to solve common problems.

DEVELOPING RESIDENT: Seeks evidence-based recommendations and engages in an iterative process of adaptation and improvement. Recognizes novel problems and customizes innovative solutions.

ACCOMPLISHED RESIDENT: Identifies, appraises, and critically evaluates reliable sources to provide progressive care.

ADVANCED RESIDENT: Integrates progressive and novel evidence-based approaches when appropriate into patient care. Continually adapts approaches from other specialties and species to own patients. Contributes to the advancement of patient care standards.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *9.2 Disseminates knowledge and practices to stakeholders. | ( ) | ( ) | (•) | ( ) | ( ) | ( ) | ( ) |

BELOW RESIDENT EXPECTATIONS: Creates and presents educational materials that advance knowledge for stakeholders.

DEVELOPING RESIDENT: Engages stakeholders to determine needs. Disseminates tailored educational materials and assesses impact.

ACCOMPLISHED RESIDENT: Perform timely accurate consultations for others, relative to their specialty. Creates effective presentations using primary literature resources from area of focus for expert audience.

ADVANCED RESIDENT: Utilizes a wide range of primary literature resources from across species and specialties for dissemination to others. Synthesizes personal experience with primary literature.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *9.3 Development of new knowledge. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Explains research strategies and their application in veterinary medicine (e.g. quantitative, qualitative, mixed methods). Defines deductive and inductive theory.

DEVELOPING RESIDENT: Defines stages of hypothesis-driven research process (e.g. literature search, generation of hypothesis, methods). Explains basic research principles and methodology.

ACCOMPLISHED RESIDENT: Demonstrates application of scientific principles of research. Assesses appropriate use of statistics in literature. Identifies ethical principles for conducting research.

ADVANCED RESIDENT: Generate a hypothesis-driven problem and contributes to data analysis. Chooses appropriate statistical methods and applies them. Responsible for ethical compliance of research project.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *9.4 Utilization of teaching and learning principles. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Engages learners regarding basic clinical and professional skills. Provides learners with specific feedback. Primarily centered on supporting learners with one-on-one teaching.

DEVELOPING RESIDENT: Solidifies veterinary medicine basic knowledge in accordance with own individual learning goals. Identifies own individual learning style and reflects on teaching styles. Participates a psychologically safe learning environment and demonstrates interest in learner development.

ACCOMPLISHED RESIDENT: Engages students individually or in groups. Develops strategies to assist learners to expand on basic knowledge while maintaining clinical efficiency and effective case management. Seeks opportunities and feedback to improve own teaching. Critically observes mentor teaching style for integration into own approach. Participates in formal teaching activities using educational principles of adult learning. Aligns self with network of peers to create multi-level scaffold to encourage a growth-based learning environment. Promotes a psychologically safe learning environment. Applies evidence-based principles of assessment. Adjusts delivery based on learner competence and goals.

ADVANCED RESIDENT: Implements a personal learning plan. Reflects and adapts teaching practice in real-time based on feedback, including student performance. Utilizes data to inform pedagogical decision-making. Delivers teaching in a variety of settings: classroom/groups/clinic/labs. Creates and upholds a psychologically safe environment with clear expectations of learners.

**Comments on Scholarship:**
:: Dr. Gabriel has been engaged in some scholarly activities. She reads articles related to her cases and shares them with the students.
Her LAIM seminar for the Hematology/Oncology course was nicely prepared and delivered.
Her articles for journal club have been well chosen and nicely presented.
Unclear what is her plan for her research project, which is required.

***What is going well for this resident during this evaluation period?**
:: Dr. Gabriel has responded well to feedback from previous evaluations and is now more in line with where she should be at this stage of training. She consistently evaluates and re-evaluates patients, pays attention to subtle changes, and appears to be communicating more effectively among team members (faculty, staff, students, etc). Dr. Gabriel is increasingly self-aware when difficult situations arise, and works to mediate and learn from situations, asking for advice as needed.

:: Professional, collegial, curious.
Communication with the faculty.
Engaged in different aspects of the rotation.
Patient care

:: Improved communication with staff and students - has been making a real effort
Teamwork and collegiality
Enthusiasm about medicine!

***Where can this resident make some improvements in their performance:**

:: In terms of medical knowledge and clinical skills, there has been improvement, but this is an area where continual work/improvement is needed (keep practicing procedures like Tru-cut biopsies, tracheostomies, CSF taps, etc, on cadavers; read book chapters on electrolytes, other disorders when problems come up with patients to increase applicable knowledge).

:: Dr. Gabriel needs to work on communication at all levels, since this is a recurring issue, mainly with clients and staff.
She should consider seeking assistance on communication opportunities at OSU.
She needs to improve her knowledge and skills to the appropriate level (first going into the second year of the residency).
She needs to work on her clinical reasoning - meaning, integrating clinical/laboratory findings with knowledge and the literature.
EzyVet - check on student entries, update records regularly (e.g. master problems, etc.), approve timely, and make sure discharge summaries are done timely (not relying too much on students since this is your responsibility)
She needs to do better a following up on pending labwork and other testing (e.g. when possible, do go the necropsy floor - do not rely on phone calls from them)
She needs to start working on a RESEARCH project.

:: Decide on direction for research project, write grant proposal for March 2026 submission deadline
Continue to hone communication skills
Follow up lab tests for outpatients and discharged patients

**RESIDENT ADVISORS: Please DO NOT fill out the following section on the HEAD EVALUATOR form (the following section should only be filled out on the individual contributing forms, so that it is not viewable to resident). Residents are able to see everything that is submitted on the HEAD evaluator form.**

**Please rate this resident's overall performance during this evaluation period, according to your own observation and professional opinion:**

- ○ Unsatisfactory
- ○ Borderline
- ◉ Satisfactory

Did you encounter any issues that should be flagged to the attention of the Vice Chair, House Officer Success?

- ○ Yes
- ◉ No

If you answered "yes" that there are issues with the resident, please indicate which areas should be addressed:

- ☐ Clinical Skills
- ☐ Communication
- ☐ Executive Functioning (organization, time management)
- ☐ Mental well being
- ☐ Medical knowledge, clinical reasoning or problem solving
- ☐ Professionalism

*Did you have an opportunity to meet with this trainee to discuss their performance?

- ◉ Yes
- ○ No

Gabriel, Sarah viewed this assessment on: **~not yet confirmed~**

*Did you have an opportunity to discuss your performance with your preceptor/supervisor?

Unanswered.

**Resident Signature:** Signed by: Sarah Hannah Gabriel
B1169CA6B2164B5...

**Residency Director & Section Head Signature:** DocuSigned by: Ramiro Eliseo Toribio
30260B4282C4456...

docusign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 8037DA59-C2CC-4443-9BB2-B9CC4ADE6B80 | | Status: Completed |
| Subject: Complete with Docusign: Gabriel January 2026.pdf | | |
| Source Envelope: | | |
| Document Pages: 12 | Signatures: 2 | Envelope Originator: |
| Certificate Pages: 2 | Initials: 0 | Chelsea Kay Souder |
| AutoNav: Enabled | | 1050 Carmack Rd |
| EnvelopeId Stamping: Enabled | | Columbus, OH 43210 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | souder.60@osu.edu |
| | | IP Address: 164.107.105.180 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>1/13/2026 9:17:04 AM | Holder: Chelsea Kay Souder<br>souder.60@osu.edu | Location: DocuSign |

## Signer Events

| Signer Events | Signature | Timestamp |
|---|---|---|
| Sarah Hannah Gabriel<br>gabriel.264@osu.edu<br>Security Level: Email, Account Authentication (None), Login with SSO | Signed by:<br>Sarah Hannah Gabriel<br>B1169CA6B2164B5...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 128.146.189.109 | Sent: 1/13/2026 9:17:50 AM<br>Viewed: 1/14/2026 8:59:20 AM<br>Signed: 1/14/2026 8:59:34 AM |

**Electronic Record and Signature Disclosure:**
Not Offered via Docusign

| | | |
|---|---|---|
| Ramiro Eliseo Toribio<br>toribio.1@osu.edu<br>The Ohio State University<br>Security Level: Email, Account Authentication (None), Login with SSO | DocuSigned by:<br>Ramiro Eliseo Toribio<br>30260B4282C4456...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 164.107.104.254 | Sent: 1/14/2026 8:59:37 AM<br>Viewed: 1/14/2026 9:34:46 AM<br>Signed: 1/14/2026 9:34:53 AM |

**Electronic Record and Signature Disclosure:**
Not Offered via Docusign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 1/13/2026 9:17:50 AM |
| Certified Delivered | Security Checked | 1/14/2026 9:34:46 AM |
| Signing Complete | Security Checked | 1/14/2026 9:34:53 AM |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Completed | Security Checked | 1/14/2026 9:34:53 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

# EXHIBIT 8

ICU Flow Sheet, patient Churro (Welte), January 25 to 26, 2026, clinician Mudge/Gabriel

# ICU Flow Sheet

Welte, Churro
715926

The Ohio State University Veterinary Medical Center

Clinician: Mudge/Gabriel

Student:

Weight:

Total per day: Maintenance: Replacement:

Date 1/25/2026

| Time | T | P | R | MM/CRT | GI | DP | NGR Amount | Fluids: IV/Oral (circle one) Rate (drops/sec) | Added (Liters) | Running total (Liters) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8:00 a.m. | 99.0 | 174 | 20 | Injected 2sec | ↓ ↓ | | | Dobutamine 39ml/h | | H2O | RSR, to lateral, dull/Quiet, No active distress (initials) |
| 9:00 | | | | | | | | Dobutamine 39 ml/h | | | Sternal, stood, circling, occ. pawing, (LT) |
| 10:00 | | | | | | | | Amniodarone @ ~~50~~ 1000 ml/hr | | | Standing, QAR, looking for food, passed pile feces (LT) |
| 11:00 | | | | | | | | Amniodarone @ 1000 ml/hr | | | Circled, laid R lateral, going lat/stern. |
| 12:00 p.m. | 99.8 | 156 | 40 | injected | ↓ ↓ ↓ ↓ | | | ~~Amniodarone @ 1000 ml/hr~~ Dobutamine restarted 39 ml/hr | | | LSR, laying lat/stern. groaning. uncomfy. (LT) |
| 1:00 | | | | | | | | Dobutamine 39 ml/hr Amniodarone 294 ml/hr | | | LLR, groaning. head tossing, while lateral. uncomfy (LT) |
| 2:00 | | | | | | | | Dobutamine 39 ml/hr Amniodarone 294 ml/hr | | | LSR quiet, layed left lat, not in distress (LT) |
| 3:00 | | | | | | | | Dobutamine 39 ml/hr Amniodarone 294 ml/hr | | | Standing, QAR (initials) eating hay, Telemetry ok, not in d. |
| 4:00 | 99.2 | 158 | 20 | inj. 2sec | + ↓ + + | WNL | | Dobutamine 39 ml/hr Amniodarone 294 ml/hr | | H2O 1/4 | Standing, BAR, gave hay, (2) piles feces, not in distress (initials) |
| 5:00 | | | | | | | | Dobutamine 39 ml/hr Amniodarone 294 ml/hr | | | Standing, QAR, eating hay, no new feces, UC + Telemetry ok (initials) |
| 6:00 | | | | | | | | Dobutamine 39 ml/hr Amniodarone 294 ml/hr | | | standing QAR, no new feces telemetry ok not in distress (initials) |
| 7:00 | | | | | | | | Dobutamine 39 ml/hr Amniodarone 294 ml/hr | | | Standing, QAR, hay avail., no new feces seen, not in distress (initials) |

Date

| Time | T | P | R | MM/CRT | GI | DP | NGR Amount | Fluids: IV/Oral (circle one) Rate (drops/sec) | Added (Liters) | Running total (Liters) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8:00 p.m. | 99.6 | 152 | 16 | inj. / Sl. Toxic line <2 | + − / ↓ ↓ | WNL | | Dobut. 39 ml/hr / Amiodarone 314 ml/hr | | H2O 0 / Ref. | Standing, QAR, eating hay (SM) / 1 pile feces → small, telemetry + IVC ok, not distress |
| 9:00 | | | | | | | | Dobut 39 ml/hr / amiod. 314 ml/hr | | | Standing, QAR, drinking H2O, telemetry ok, ate hay, not in distress (SM) |
| 10:00 | | | | | | | | Dobut. 39 ml/hr / amiod. 314 ml/hr | | | Standing, QAR, no new feces, IVC ok, not in distress (SM) |
| 11:00 | | | | | | | | Dobut 39 ml/hr / amiod 314 ml/hr | | | standing, QAR, muzzled, no new feces seen, not in distress, telemetry ok (SM) |
| 12:00 a.m. | 100.3 | 148 | 20 | muddy / sl. toxic line <2 | + + / + + | WNL | | Dobut 39 ml/hr / amiod 314 ml/hr | | H2O Full | standing, QAR, no new feces, telem/IVC ok, muzzled, not in distress, eating hay (RA) |
| 1:00 | | | | | | | | Dobut 39 ml/hr / amiod 314 ml/hr | | | standing, QAR, telem/IVC muzz ok, no new feces, not in distress (RA) |
| 2:00 | | | | | | | | Dobut 39 ml/hr / Amiod 314 ml/hr | | H2O 3/4 | Standing, QAR, IVC/muzz/telem ok, no new feces, not in distress (RA) |
| 3:00 | 100.2 | 152 | 16 | muddy / toxic line <2 | ↓ + / ↓ ↓ | WNL | | Dobut 39 ml/hr / Amiod 314 ml/hr | | | Standing, QAR, IVC/telem/ muzz ok, nibbling hay, no new feces, not in distress (RA) |
| 4:00 | | | | | | | | Dobut 39 ml/hr / Amiod 314 ml/hr | | | Standing, QAR, IVC/muzz/ telem ok, no new feces, not in distress (RA) |
| 5:00 | | | | | | | | Dobut 39 ml/hr / Amiod 314 ml/hr | | | standing, QAR, IVC/muzz/ telem ok, no new feces, not in distress (RA) |
| 6:00 | | | | | | | | Dobut 39 ml/hr / Amiod 314 ml/hr | | | standing, QAR, IVC/ muzz/ telem ok, no new feces, not in distress (RA) |
| 7:00 | | | | | | | | Dobut 39 ml/hr / Amiod 314 ml/hr | | | Standing, QAR, IVC/ muzz/ telem ok, no new feces, not in distress (RA) |

Comments: 7AM: Notified Dr Gabriel HR 200 → d/c dobutamine (KNC)
kp Ate leads d/c'd

# EXHIBIT 9

Letter of probation, March 27, 2026

THE OHIO STATE UNIVERSITY

College of Veterinary Medicine

Department of Veterinary Clinical Sciences
601 Vernon L. Tharp Street
Columbus, OH 43210
Telephone: (614) 292-7105
Fax: (614-292-0895

Date: March 27, 2026

Dr. Sarah Gabriel, PGY1
Equine Internal Medicine
Department of Veterinary Clinical Sciences

*RE: Probation*

Dear Dr. Gabriel,

This letter serves as official notice that your performance is below expectations for your stage of training based on our assessment from January 2026 to date, necessitating probationary status, effective March 30, 2026.

The Equine Medicine and Equine Emergency and Critical Care Faculty have concerns regarding your performance, which we think will impact your ability to successfully complete this program. These details are listed below. Given these concerns, we are placing you on probation. By the end of the probationary period, you will need to show proficiency in the benchmarks we have outlined. Failure to demonstrate proficiency will result in dismissal from the residency.

We want you to be successful and appreciate that you will accept feedback and follow our suggestions readily to be successful in this program.

**Areas requiring improvement:**

1. **Patient Care.** Recent observations indicate that patient assessment and daily oversight are not consistently meeting expectations. All patients must be evaluated prior to rounds, and monitored throughout the day, with all treatment, flow and ICU sheets reviewed daily. Medical instructions must be accurate and clearly documented in order for care to be adhered to. Instances of incomplete treatment orders, including errors in dosing, which poses significant patient safety risks, are unacceptable. As the primary clinician you are responsible for verifying all calculations, medication appropriateness, and clinical decisions to ensure safe and effective care. Greater attention to detail is required.

2. **Medical Records.** Medical records must be as accurate as possible, and completed by the end of the day. Iinstructions/prognosis must be completed before the patient is discharged. We have ongoing concerns regarding delays and incomplete medical documentation. You are responsible for reviewing and ensuring the accuracy and quality of the student entries. Attention to detail reflected in your medical records requires improvement. If you anticipate delays with these tasks, proactively communicate this with your supervising faculty.

3. **Communication.** The issue of communication raised in previous evaluations continues to persist across multiple domains: Clients: Many clients appreciate your dedication and regular updates;

however, there have been instances where clients have been given inaccurate information. This has happened in equine medicine and in equine emergency/critical care. All client communication must align with faculty to ensure accuracy, consistency and to support informed decision making. Technicians: Interactions at times are perceived as defensive or dismissive. While this is likely not your intention, it is essential to foster respectful, collaborative communication and remain open to input. Faculty: You update and consult faculty regularly. Communication, however, should be organized, concise and clinically relevantand focused on the transfer of information regarding our patients. We have noticed that there have been instances where your communication is disorganized, omitting relevant information necessary to clinical decision making. It appears to us that you have inconsistent active listening. You are expected to engage and confirm your understanding during discussions. Students: Prior One45 evaluations raised concerns on the way you communicate with students. While we think you have made progress in this area, we anticipate your continued dedication to improvement.

4. **Time Management.** Being efficient with time is central to many areas of your training program, including your ability to address concerns (e.g. patient care, medical records, treatment risks, scholarship and didactic responsibilities). There are concerns that you can become overly focused on individual cases-- at the expense of others. You should be able to manage multiple patients in parallel and complete tasks in a timely manner. If you are struggling with managing time that can negatively impact your patients, the faculty should be notified.

5. **Prioritizing and Professional Focus.** Clear prioritization of patient care, specialty training (e.g. knowledge and skills), and teaching is required. Engagement during rounds and clinical activities must be consistent and focused. Arguing with students in general is not productive, in particular during rounds. Avoid distractions including side conversations during rounds or when your attention is required (unless in emergent/urgent situations). If competing demands become unmanageable raise your concerns with the supervising faculty.

6. **Medical Knowledge and Clinical Reasoning.** Your level of knowledge, clinical skills and reasoning is currently inconsistent with your stage in training. Knowledge gaps and difficulty integrating clinical information have been observed to negatively impact your clinical reasoning This affects patient management, teaching, as well as your own specialty training.

7. **Accountability.** A pattern that has been observed by clinicians and technicians is that you defer responsibilities that are yours to others. Taking ownership of your mistakes and oversights is fundamental to your professional growth and success.

**Probationary Period:**

The probationary period will be 12 weeks. During this time frame, you will meet with Dr. Toribio, your clinical advisor, and/or other faculty in Equine Medicine every 2 weeks. These meetings will be in person or be hybridized with Zoom. You can use these meetings to decipher goals and strategies for the upcoming week and discuss any concerns that arise during this period. While these meetings are private,

Dr. Toribio will still provide an assessment of your progress to Dr. Yaxley, intermittently and at the end of the 12-week period.

During the probationary period you will be scheduled as previously on both Equine Medicine and Equine Emergency and Critical Care (on-call). The expectations listed below apply to your performance on both services.

**Expectations for Improvement:**

1. Patient Care
   a. Evaluate your patients before rounds every day and during the day, and as needed, based on clinical status. Please review the treatment, ICU, and flow sheets to make sure information is accurate, and to assess patient progress.
   b. Ensure treatments (appropriateness of medications, doses, frequencies) are accurate. Similarly, make sure treatments have been carried out as listed in the treatment sheets. Information must be verified to avoid inconsistencies.
   c. You will need to have faculty or the senior resident review your treatment orders. Insufficient orders (e.g., unclear or incomplete regarding drugs, doses, and frequency) will be noted by the faculty member and reported to Dr. Toribio.

2. Medical Records
   a. Records must be completed and submitted to the supervising faculty, in a timely fashion. For inpatients, at a minimum, instructions to the owner must be completed in time for the faculty on service to review, which (depending on the patient) could be days before discharge (inpatients), by the end of the day (outpatients), or at time of discharge, based on discussion with the faculty member.

3. Communication.
   a. A faculty member will be present for critical conversations with clients. You can also request the presence of faculty during phone calls. You will be provided with immediate feedback following these interactions to help you improve.
   b. Faculty members will intermittently be present to observe your communication with clients (by phone or in-person). You will be provided with immediate feedback regarding your communication.
   c. Clearly and promptly communicate concerns you may be having in communicating with others, including uncertainties you have about communication with those around you, with faculty. Taking this initiative to address issues early rather than when a problem arises later.

4. Time Management
   a. You will make a concerted effort to manage the flow of cases and tasks during the day, by anticipating needs (e.g. lab tests that are likely to be recommended, treatments likely to be prescribed), prioritizing time-sensitive tasks (e.g. providing faculty with a

management plan, updating technicians, updating medical records), and scheduling procedures.

b. Please be punctual to different activities where you should be present. You should be adequately organized (e.g. procedures), review procedures with the supervising faculty member, and make sure the patient is adequately prepared (e.g. sedated or premedicated). If the supervising faculty member determines that you are insufficiently prepared to perform the procedure, someone else will perform the procedure and you will be expected to observe to prepare you for the next one.

5. Prioritization and Professional Focus
    a. All side conversations outside of urgent/emergent issues will stop immediately in rounds.
    b. You will make sure that treatments, treatment and monitoring orders, and instructions related to the care of your patients are accurate.
    c. You will make sure that tests are submitted timely, verify their submission, and follow up on results. Others can assist with submissions, but the responsibility will remain yours.
    d. Avoid distractions and carry out tasks and diagnostics based on priorities.

6. Medical Knowledge and Clinical Reasoning
    a. Be prepared for every case that you see during the clinic day, in- and outpatients. This includes reviewing available medical records, clinicopathologic data, and imaging reports, understanding basic physiology, pathophysiology, epidemiology, and pharmacology related to the case, including reading the literature pertaining to the case, which will allow you to make evidence-based decisions.
    b. Your clinical and reasoning skills will be evaluated daily, during rounds, case discussions, seminars, patient evaluations, and procedures. The faculty on service will provide you with real-time, in-the-moment feedback. You can also be proactive and ask for feedback – we encourage you to do so.
    c. Improve your knowledge by reading relevant articles, book chapters, consensus statements, and core information relevant to cases and your specialty training.
    d. Regarding clinical skills, have a list of clinical abilities you need to perform and become proficient with, and work on those in a targeted and dedicated fashion with the faculty.
        i. Also, take advantage of donation horses to improve your clinical skills.

7. Accountability
    a. Consistently take responsibility for both successes and challenges in clinical and professional duties, acknowledging personal contributions to errors or delays without deflecting responsibility.
    b. Strengthen self-reflection practices to identify areas where personal actions or decisions may have contributed to challenges and use these insights to guide improvement.
    c. When challenges arise, focus on identifying actionable solutions and next steps, rather than assigning blame or emphasizing external barriers.

**Assessments:**

During this 12-week plan, you must demonstrate substantial improvement in **each** of the areas outlined above. Your clinical growth will be assessed by the faculty from both Equine Medicine and Equine Emergency and Critical Care you directly work with on clinics. The supervising faculty will provide you with direct feedback on the clinic floor, and will also complete One45 evaluations matching your schedule respectively, in which the above areas will be evaluated. These will be shared with you. They will also share their perspective of your progress with Dr. Toribio regularly.

**Follow Up:**

We will meet formally with you on or about **the week of May 18th, 2026**, to discuss your performance during the first six weeks. This will be documented and shared with you. The Equine Medicine faculty will meet at the end of this 12-week period to determine whether, based on the scores and comments, there overall has been:

1) Adequate improvement to meet expectations conclude the probationary period and return to unrestricted status
2) Some improvement but not adequate to consistently meet expectations (prompting a second 12-week probation period)
3) Inadequate improvement leading to dismissal from the program

We again will meet with you **on or about the week of June 29, 2026** (to allow for everyone time to fill out evaluations) to review your performance.

Please refer to the OSU Resident Handbook for detailed guidance regarding the evaluation process, probationary status, and criteria for dismissal from the program. We are committed to supporting your continued development as a clinician; however, your performance must improve to align with the expectations appropriate for your current stage of training. Additionally, residents are expected to meet the AVMA COE graduate outcome of being "safe for independent practice."

Given that probation is stressful, we want to support you in all ways. You will be granted time off during clinics for travel to and participation in medical appointments if you choose. Ideally this would be taken during the least impactful times of the day, however we recognize that this may be out of your control and will make necessary arrangements. Should you want support at any time, please contact the Employee Assistance Program at (800) 678-3265. If you need any additional resources, please let us know.

You have the right to submit a written rebuttal to Dr. Yaxley, the Vice Chair for House Officer Success regarding your probationary status. This must be provided within seven days of receipt of this letter. Further, you will have the right of rebuttal if there is a decision for termination at the end of the probationary period. If you have further questions or concerns, please feel free to contact me.

Sincerely,

DocuSigned by:
Ramiro Eliseo Toribio
30260B4282C4456...

Dr. Ramiro Toribio, Service Head of Equine Medicine/Equine Field Service.
The Ohio State University

College of Veterinary Medicine
601 Vernon L. Tharp Street
Columbus, OH 43201

Resident Signature: Signed by: Sarah Hannah Gabriel
B1169CA6B2164B5...

CC: Dr. Yaxley, Chelsea Souder

docusign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 1A14B3A8-89AA-4C7A-B62B-E7CF47CFBBA4 | | Status: Completed |
| Subject: Complete with Docusign: Gabriel Initial Probation Letter 3.27.26.docx | | |
| Source Envelope: | | |
| Document Pages: 6 | Signatures: 2 | Envelope Originator: |
| Certificate Pages: 2 | Initials: 0 | Chelsea Kay Souder |
| AutoNav: Enabled | | 1050 Carmack Rd |
| EnvelopeId Stamping: Enabled | | Columbus, OH 43210 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | souder.60@osu.edu |
| | | IP Address: 71.79.250.206 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>3/27/2026 4:04:04 PM | Holder: Chelsea Kay Souder<br>souder.60@osu.edu | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Ramiro Eliseo Toribio<br>toribio.1@osu.edu<br>The Ohio State University<br>Security Level: Email, Account Authentication (None), Login with SSO | DocuSigned by:<br>Ramiro Eliseo Toribio<br>30260B4282C4456...<br>Signature Adoption: Pre-selected Style<br>Using IP Address: 45.186.199.123 | Sent: 3/27/2026 4:05:13 PM<br>Viewed: 3/27/2026 5:43:57 PM<br>Signed: 3/27/2026 5:44:09 PM |

**Electronic Record and Signature Disclosure:**
Not Offered via Docusign

| | | |
|---|---|---|
| Sarah Hannah Gabriel<br>gabriel.264@osu.edu<br>Security Level: Email, Account Authentication (None), Login with SSO | Signed by:<br>Sarah Hannah Gabriel<br>B1169CA6B2164B5...<br>Signature Adoption: Pre-selected Style<br>Using IP Address: 108.226.151.232 | Sent: 3/27/2026 4:05:14 PM<br>Viewed: 3/27/2026 8:09:31 PM<br>Signed: 3/27/2026 8:09:47 PM |

**Electronic Record and Signature Disclosure:**
Not Offered via Docusign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Page ELIZABETH Yaxley<br>yaxley.1@osu.edu<br>The Ohio State University<br>Security Level: Email, Account Authentication (None), Login with SSO | COPIED | Sent: 3/27/2026 4:05:14 PM<br>Viewed: 3/28/2026 7:55:08 AM |

**Electronic Record and Signature Disclosure:**
Not Offered via Docusign

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/27/2026 4:05:14 PM |
| Certified Delivered | Security Checked | 3/27/2026 8:09:31 PM |
| Signing Complete | Security Checked | 3/27/2026 8:09:47 PM |
| Completed | Security Checked | 3/27/2026 8:09:47 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

# EXHIBIT 10

Evaluation by Dr. Toribio against the probation letter competencies, June 29 to July 12, 2026, completed July 17, 2026

THE OHIO STATE UNIVERSITY
COLLEGE OF VETERINARY MEDICINE

The College of Veterinary Medicine at The Ohio State University
Vet Residents - VCS



| | |
|---|---|
| Evaluated By | : Toribio, Ramiro E (Attending) |
| Evaluating | : **Gabriel, Sarah** - Resident |
| Rotation | : Equine Medicine (Resident) |
| Dates | : Jun 29, 2026 - Jul 12, 2026 |
| Completed on | : Jul 17, 2026 |

* indicates a mandatory response

**Expectations for each competency is outlined in the initial probation letter.**

***Patient Care**

☐ Below expectations
☐ Improved, but below expectations
☑ Meets expectations

Comments about patient care:
Dr. Gabriel has been providing good patient care. and has been more engaged in aspects related to her patients. As mentioned in previous evaluations, integrating clinical and laboratory findings with her knowledge has been improving, but more is expected.

***Medical Records**

☐ Below expectations
☐ Improved, but below expectations
☑ Met Expectations

Comments on medical records:
Dr. Gabriel's improvement on medical records has been evident, although we encourage her to continue to pay attention to details given the importance of accurate records. Her current attention to medical records should be her baseline new standard.

***Communication**

☐ Below expectations
☐ Improved, but below expectations
☑ Met Expectations

Comments on communication:
Dr. Gabriel's communication with me (Dr. Toribio) has been going well. Communication with students and staff still needs attention. Again, we had recommended her to talk to people outside our section or college on ways to improve communication. To my knowledge she hasn't done that.
Staff have raised concerns multiple times, and students have submitted low performance evaluations about their interactions with Dr. Gabriel.

***Time Management**

☐ Below expectations
☐ Improved, but below expectations
☑ Met Expectations

Comments on time management:
Dr. Gabriel has shown improvement in punctuality (based on my interactions). This should be her baseline standard-to be on time and, if she is going to be late for whatever reason, to notify faculty, staff, and students.

***Prioritizing and Professional Focus**

☐ Below expectations
☑ Improved, but below expectations
☐ Met Expectations

Comments about prioritizing and professional focus:
Dr. Gabriel needs to improve in this area-organization skills, having clear priorities, a plan, and implementation to the best of her abilities. Work with the faculty to make things flow better. We want to remind her that concerns about interactions with the staff and students remain.

***Medical Knowledge and Clinical Reasoning**

☐ Below expectations
☐ Improved, but below expecatations
☑ Met Expectations

Comments on medical knowledge and clinical reasoning:
It is evident that Dr. Gabriel has been reading about topics relevant to her cases and specialty training, but she needs to work on integrating this information into her cases. In addition, being up to date with the large animal literature is required in this program and for ACVIM examination.

***Accountability**

- [ ] Below expectations
- [x] Improved, but below expectations
- [ ] Met Expectations

Comments on accountability:
As mentioned before, Dr. Gabriel needs to work on accountability-while she has shown improvement, this section seems to be inconsistent. In my recent interactions, she has been straightforward on assuming responsibilities. Staff have mixed experience. Residents are responsible for test submission/tracking and reporting results timely, organizing and carrying out tasks, and fostering a teaching environment. That is part of this program. Otherwise, the faculty can take over some of those duties, which is not ideal. Ultimately, the faculty on service is responsible for different aspects of case management.

*Did you have an opportunity to meet with this trainee to discuss their performance?

(●) Yes

( ) No

Gabriel, Sarah viewed this assessment on: **Jul 17, 2026**

*Did you have an opportunity to discuss your performance with your preceptor/supervisor?

(●) Yes

( ) No

# EXHIBIT 11

Semi-annual evaluation by Dr. Toribio, January 1 to June 30, 2026, completed July 21, 2026

The Ohio State University
College of Veterinary Medicine

The College of Veterinary Medicine at The Ohio State University
Vet Residents - VCS



Evaluated By : Toribio, Ramiro E (Attending)
Evaluating : **Gabriel, Sarah** - Resident
Rotation : Equine Medicine (Resident)
Dates : Jan 1, 2026 - Jun 30, 2026
Completed on : Jul 21, 2026

* indicates a mandatory response

## 1. Clinical Reasoning and Decision Making

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.1 Gathers and assimilates relevant information about animals. (i.e. Collects history; Performs physical examination; Interprets diagnostic test results; Performs necropsy examination). | ○ | ○ | ● | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Handles patients effectively to minimize stress. Obtains pertinent history appropriate for the situation. Identifies and organized historic elements consistent with common disorders. Performs thorough physical examination in a logical, fluid sequence including systems-specific examinations. Identifies and documents abnormal physical exam findings including subtle findings. Selects and interprets routine diagnostic tests appropriately. Ambiguous results are interpreted within case context to advance the plan.

DEVELOPING RESIDENT: Recognizes variability in case presentation. Efficiently reviews results and recognizes unexpected findings to guide management of unusual cases.

ACCOMPLISHED RESIDENT: Safely and skillfully handles patients of all temperaments under a variety of conditions. Thoroughly and efficiently identifies all abnormalities, accurately interprets findings, and documents appropriately in the medical record. Integrates history and physical findings together to narrow focus in system-specific manner. Selects and interprets appropriate system-specific diagnostics in accordance with abnormal findings.

ADVANCED RESIDENT: Interprets all available data, including that which may be limited in scope (pictures, etc) to gain further information about a patient's condition. Attentive to changes in patient and presenting data.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.2 Synthesizes and prioritizes problems to arrive at differential diagnoses. (i.e. Identifies problems; Creates refined problem list; Prioritizes differential diagnoses). | ○ | ○ | ○ | ● | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Develops an accurate, prioritized problem list and differential list for common problems.

DEVELOPING RESIDENT: Follows systematic procedure for synthesis, comparison, and evaluation of information. Quickly filters irrelevant information and identifies unknowns.

ACCOMPLISHED RESIDENT: Creates extensive, prioritized problem lists and creates differential diagnosis lists, while simultaneously narrowing lists to most critical considerations. Explains rationale for and justifies prioritization of the list items in real time. Able to complete exhaustive list-making when the situation requires.

ADVANCED RESIDENT: References literature, considers geography and local knowledge when prioritizing problems and differential diagnoses. Draws upon lived experiences when evaluating published
literature.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.3 Creates and adjusts diagnostic and/or treatment plan based on available evidence. (i.e. Appraises available clinical information and acts accordingly despite uncertainty; Explains justification for plan; Re-evaluates animal or population in a timely manner to adjust plan; Uses critical thinking to determine appropriate action when unexpected outcomes occur, e.g., complications, changed diagnosis) | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Develops comprehensive plan tailored to the animal, reevaluates information and updates plan. Justifies case management decisions. Reviews and self corrects when initial conclusions are inaccurate.

DEVELOPING RESIDENT: Articulates succinct and accurate explanations for decision-making. Makes evidence-based decisions in the face of ambiguous data. Promptly adjusts management plan based on available services.

ACCOMPLISHED RESIDENT: Prioritizes diagnostics and treatments with consideration of client resources and patient progression. Determines when preferable to intervene or not. Recognizes contraindications and actively avoids them. Evaluates treatments as they interplay with one another and acts decisively when taking next steps. Understands diagnostic testing limitations and chooses tests wisely to capitalize on client resources.

ADVANCED RESIDENT: Formulates specific questions and then utilizes diagnostic testing selectively to provide answers to them.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.4 Incorporates animal welfare, client expectations, and economic considerations into the diagnostic or treatment plan. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

RESIDENT BELOW EXPECTATIONS: Prioritizes a range of feasible management plans, including euthanasia, with consideration of the long-term health and welfare of the animal. Recognizes client limitations and respects their preferences. Provides clear explanations of the advantages, complications and prognosis for each option.

DEVELOPING RESIDENT: Empowers client to participate in the development of a comprehensive customized management plan for their animal, including palliative care. Incorporates available evidence and accurately predicts the expense and value for each option. Functions well in resource-poor environment.

ACCOMPLISHED RESIDENT: Conducts a cost-benefit analysis in real time while creating a treatment plan. Considers more is not always the right answer for meeting the case goals, patient needs and client resources. Takes short cuts as appropriate and shows efficiency in modifying plan. Seeks cutting edge care while advocating for patient quality of life and meeting client expectations.

ADVANCED RESIDENT: Provides what is situationally responsive for the patient and client. Provides guidance without telling a client what to do and while being mindful of client’s resources and goals.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.5 Prioritizes situational urgency and allocates resources. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Reevaluates patient or situation continuously. Recognizes change in patient status warranting escalating care. Calls for assistance and works with team members/resources to provide care.

DEVELOPING RESIDENT: Efficiently triages emergent and urgent patients. Directs team and prioritizes activities to align with available resources.

ACCOMPLISHED RESIDENT: Carries out professional duties in the face of multiple competing and often urgent demands. Attentive to changes in the patient's condition regardless of subtlety. Demonstrates saliency with regards to clinical findings and allocates resources accordingly. Factors in clinical progression with decision-making.

ADVANCED RESIDENT: Engages professionally with patient stakeholders to maximize information exchange (ie. technical staff, owners, students, caretakers). Assigns suitable roles to broaden the team and provide additional expertise when required.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.6 Adapts knowledge to varied scenarios and contexts. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Draws inferences across species and circumstances to solve clinical problems in routine situations.

DEVELOPING RESIDENT: Solves problems in novel situations. Creates solutions for gaps in care.

ACCOMPLISHED RESIDENT: Recognizes and responds to complex and ambiguous circumstances. Assesses effectiveness of solutions and responds in real time.

ADVANCED RESIDENT: Coordinates others to provide scaled response to complex scenarios.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.7 Recognizes limitations of knowledge, skills and resources and consults as needed. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Recognizes own limitations. Usually seeks guidance when warranted. Occasionally delays timely consultation and/or referral.

DEVELOPING RESIDENT: Anticipates the need for consultation and proactively pursue consultation and/or referral.

ACCOMPLISHED RESIDENT: Performs independently with majority of presented cases, while also seeking occasional guidance for those where help is necessary. Demonstrates maturity and patience with others in consultation.

ADVANCED RESIDENT: Performs independently even when cases are complex or rapidly evolving. Recognizes and responds effectively to harm from veterinary care delivery including patient safety incidents.

**Comments about Clinical Reasoning and Decision Making:**
Dr. Gabriel has made evident progress in her clinical reasoning. However, based on our observations and discussions with her, this is an area where more improvement is expected, in particular on the integration of clinical information with pathophysiology and therapeutics.
She is better at assessing her patients. In the next block, we expected more progress in this area.
She is more familiar with procedures and following up on diagnostics.
She is an advocate for her patients.

## 2. Individual Animal Care and Management

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *2.1 Performs veterinary procedures and post-procedural care. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Performs common procedures, including pre- and post-procedural management, without direct supervision but with support available if needed. Takes corrective action as warranted.

DEVELOPING RESIDENT: Performs procedures independently. Demonstrates fluidity and efficiency in procedural performance. Supervises others in performing procedures.

ACCOMPLISHED RESIDENT: Performs all medical, diagnostic, and surgical procedures essential for their focused area of practice.

ADVANCED RESIDENT: Performs procedures in skillful safe manner adapting to unanticipated findings or changing clinical circumstances. Has animal handling excellence (appropriate for species).

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *2.2 Promotes comprehensive wellness and preventative care. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Presents a comprehensive wellness/preventative care plan including justification for each component. Answers client questions thoroughly and confidently and promotes patient and client benefits.

DEVELOPING RESIDENT: Engages the client in selecting a comprehensive wellness/preventative care plan. Helps client prioritize healthcare options when resources are limited.

ACCOMPLISHED RESIDENT: Prioritizes the elements of the plan to meet client and patient considerations. Adjusts plans to manage co-

morbidities. Knows when to incorporate other specialists in the team for more holistic care of the patient.

ADVANCED RESIDENT: Creates evidence-based plans. Provides broader education of stakeholder groups regarding plan options and guides them to effective options. Looks past individual animal presented to focus on the broader population and society. Looks beyond immediate presentation to think about the longer-term management and costs.

**Comments about Individual Animal Care and Management:**

Dr. Gabriel has been providing good patient care, and paying more attention to details. As mentioned before, she needs to continue integrating clinical findings with knowledge to improve her clinical-decision process.

At this stage of her training (going into the second year of her residency), we expect her to be at a more advanced level, in particular on skills.

We recommend she takes advantage of donations to practice routine and advanced procedures.

## 3. Animal Population Care and Management

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *3.1 Applies to population management principles in compliance with legal regulations and economic realities. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Analyzes population data to identify common problems and articulates potential solutions including economic and regulatory considerations.

DEVELOPING RESIDENT: Evaluates population data to solve increasingly complex problems with realistic solutions tailored to population and/or client needs.

ACCOMPLISHED RESIDENT: Creates population management plan for diverse species/contexts and/or with limited data. Independently conducts data analysis.

ADVANCED RESIDENT: Designs/conducts a population-based study to describe problems, develop evidence-based solutions. Interprets/uses population data with awareness of limitations, assumptions, confounders, etc.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *3.2 Recommends and evaluates protocols for biosecurity. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Develops biosecurity protocols for common diseases and evaluates their effectiveness.

DEVELOPING RESIDENT: Evaluates and advises on biosecurity protocols in varied situations (e.g. less common diseases or wide geographic area).

ACCOMPLISHED RESIDENT: Evaluates PPE use in others and recommends corrections, as needed. Determines situations where biosecurity is inefficient/ineffective and provides recommendations.

ADVANCED RESIDENT: Adapts biosecurity protocols as resources/conditions require, maintaining effectiveness. Advises on biosecurity protocols for novel situations.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *3.3 Advises stakeholders on practices that promote animal welfare. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Advocates for animals and advises stakeholders regarding strategies to enhance welfare.

DEVELOPING RESIDENT: Engages the local community and profession as an advocate for animal welfare. Promotes strategies in the face of opposition.

ACCOMPLISHED RESIDENT: Develops strategies to enhance welfare with limited data. Actively promotes animal welfare among diverse stakeholders, overcoming opposition

ADVANCED RESIDENT: Designs animal welfare assessments for atypical populations/contexts. Develops strategies to enhance welfare for atypical populations/contexts. Serve as animal health/welfare expert in legal proceedings.

**Comments about Animal Population Care and Management:**

Dr. Gabriel has been doing well on practicing and promoting biosecurity. As any resident in this program, being familiar with biosecurity protocols is important to prevent and control infectious/contagious diseases.

## 4. Public Health

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *4.1 Recognizes zoonotic, transboundary and emerging diseases and responds accordingly. | ○ | ○ | ○ | ● | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Identifies common zoonotic and transboundary diseases consistently. Develops and helps implement a management plan, including reporting. Instructs others in barrier precautions.

DEVELOPING RESIDENT: Distinguishes atypical presentations of zoonotic and transboundary diseases across a range of species and coordinates control measures.

ACCOMPLISHED RESIDENT: Identifies common and atypical zoonotic and transboundary diseases with available data that may be limited in scope. Develops appropriate recommendations for prevention and control measures with limited data.

ADVANCED RESIDENT: Recognizes atypical presentations of diseases in animals with suspicion of an emerging/novel disease, appropriately implements a management plan to mitigate risks to other animals or people, communicates with appropriate authorities to ship/store for purposes of identification and reporting. Independently advises others regarding diagnosis and management of zoonotic, transboundary, and emerging diseases (including human health professionals).

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *4.2 Promotes the health and safety of people and the environment. | ○ | ○ | ○ | ○ | ● | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Evaluates and recommends health and safety practices.

DEVELOPING RESIDENT: Develops health and safety practices for novel and unexpected situations.

ACCOMPLISHED RESIDENT: Adapts health and safety practices in real time to respond to novel or unexpected situations. Actively seeks information on public/environmental health issues from relevant, reputable sources.

ADVANCED RESIDENT: Incorporates public/environmental health considerations into disease management/treatment plans (e.g., limiting medical waste). Advises on animal health issues as it relates to public/environmental health. Collaborates with other health professionals for the purpose of promoting One Health.

**Comments about Public Health:**

Dr. Gabriel seems to understand the implications of infectious, contagious, and zoonotic diseases. She should become more familiar with protocols necessary for reporting when infectious/zoonotic diseases are suspected or diagnosed.

## 5. Communication

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *5.1 Listens attentively and communicates professionally. | ○ | ○ | ○ | ○ | ● | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Consistently communicates bidirectionally and professionally.

DEVELOPING RESIDENT: Communicates with confidence and ease regardless of situation.

ACCOMPLISHED RESIDENT: Communicates using an evidence-based approach. Shares information while checking for understanding.

ADVANCED RESIDENT: Adapts myriad of tools to effectively communicate in a variety of circumstances. Makes definitive recommendations yet suggests alternatives when needed. Provides evidence basis and answers the why to encourage engagement from others.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *5.2 Adapts communication style to diverse audiences. | ○ | ○ | ○ | ● | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Routinely elicits perspectives, expectations and concerns of others. Adapts communication to audience.

DEVELOPING RESIDENT: Readily adapts the communication to audience needs, even in difficult situations. Anticipates areas of concern and explains proactively.

ACCOMPLISHED RESIDENT: Manages emotionally charged interactions with respect for all parties. Ensures audience understanding and compliance before making judgements. Utilizes a variety of platforms to communicate, including via electronic means. Utilizes professionalism and modifies tone to suit all interactions.

ADVANCED RESIDENT: Communicates effectively with stakeholders and team members. Adapts message in real time based on receiver response. Relies on and accurately interprets non-verbal and verbal cues in all situations.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *5.3 Prepares documentation/forms appropriate for the intended audience. | ( ) | ( ) | ( ) | (•) | ( ) | ( ) | ( ) |

BELOW RESIDENT EXPECTATIONS: Creates documents that are accurate, timely, legible and complete. Completes forms independently.

DEVELOPING RESIDENT: Records information thoroughly and concise.

ACCOMPLISHED RESIDENT: Documents clinical activities in accurate, complete, timely and accessible manner, ensuring compliance with regulatory and legal requirements. Shares information with others to enhance understanding but in a manner that respects privacy and confidentiality of all parties.

ADVANCED RESIDENT: Conveys maximal information in minimal space. Ensures logical flow of ideas allowing for ease of translation by the reader. Develops a personal yet repeatable systematic style.

**Comments about Communication:**
In my interactions with Dr. Gabriel, her communication has been good. She reaches out regularly to provide updates, discuss cases, and ask questions.
Overall, it seems communication with clients has been good. Some clients have been appreciative of her updates.
Challenges in this area have been on communication with the staff and students. This concern has been raised multiple times.
Concerns raised by the equine ECC faculty on client communication are less frequent than in the previous block.
As before, in some instances we recommend having a faculty member present when talking to clients, in particular for difficult situations, with clear talking points.
We also recommended seeking assistance on methods to improve her communication.

## 6. Collaboration

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *6.1 Solicits, respects and integrates contributions from others. | ( ) | ( ) | ( ) | (•) | ( ) | ( ) | ( ) |

BELOW RESIDENT EXPECTATIONS: Considers team goals. Solicits and incorporates input from others to advance team goals.

DEVELOPING RESIDENT: Demonstrates mutual respect and prioritizes team goals based upon input from all team members.

ACCOMPLISHED RESIDENT: Organizes a plan while recognizing needs of others. Aware of entirety of situation and identifies multiple competing priorities. Develops enhanced integration with other team members by substituting for formal leaders when needed.

ADVANCED RESIDENT: Mentoring, guiding and instructing team members as necessary. Actively seeks formal opportunities to lead as appropriate. Suggesting improvements to team process and structure. Solicits constructive feedback from team members and acts on it.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *6.2 Functions as leader or team member based on experience, skills and context. | ( ) | ( ) | ( ) | (•) | ( ) | ( ) | ( ) |

BELOW RESIDENT EXPECTATIONS: Adapts own role and responsibilities as needed to meet team goals. Engages in productive conflict management.

DEVELOPING RESIDENT: Manages roles and responsibilities of others to meet team goals and leverages team member strengths. Mediates conflict between team members.

ACCOMPLISHED RESIDENT: Acts as mentor to help guide less experienced persons where and when possible (e.g case log completion, back up call). Open to learning and actively seeks guidance as mentee. Demonstrates role-modelling and acknowledges the impact of the hidden curriculum on learners.

ADVANCED RESIDENT: Provides coaching with team members who are seeking input. Promotes collaborative work and draws together skills when managing complicated situations. Considers duality of conflict and offers mutually acceptable solutions to conflicts.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *6.3 Maintains ongoing relationships to provide continuity of collaborative effort. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Uses a structured protocol to communicate key information in the workplace. Verifies understanding between and among the veterinary care team and clients.

DEVELOPING RESIDENT: Expands patient care team when appropriate and educates others to improve outcomes and reduce errors. Adapts role to ensure continuity of care.

ACCOMPLISHED RESIDENT: Engages team in respectful shared decision-making. Thoughtful about timing of communication and considers saliency of information before acting.

ADVANCED RESIDENT: Interested parties are continually informed and updated. Follow up is organized, efficient and timely.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *6.4 Demonstrates inclusivity and cultural competence. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Acts with cultural competence.

DEVELOPING RESIDENT: Encourages, acknowledges and accepts diverse contributions of others and promotes inclusivity.

ACCOMPLISHED RESIDENT: Manages differences of perspective and resolves conflict in a manner that supports a collegial culture.

ADVANCED RESIDENT: Seeks out differing viewpoints and colleagues to consult for broader perspectives.

**Comments about Collaboration:**
Dr. Gabriel maintains good relationships with house officers and faculty.
Her collaborative nature with others will continue to improve as she advances in the program-this is expected.
She is aware of her responsibilities.
She has been better at reading students' entries into EzyVet. Similarly, she has been better at documenting client communication.

## 7. Professionalism and Professional Identity

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.1 Adopts an ethical approach to meeting professional obligations. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Demonstrates accountability by taking action on ethical issues. Maintains ethical behavior regardless of the setting or circumstances.

DEVELOPING RESIDENT: Models professional behavior and leads ethical discussions through engagement with others.

ACCOMPLISHED RESIDENT: Role models compliance with ethical standards and workplace policies. Conducts self ethically across all aspects of the workplace (i.e. research, specialty role, professional role).

ADVANCED RESIDENT: Recognizes personal capabilities and identifies breaches that should be reported to higher authorities. Acknowledges personal limitations within an overall system and knows which routes of communication are appropriate to manage emerging situations. Responds appropriately to unprofessional and unethical behavior when identified in others.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.2 Practices time management. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Organizes and prioritizes tasks and responsibilities according to importance and urgency.

DEVELOPING RESIDENT: Focuses on planning ahead, being proactive and optimizing productivity of self and others. Successfully manages interruptions or distractions.

ACCOMPLISHED RESIDENT: Timely quality completion of training requirements (logs, seminars, research, etc.) Timely completion of reports and records, especially of communications. Delegates tasks appropriately to team members and follows up with them.

ADVANCED RESIDENT: Establishes realistic manageable goals for self and colleagues. Identifies commitments, adheres to them and

meets deadlines. Communicates challenges that have arisen in meeting deadlines and considers the impact of tardiness on others. Explores how time expectations may or may not be negotiable. Finds balance between creating a good product and having sufficient time to deliver.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.3 Reflects on personal actions and uses feedback to plan improvement. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Applies reflective practice regularly for self-improvement.

DEVELOPING RESIDENT: Serves as a role model and encourages others to engage in reflective practice. Demonstrates emotional intelligence and self-awareness.

ACCOMPLISHED RESIDENT: Critically reflects on evaluation data to identify areas of strength and gaps that require additional strategies for improvement. Exhibits an infinite mindset by applying reflective practice and seeking areas for growth. Recognizes and manages personal conflicts of interest. Develops and targets feedback based on personal experience while demonstrating respect for the individual needs of others.

ADVANCED RESIDENT: Encourages others to meaningfully reflect on their actions by identifying gaps, looking for root causes and developing plans to address them. Has mentee-driven conversations. Helps others to become more self-aware and to develop plans for improvement. Represents broader organization at all times and role models to others.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.4 Engages in self-directed learning. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Confidently identifies gaps and focused areas for professional development. Seeks and uses feedback and self-corrects using reliable sources.

DEVELOPING RESIDENT: Reads the literature consistently and applies it professionally.

ACCOMPLISHED RESIDENT: Utilizes current literature to provide and advance care that meets societal expectations of a veterinarian. Identifies gaps in literature and aids with accumulation of data to add to published body of knowledge. Performs comprehensive search of resources to gather information needed for decision-making. Balances the unknown with a need to decisively take action. Maximizes learning opportunities for growth.

ADVANCED RESIDENT: Seeks to continuously grow in new directions and seeks opportunities outside own field of interest. Generates new knowledge to share with veterinary community in application with patient populations. Collaborates with broad array of experts to gain novel ideas and expand approaches outside of area of focus.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.5 Attends to wellbeing of self and others. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Utilizes a range of effective coping strategies in the face of difficult circumstances. Recognizes and responds to expectations of stakeholders (e.g. clients, supervisors) while maintaining boundaries.

DEVELOPING RESIDENT: Promotes healthy workplace culture. Reaches out to others exhibiting signs of stress and provides resources for professional help.

ACCOMPLISHED RESIDENT: Identifies expectations of the profession, training, and work-life distribution. Set priorities and manages time to integrate personal and professional obligations. Exhibits appropriate professional behavior and relationships by demonstrating honesty, integrity, humility, commitment, compassion, respect, and confidentiality. Promotes a culture that recognizes, supports and responds to colleagues in need.

ADVANCED RESIDENT: Demonstrates responsiveness to others that supersedes self-interests while maintaining effective boundaries. Exhibits and promotes a culture of appropriate professional behavior including respect for diversity. Recognizes personal triggers and maintains composure in stressful events. Decompresses following challenges and reduces tension in high stakes environment. Mentors colleagues where similar prior experiences have occurred.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.6 Engages in career planning. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Prepares application materials, selects job opportunities consistent with career goals, and reflects on interviews.

DEVELOPING RESIDENT: Commits to professional and personal development strategies to achieve aspirational career goals. Integrates financial considerations into long term professional development and career planning.

ACCOMPLISHED RESIDENT: Demonstrates knowledge of training program requirements including specialty college organization and hierarchical structure. Explores career options and training opportunities as professional goals solidify.

ADVANCED RESIDENT: Demonstrates knowledge of career pathway structures and processes that can be impactful on personal journey (e.g. org chart, PT process, annual review, practice organization). Seeks opportunities for career advancement. Identifies organizations outside of specialty college that may prove impactful on career trajectory. Participates in specialty college and organizational veterinary activities.

**Comments on Professionalism and Professional Identity:**

Regarding interactions with the faculty and house officers, Dr. Gabriel is respectful and maintains professional conduct.
Concerns in this area (as in communication) have been on interactions with the staff and, to a lesser extent, with the staff. She is aware of the concerns and has been working on improving these interactions.
As any resident in this program, she should be accountable for her actions and responsibilities. Taking ownership of mishaps is also a way to build the confidence that others have in you.

## 8. Financial and Practice Management

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *8.2 Delivers veterinary services compliant with legal and regulatory requirements. | ( ) | ( ) | ( ) | (•) | ( ) | ( ) | ( ) |

BELOW RESIDENT EXPECTATIONS: Follows legal and regulatory standards consistently.

DEVELOPING RESIDENT: Supervises team members to ensure compliance with legal and regulatory requirements. Identifies solutions to ensure operational compliance.

ACCOMPLISHED RESIDENT: Develops awareness of specific state or area of practice (ie. multiple states) veterinary regulations. Independently manages continuing education obligations to ensure compliance with licensure and specialty certification requirements.

ADVANCED RESIDENT: Provides basic training to others as a leader in the organization. Develops and maintains organizational framework to ensure workplace compliance with regulations. Uses data to identify areas that need improvement to meet requirements.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *8.3 Advocates for the health and safety of patients, clients and members of the team within the workplace. | ( ) | ( ) | ( ) | (•) | ( ) | ( ) | ( ) |

BELOW RESIDENT EXPECTATIONS: Identifies risks and applies appropriate health and safety protocols. Advocates for workplace safety.

DEVELOPING RESIDENT: Provides direction to other to maintain health and safety and holds others accountable.

ACCOMPLISHED RESIDENT: Actively identifies areas for improvement and develops plans for change. Maintains records associated with health and safety. Identifies changes in worker status and elevates concerns to appropriate authority.

ADVANCED RESIDENT: Disseminates information related to health and safety. Adjusts safety protocols for employee situations to maintain compliance with pre-determined standards. Develops plans to ensure coverage of responsibilities.

**Comments on Financial and Practice Management:**

Dr. Gabriel is aware of the basic regulatory aspects of the profession, the hospital, and equine practice. As she make progress in this program, it is expected that her knowledge will improve,
She is a good advocate for her patients .

## 9. Scholarship

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *9.1 Practices evidence-based veterinary medicine (EBVM). | ( ) | ( ) | ( ) | (•) | ( ) | ( ) | ( ) |

BELOW RESIDENT EXPECTATIONS: Consistently translates information across settings. Incorporates evidence and experience to solve common problems.

DEVELOPING RESIDENT: Seeks evidence-based recommendations and engages in an iterative process of adaptation and improvement.

Recognizes novel problems and customizes innovative solutions.

ACCOMPLISHED RESIDENT: Identifies, appraises, and critically evaluates reliable sources to provide progressive care.

ADVANCED RESIDENT: Integrates progressive and novel evidence-based approaches when appropriate into patient care. Continually adapts approaches from other specialties and species to own patients. Contributes to the advancement of patient care standards.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *9.2 Disseminates knowledge and practices to stakeholders. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Creates and presents educational materials that advance knowledge for stakeholders.

DEVELOPING RESIDENT: Engages stakeholders to determine needs. Disseminates tailored educational materials and assesses impact.

ACCOMPLISHED RESIDENT: Perform timely accurate consultations for others, relative to their specialty. Creates effective presentations using primary literature resources from area of focus for expert audience.

ADVANCED RESIDENT: Utilizes a wide range of primary literature resources from across species and specialties for dissemination to others. Synthesizes personal experience with primary literature.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *9.3 Development of new knowledge. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Explains research strategies and their application in veterinary medicine (e.g. quantitative, qualitative, mixed methods). Defines deductive and inductive theory.

DEVELOPING RESIDENT: Defines stages of hypothesis-driven research process (e.g. literature search, generation of hypothesis, methods). Explains basic research principles and methodology.

ACCOMPLISHED RESIDENT: Demonstrates application of scientific principles of research. Assesses appropriate use of statistics in literature. Identifies ethical principles for conducting research.

ADVANCED RESIDENT: Generate a hypothesis-driven problem and contributes to data analysis. Chooses appropriate statistical methods and applies them. Responsible for ethical compliance of research project.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *9.4 Utilization of teaching and learning principles. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Engages learners regarding basic clinical and professional skills. Provides learners with specific feedback. Primarily centered on supporting learners with one-on-one teaching.

DEVELOPING RESIDENT: Solidifies veterinary medicine basic knowledge in accordance with own individual learning goals. Identifies own individual learning style and reflects on teaching styles. Participates a psychologically safe learning environment and demonstrates interest in learner development.

ACCOMPLISHED RESIDENT: Engages students individually or in groups. Develops strategies to assist learners to expand on basic knowledge while maintaining clinical efficiency and effective case management. Seeks opportunities and feedback to improve own teaching. Critically observes mentor teaching style for integration into own approach. Participates in formal teaching activities using educational principles of adult learning. Aligns self with network of peers to create multi-level scaffold to encourage a growth-based learning environment. Promotes a psychologically safe learning environment. Applies evidence-based principles of assessment. Adjusts delivery based on learner competence and goals.

ADVANCED RESIDENT: Implements a personal learning plan. Reflects and adapts teaching practice in real-time based on feedback, including student performance. Utilizes data to inform pedagogical decision-making. Delivers teaching in a variety of settings: classroom/groups/clinic/labs. Creates and upholds a psychologically safe environment with clear expectations of learners.

**Comments on Scholarship:**

Dr. Gabriel has been reading articles related to her cases, which is good, as that information is important for her training and boards.
Her LAIM seminars for the Urinary and Toxicology courses were nicely prepared and delivered.
Her articles for journal club have been well chosen and nicely presented.
She has been working with Dr. Burns on her research project.

***What is going well for this resident during this evaluation period?**

Communication with the faculty.
Engaged in different aspects of the rotation.
Receptive to feedback
Patient care
Professional, collegial, curious.
Better records and updates in EzyVet

Dr. Gabriel was placed in a 12-week period of probation based on concerns in different areas laid out in her letter of probation. She made progress in the specific areas, which is positive since it is our goal that she is successful in this program.

***Where can this resident make some improvements in their performance:**

She needs to work on specific aspects of communication.
She needs to find strategies to improve interactions with the students-we are not expecting her to lower her standards but to find themes in those interactions where she can work/improve.
She should consider talking to other faculty or staff, perhaps in the educational areas, on methods to enhance interactions with students and staff.

She should continue to improve her skills (routine and advanced).
Needs to improve her knowledge and skills to the appropriate level (second year of the residency).
She needs to work on clinical reasoning, in particular on integrating clinical/laboratory findings with knowledge and the literature.
Continue to maintain up-to-date EzyVet and patient (sheets) records, and evaluate student entries.
Take ownership of mishaps (accountability)-that is important for others to have confidence in you.
Research project.

**RESIDENT ADVISORS: Please DO NOT fill out the following section on the HEAD EVALUATOR form (the following section should only be filled out on the individual contributing forms, so that it is not viewable to resident). Residents are able to see everything that is submitted on the HEAD evaluator form.**

**Please rate this resident's overall performance during this evaluation period, according to your own observation and professional opinion:**

- ○ Unsatisfactory
- ○ Borderline
- ◉ Satisfactory

Did you encounter any issues that should be flagged to the attention of the Vice Chair, House Officer Success?

- ○ Yes
- ◉ No

If you answered "yes" that there are issues with the resident, please indicate which areas should be addressed:

- ☐ Clinical Skills
- ☐ Communication
- ☐ Executive Functioning (organization, time management)
- ☐ Mental well being
- ☐ Medical knowledge, clinical reasoning or problem solving
- ☐ Professionalism

*Did you have an opportunity to meet with this trainee to discuss their performance?

Unanswered.

Gabriel, Sarah viewed this assessment on: **Aug 17, 2026**

*Did you have an opportunity to discuss your performance with your preceptor/supervisor?

- ◉ Yes
- ○ No

# EXHIBIT 12

Semi-annual evaluation by Dr. Burns, January 1 to June 30, 2026,
completed July 20, 2026

THE OHIO STATE UNIVERSITY
COLLEGE OF VETERINARY MEDICINE

The College of Veterinary Medicine at The Ohio State University
Vet Residents - VCS



Evaluated By : Burns, Teresa (Attending)
Evaluating : **Gabriel, Sarah** - Resident
Rotation : Equine Medicine (Resident)
Dates : Jan 1, 2026 - Jun 30, 2026
Completed on : Jul 20, 2026

* indicates a mandatory response

## 1. Clinical Reasoning and Decision Making

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.1 Gathers and assimilates relevant information about animals. (i.e. Collects history; Performs physical examination; Interprets diagnostic test results; Performs necropsy examination). | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Handles patients effectively to minimize stress. Obtains pertinent history appropriate for the situation. Identifies and organized historic elements consistent with common disorders. Performs thorough physical examination in a logical, fluid sequence including systems-specific examinations. Identifies and documents abnormal physical exam findings including subtle findings. Selects and interprets routine diagnostic tests appropriately. Ambiguous results are interpreted within case context to advance the plan.

DEVELOPING RESIDENT: Recognizes variability in case presentation. Efficiently reviews results and recognizes unexpected findings to guide management of unusual cases.

ACCOMPLISHED RESIDENT: Safely and skillfully handles patients of all temperaments under a variety of conditions. Thoroughly and efficiently identifies all abnormalities, accurately interprets findings, and documents appropriately in the medical record. Integrates history and physical findings together to narrow focus in system-specific manner. Selects and interprets appropriate system-specific diagnostics in accordance with abnormal findings.

ADVANCED RESIDENT: Interprets all available data, including that which may be limited in scope (pictures, etc) to gain further information about a patient's condition. Attentive to changes in patient and presenting data.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.2 Synthesizes and prioritizes problems to arrive at differential diagnoses. (i.e. Identifies problems; Creates refined problem list; Prioritizes differential diagnoses). | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Develops an accurate, prioritized problem list and differential list for common problems.

DEVELOPING RESIDENT: Follows systematic procedure for synthesis, comparison, and evaluation of information. Quickly filters irrelevant information and identifies unknowns.

ACCOMPLISHED RESIDENT: Creates extensive, prioritized problem lists and creates differential diagnosis lists, while simultaneously narrowing lists to most critical considerations. Explains rationale for and justifies prioritization of the list items in real time. Able to complete exhaustive list-making when the situation requires.

ADVANCED RESIDENT: References literature, considers geography and local knowledge when prioritizing problems and differential diagnoses. Draws upon lived experiences when evaluating published literature.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.3 Creates and adjusts diagnostic and/or treatment plan based on available evidence. (i.e. Appraises available clinical information and acts accordingly despite uncertainty; Explains justification for plan; Re-evaluates animal or population in a timely manner to adjust plan; Uses critical thinking to determine appropriate action when unexpected outcomes occur, e.g., complications, changed diagnosis) | ○ | ○ | ● | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Develops comprehensive plan tailored to the animal, reevaluates information and updates plan. Justifies case management decisions. Reviews and self corrects when initial conclusions are inaccurate.

DEVELOPING RESIDENT: Articulates succinct and accurate explanations for decision-making. Makes evidence-based decisions in the face of ambiguous data. Promptly adjusts management plan based on available services.

ACCOMPLISHED RESIDENT: Prioritizes diagnostics and treatments with consideration of client resources and patient progression. Determines when preferable to intervene or not. Recognizes contraindications and actively avoids them. Evaluates treatments as they interplay with one another and acts decisively when taking next steps. Understands diagnostic testing limitations and chooses tests wisely to capitalize on client resources.

ADVANCED RESIDENT: Formulates specific questions and then utilizes diagnostic testing selectively to provide answers to them.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.4 Incorporates animal welfare, client expectations, and economic considerations into the diagnostic or treatment plan. | ○ | ○ | ○ | ● | ○ | ○ | ○ |

RESIDENT BELOW EXPECTATIONS: Prioritizes a range of feasible management plans, including euthanasia, with consideration of the long-term health and welfare of the animal. Recognizes client limitations and respects their preferences. Provides clear explanations of the advantages, complications and prognosis for each option.

DEVELOPING RESIDENT: Empowers client to participate in the development of a comprehensive customized management plan for their animal, including palliative care. Incorporates available evidence and accurately predicts the expense and value for each option. Functions well in resource-poor environment.

ACCOMPLISHED RESIDENT: Conducts a cost-benefit analysis in real time while creating a treatment plan. Considers more is not always the right answer for meeting the case goals, patient needs and client resources. Takes short cuts as appropriate and shows efficiency in modifying plan. Seeks cutting edge care while advocating for patient quality of life and meeting client expectations.

ADVANCED RESIDENT: Provides what is situationally responsive for the patient and client. Provides guidance without telling a client what to do and while being mindful of client’s resources and goals.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.5 Prioritizes situational urgency and allocates resources. | ○ | ● | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Reevaluates patient or situation continuously. Recognizes change in patient status warranting escalating care. Calls for assistance and works with team members/resources to provide care.

DEVELOPING RESIDENT: Efficiently triages emergent and urgent patients. Directs team and prioritizes activities to align with available resources.

ACCOMPLISHED RESIDENT: Carries out professional duties in the face of multiple competing and often urgent demands. Attentive to changes in the patient's condition regardless of subtlety. Demonstrates saliency with regards to clinical findings and allocates resources accordingly. Factors in clinical progression with decision-making.

ADVANCED RESIDENT: Engages professionally with patient stakeholders to maximize information exchange (ie. technical staff, owners, students, caretakers). Assigns suitable roles to broaden the team and provide additional expertise when required.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.6 Adapts knowledge to varied scenarios and contexts. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Draws inferences across species and circumstances to solve clinical problems in routine situations.

DEVELOPING RESIDENT: Solves problems in novel situations. Creates solutions for gaps in care.

ACCOMPLISHED RESIDENT: Recognizes and responds to complex and ambiguous circumstances. Assesses effectiveness of solutions and responds in real time.

ADVANCED RESIDENT: Coordinates others to provide scaled response to complex scenarios.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.7 Recognizes limitations of knowledge, skills and resources and consults as needed. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Recognizes own limitations. Usually seeks guidance when warranted. Occasionally delays timely consultation and/or referral.

DEVELOPING RESIDENT: Anticipates the need for consultation and proactively pursue consultation and/or referral.

ACCOMPLISHED RESIDENT: Performs independently with majority of presented cases, while also seeking occasional guidance for those where help is necessary. Demonstrates maturity and patience with others in consultation.

ADVANCED RESIDENT: Performs independently even when cases are complex or rapidly evolving. Recognizes and responds effectively to harm from veterinary care delivery including patient safety incidents.

**Comments about Clinical Reasoning and Decision Making:**

## 2. Individual Animal Care and Management

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *2.1 Performs veterinary procedures and post-procedural care. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Performs common procedures, including pre- and post-procedural management, without direct supervision but with support available if needed. Takes corrective action as warranted.

DEVELOPING RESIDENT: Performs procedures independently. Demonstrates fluidity and efficiency in procedural performance. Supervises others in performing procedures.

ACCOMPLISHED RESIDENT: Performs all medical, diagnostic, and surgical procedures essential for their focused area of practice.

ADVANCED RESIDENT: Performs procedures in skillful safe manner adapting to unanticipated findings or changing clinical circumstances. Has animal handling excellence (appropriate for species).

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *2.2 Promotes comprehensive wellness and preventative care. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Presents a comprehensive wellness/preventative care plan including justification for each component. Answers client questions thoroughly and confidently and promotes patient and client benefits.

DEVELOPING RESIDENT: Engages the client in selecting a comprehensive wellness/preventative care plan. Helps client prioritize healthcare options when resources are limited.

ACCOMPLISHED RESIDENT: Prioritizes the elements of the plan to meet client and patient considerations. Adjusts plans to manage co-morbidities. Knows when to incorporate other specialists in the team for more holistic care of the patient.

ADVANCED RESIDENT: Creates evidence-based plans. Provides broader education of stakeholder groups regarding plan options and guides them to effective options. Looks past individual animal presented to focus on the broader population and society. Looks beyond immediate presentation to think about the longer-term management and costs.

**Comments about Individual Animal Care and Management:**

## 3. Animal Population Care and Management

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *3.1 Applies to population management principles in compliance with legal regulations and economic realities. | ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Analyzes population data to identify common problems and articulates potential solutions including economic and regulatory considerations.

DEVELOPING RESIDENT: Evaluates population data to solve increasingly complex problems with realistic solutions tailored to population and/or client needs.

ACCOMPLISHED RESIDENT: Creates population management plan for diverse species/contexts and/or with limited data. Independently conducts data analysis.

ADVANCED RESIDENT: Designs/conducts a population-based study to describe problems, develop evidence-based solutions. Interprets/uses population data with awareness of limitations, assumptions, confounders, etc.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *3.2 Recommends and evaluates protocols for biosecurity. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Develops biosecurity protocols for common diseases and evaluates their effectiveness.

DEVELOPING RESIDENT: Evaluates and advises on biosecurity protocols in varied situations (e.g. less common diseases or wide geographic area).

ACCOMPLISHED RESIDENT: Evaluates PPE use in others and recommends corrections, as needed. Determines situations where biosecurity is inefficient/ineffective and provides recommendations.

ADVANCED RESIDENT: Adapts biosecurity protocols as resources/conditions require, maintaining effectiveness. Advises on biosecurity protocols for novel situations.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *3.3 Advises stakeholders on practices that promote animal welfare. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Advocates for animals and advises stakeholders regarding strategies to enhance welfare.

DEVELOPING RESIDENT: Engages the local community and profession as an advocate for animal welfare. Promotes strategies in the face of opposition.

ACCOMPLISHED RESIDENT: Develops strategies to enhance welfare with limited data. Actively promotes animal welfare among diverse stakeholders, overcoming opposition

ADVANCED RESIDENT: Designs animal welfare assessments for atypical populations/contexts. Develops strategies to enhance welfare for atypical populations/contexts. Serve as animal health/welfare expert in legal proceedings.

**Comments about Animal Population Care and Management:**

## 4. Public Health

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *4.1 Recognizes zoonotic, transboundary and emerging diseases and responds accordingly. | ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Identifies common zoonotic and transboundary diseases consistently. Develops and helps implement a management plan, including reporting. Instructs others in barrier precautions.

DEVELOPING RESIDENT: Distinguishes atypical presentations of zoonotic and transboundary diseases across a range of species and coordinates control measures.

ACCOMPLISHED RESIDENT: Identifies common and atypical zoonotic and transboundary diseases with available data that may be limited in scope. Develops appropriate recommendations for prevention and control measures with limited data.

ADVANCED RESIDENT: Recognizes atypical presentations of diseases in animals with suspicion of an emerging/novel disease, appropriately implements a management plan to mitigate risks to other animals or people, communicates with appropriate authorities to ship/store for purposes of identification and reporting. Independently advises others regarding diagnosis and management of zoonotic, transboundary, and emerging diseases (including human health professionals).

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *4.2 Promotes the health and safety of people and the environment. | ( ) | (•) | ( ) | ( ) | ( ) | ( ) | ( ) |

BELOW RESIDENT EXPECTATIONS: Evaluates and recommends health and safety practices.

DEVELOPING RESIDENT: Develops health and safety practices for novel and unexpected situations.

ACCOMPLISHED RESIDENT: Adapts health and safety practices in real time to respond to novel or unexpected situations. Actively seeks information on public/environmental health issues from relevant, reputable sources.

ADVANCED RESIDENT: Incorporates public/environmental health considerations into disease management/treatment plans (e.g., limiting medical waste). Advises on animal health issues as it relates to public/environmental health. Collaborates with other health professionals for the purpose of promoting One Health.

**Comments about Public Health:**

## 5. Communication

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *5.1 Listens attentively and communicates professionally. | ( ) | (•) | ( ) | ( ) | ( ) | ( ) | ( ) |

BELOW RESIDENT EXPECTATIONS: Consistently communicates bidirectionally and professionally.

DEVELOPING RESIDENT: Communicates with confidence and ease regardless of situation.

ACCOMPLISHED RESIDENT: Communicates using an evidence-based approach. Shares information while checking for understanding.

ADVANCED RESIDENT: Adapts myriad of tools to effectively communicate in a variety of circumstances. Makes definitive recommendations yet suggests alternatives when needed. Provides evidence basis and answers the why to encourage engagement from others.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *5.2 Adapts communication style to diverse audiences. | ( ) | (•) | ( ) | ( ) | ( ) | ( ) | ( ) |

BELOW RESIDENT EXPECTATIONS: Routinely elicits perspectives, expectations and concerns of others. Adapts communication to audience.

DEVELOPING RESIDENT: Readily adapts the communication to audience needs, even in difficult situations. Anticipates areas of concern and explains proactively.

ACCOMPLISHED RESIDENT: Manages emotionally charged interactions with respect for all parties. Ensures audience understanding and compliance before making judgements. Utilizes a variety of platforms to communicate, including via electronic means. Utilizes professionalism and modifies tone to suit all interactions.

ADVANCED RESIDENT: Communicates effectively with stakeholders and team members. Adapts message in real time based on receiver response. Relies on and accurately interprets non-verbal and verbal cues in all situations.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *5.3 Prepares documentation/forms appropriate for the intended audience. | ( ) | ( ) | (•) | ( ) | ( ) | ( ) | ( ) |

BELOW RESIDENT EXPECTATIONS: Creates documents that are accurate, timely, legible and complete. Completes forms independently.

DEVELOPING RESIDENT: Records information thoroughly and concise.

ACCOMPLISHED RESIDENT: Documents clinical activities in accurate, complete, timely and accessible manner, ensuring compliance with regulatory and legal requirements. Shares information with others to enhance understanding but in a manner that respects privacy and confidentiality of all parties.

ADVANCED RESIDENT: Conveys maximal information in minimal space. Ensures logical flow of ideas allowing for ease of translation by the reader. Develops a personal yet repeatable systematic style.

**Comments about Communication:**

## 6. Collaboration

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *6.1 Solicits, respects and integrates contributions from others. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Considers team goals. Solicits and incorporates input from others to advance team goals.

DEVELOPING RESIDENT: Demonstrates mutual respect and prioritizes team goals based upon input from all team members.

ACCOMPLISHED RESIDENT: Organizes a plan while recognizing needs of others. Aware of entirety of situation and identifies multiple competing priorities. Develops enhanced integration with other team members by substituting for formal leaders when needed.

ADVANCED RESIDENT: Mentoring, guiding and instructing team members as necessary. Actively seeks formal opportunities to lead as appropriate. Suggesting improvements to team process and structure. Solicits constructive feedback from team members and acts on it.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *6.2 Functions as leader or team member based on experience, skills and context. | ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Adapts own role and responsibilities as needed to meet team goals. Engages in productive conflict management.

DEVELOPING RESIDENT: Manages roles and responsibilities of others to meet team goals and leverages team member strengths. Mediates conflict between team members.

ACCOMPLISHED RESIDENT: Acts as mentor to help guide less experienced persons where and when possible (e.g case log completion, back up call). Open to learning and actively seeks guidance as mentee. Demonstrates role-modelling and acknowledges the impact of the hidden curriculum on learners.

ADVANCED RESIDENT: Provides coaching with team members who are seeking input. Promotes collaborative work and draws together skills when managing complicated situations. Considers duality of conflict and offers mutually acceptable solutions to conflicts.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *6.3 Maintains ongoing relationships to provide continuity of collaborative effort. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Uses a structured protocol to communicate key information in the workplace. Verifies understanding between and among the veterinary care team and clients.

DEVELOPING RESIDENT: Expands patient care team when appropriate and educates others to improve outcomes and reduce errors. Adapts role to ensure continuity of care.

ACCOMPLISHED RESIDENT: Engages team in respectful shared decision-making. Thoughtful about timing of communication and considers saliency of information before acting.

ADVANCED RESIDENT: Interested parties are continually informed and updated. Follow up is organized, efficient and timely.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *6.4 Demonstrates inclusivity and cultural competence. | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Acts with cultural competence.

DEVELOPING RESIDENT: Encourages, acknowledges and accepts diverse contributions of others and promotes inclusivity.

ACCOMPLISHED RESIDENT: Manages differences of perspective and resolves conflict in a manner that supports a collegial culture.

ADVANCED RESIDENT: Seeks out differing viewpoints and colleagues to consult for broader perspectives.

**Comments about Collaboration:**

## 7. Professionalism and Professional Identity

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.1 Adopts an ethical approach to meeting professional obligations. | ○ | ○ | ● | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Demonstrates accountability by taking action on ethical issues. Maintains ethical behavior regardless of the setting or circumstances.

DEVELOPING RESIDENT: Models professional behavior and leads ethical discussions through engagement with others.

ACCOMPLISHED RESIDENT: Role models compliance with ethical standards and workplace policies. Conducts self ethically across all aspects of the workplace (i.e. research, specialty role, professional role).

ADVANCED RESIDENT: Recognizes personal capabilities and identifies breaches that should be reported to higher authorities. Acknowledges personal limitations within an overall system and knows which routes of communication are appropriate to manage emerging situations. Responds appropriately to unprofessional and unethical behavior when identified in others.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.2 Practices time management. | ○ | ● | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Organizes and prioritizes tasks and responsibilities according to importance and urgency.

DEVELOPING RESIDENT: Focuses on planning ahead, being proactive and optimizing productivity of self and others. Successfully manages interruptions or distractions.

ACCOMPLISHED RESIDENT: Timely quality completion of training requirements (logs, seminars, research, etc.) Timely completion of reports and records, especially of communications. Delegates tasks appropriately to team members and follows up with them.

ADVANCED RESIDENT: Establishes realistic manageable goals for self and colleagues. Identifies commitments, adheres to them and meets deadlines. Communicates challenges that have arisen in meeting deadlines and considers the impact of tardiness on others. Explores how time expectations may or may not be negotiable. Finds balance between creating a good product and having sufficient time to deliver.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.3 Reflects on personal actions and uses feedback to plan improvement. | ○ | ○ | ● | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Applies reflective practice regularly for self-improvement.

DEVELOPING RESIDENT: Serves as a role model and encourages others to engage in reflective practice. Demonstrates emotional intelligence and self-awareness.

ACCOMPLISHED RESIDENT: Critically reflects on evaluation data to identify areas of strength and gaps that require additional strategies for improvement. Exhibits an infinite mindset by applying reflective practice and seeking areas for growth. Recognizes and manages personal conflicts of interest. Develops and targets feedback based on personal experience while demonstrating respect for the individual needs of others.

ADVANCED RESIDENT: Encourages others to meaningfully reflect on their actions by identifying gaps, looking for root causes and developing plans to address them. Has mentee-driven conversations. Helps others to become more self-aware and to develop plans for improvement. Represents broader organization at all times and role models to others.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.4 Engages in self-directed learning. | ○ | ○ | ● | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Confidently identifies gaps and focused areas for professional development. Seeks and uses feedback and self-corrects using reliable sources.

DEVELOPING RESIDENT: Reads the literature consistently and applies it professionally.

ACCOMPLISHED RESIDENT: Utilizes current literature to provide and advance care that meets societal expectations of a veterinarian. Identifies gaps in literature and aids with accumulation of data to add to published body of knowledge. Performs comprehensive search of resources to gather information needed for decision-making. Balances the unknown with a need to decisively take action. Maximizes learning opportunities for growth.

ADVANCED RESIDENT: Seeks to continuously grow in new directions and seeks opportunities outside own field of interest. Generates new knowledge to share with veterinary community in application with patient populations. Collaborates with broad array of experts to gain novel ideas and expand approaches outside of area of focus.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.5 Attends to wellbeing of self and others. | ○ | ○ | ● | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Utilizes a range of effective coping strategies in the face of difficult circumstances. Recognizes and responds to expectations of stakeholders (e.g. clients, supervisors) while maintaining boundaries.

DEVELOPING RESIDENT: Promotes healthy workplace culture. Reaches out to others exhibiting signs of stress and provides resources for professional help.

ACCOMPLISHED RESIDENT: Identifies expectations of the profession, training, and work-life distribution. Set priorities and manages time to integrate personal and professional obligations. Exhibits appropriate professional behavior and relationships by demonstrating honesty, integrity, humility, commitment, compassion, respect, and confidentiality. Promotes a culture that recognizes, supports and responds to colleagues in need.

ADVANCED RESIDENT: Demonstrates responsiveness to others that supersedes self-interests while maintaining effective boundaries. Exhibits and promotes a culture of appropriate professional behavior including respect for diversity. Recognizes personal triggers and maintains composure in stressful events. Decompresses following challenges and reduces tension in high stakes environment. Mentors colleagues where similar prior experiences have occurred.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.6 Engages in career planning. | ○ | ○ | ● | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Prepares application materials, selects job opportunities consistent with career goals, and reflects on interviews.

DEVELOPING RESIDENT: Commits to professional and personal development strategies to achieve aspirational career goals. Integrates financial considerations into long term professional development and career planning.

ACCOMPLISHED RESIDENT: Demonstrates knowledge of training program requirements including specialty college organization and hierarchical structure. Explores career options and training opportunities as professional goals solidify.

ADVANCED RESIDENT: Demonstrates knowledge of career pathway structures and processes that can be impactful on personal journey (e.g. org chart, PT process, annual review, practice organization). Seeks opportunities for career advancement. Identifies organizations outside of specialty college that may prove impactful on career trajectory. Participates in specialty college and organizational veterinary activities.

**Comments on Professionalism and Professional Identity:**

## 8. Financial and Practice Management

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *8.2 Delivers veterinary services compliant with legal and regulatory requirements. | ○ | ○ | ● | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Follows legal and regulatory standards consistently.

DEVELOPING RESIDENT: Supervises team members to ensure compliance with legal and regulatory requirements. Identifies solutions to ensure operational compliance.

ACCOMPLISHED RESIDENT: Develops awareness of specific state or area of practice (ie. multiple states) veterinary regulations. Independently manages continuing education obligations to ensure compliance with licensure and specialty certification requirements.

ADVANCED RESIDENT: Provides basic training to others as a leader in the organization. Develops and maintains organizational framework to ensure workplace compliance with regulations. Uses data to identify areas that need improvement to meet requirements.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *8.3 Advocates for the health and safety of patients, clients and members of the team within the workplace. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Identifies risks and applies appropriate health and safety protocols. Advocates for workplace safety.

DEVELOPING RESIDENT: Provides direction to other to maintain health and safety and holds others accountable.

ACCOMPLISHED RESIDENT: Actively identifies areas for improvement and develops plans for change. Maintains records associated with health and safety. Identifies changes in worker status and elevates concerns to appropriate authority.

ADVANCED RESIDENT: Disseminates information related to health and safety. Adjusts safety protocols for employee situations to maintain compliance with pre-determined standards. Develops plans to ensure coverage of responsibilities.

**Comments on Financial and Practice Management:**

## 9. Scholarship

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *9.1 Practices evidence-based veterinary medicine (EBVM). | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Consistently translates information across settings. Incorporates evidence and experience to solve common problems.

DEVELOPING RESIDENT: Seeks evidence-based recommendations and engages in an iterative process of adaptation and improvement. Recognizes novel problems and customizes innovative solutions.

ACCOMPLISHED RESIDENT: Identifies, appraises, and critically evaluates reliable sources to provide progressive care.

ADVANCED RESIDENT: Integrates progressive and novel evidence-based approaches when appropriate into patient care. Continually adapts approaches from other specialties and species to own patients. Contributes to the advancement of patient care standards.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *9.2 Disseminates knowledge and practices to stakeholders. | ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Creates and presents educational materials that advance knowledge for stakeholders.

DEVELOPING RESIDENT: Engages stakeholders to determine needs. Disseminates tailored educational materials and assesses impact.

ACCOMPLISHED RESIDENT: Perform timely accurate consultations for others, relative to their specialty. Creates effective presentations using primary literature resources from area of focus for expert audience.

ADVANCED RESIDENT: Utilizes a wide range of primary literature resources from across species and specialties for dissemination to others. Synthesizes personal experience with primary literature.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *9.3 Development of new knowledge. | ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Explains research strategies and their application in veterinary medicine (e.g. quantitative, qualitative, mixed methods). Defines deductive and inductive theory.

DEVELOPING RESIDENT: Defines stages of hypothesis-driven research process (e.g. literature search, generation of hypothesis, methods). Explains basic research principles and methodology.

ACCOMPLISHED RESIDENT: Demonstrates application of scientific principles of research. Assesses appropriate use of statistics in literature. Identifies ethical principles for conducting research.

ADVANCED RESIDENT: Generate a hypothesis-driven problem and contributes to data analysis. Chooses appropriate statistical methods and applies them. Responsible for ethical compliance of research project.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *9.4 Utilization of teaching and learning principles. | ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Engages learners regarding basic clinical and professional skills. Provides learners with specific feedback. Primarily centered on supporting learners with one-on-one teaching.

DEVELOPING RESIDENT: Solidifies veterinary medicine basic knowledge in accordance with own individual learning goals. Identifies own individual learning style and reflects on teaching styles. Participates a psychologically safe learning environment and demonstrates interest in learner development.

ACCOMPLISHED RESIDENT: Engages students individually or in groups. Develops strategies to assist learners to expand on basic knowledge while maintaining clinical efficiency and effective case management. Seeks opportunities and feedback to improve own teaching. Critically observes mentor teaching style for integration into own approach. Participates in formal teaching activities using educational principles of adult learning. Aligns self with network of peers to create multi-level scaffold to encourage a growth-based learning environment. Promotes a psychologically safe learning environment. Applies evidence-based principles of assessment. Adjusts delivery based on learner competence and goals.

ADVANCED RESIDENT: Implements a personal learning plan. Reflects and adapts teaching practice in real-time based on feedback, including student performance. Utilizes data to inform pedagogical decision-making. Delivers teaching in a variety of settings: classroom/groups/clinic/labs. Creates and upholds a psychologically safe environment with clear expectations of learners.

**Comments on Scholarship:**

*__What is going well for this resident during this evaluation period?__

- Excellent, attentive patient care
- Interactions with clients that promote relationship-building; listens to clients and accommodates their needs
- Tangible improvement in communication, efficiency, and anticipation in the clinic - has become much more proactive

*__Where can this resident make some improvements in their performance:__

- Continue to work on organization and mindful management of the 'to-do' list

**RESIDENT ADVISORS: Please DO NOT fill out the following section on the HEAD EVALUATOR form (the following section should only be filled out on the individual contributing forms, so that it is not viewable to resident). Residents are able to see everything that is submitted on the HEAD evaluator form.**

**Please rate this resident's overall performance during this evaluation period, according to your own observation and professional opinion:**

○ Unsatisfactory
○ Borderline
◉ Satisfactory

Did you encounter any issues that should be flagged to the attention of the Vice Chair, House Officer Success?

○ Yes
◉ No

If you answered "yes" that there are issues with the resident, please indicate which areas should be addressed:

☐ Clinical Skills
☐ Communication
☐ Executive Functioning (organization, time management)
☐ Mental well being
☐ Medical knowledge, clinical reasoning or problem solving
☐ Professionalism

*Did you have an opportunity to meet with this trainee to discuss their performance?

Unanswered.

Gabriel, Sarah viewed this assessment on: **Aug 17, 2026**

*Did you have an opportunity to discuss your performance with your preceptor/supervisor?

◉ Yes

○ No

# EXHIBIT 13

Semi-annual evaluation by Dr. Hostnik, January 1 to June 30, 2026, completed July 16, 2026

THE OHIO STATE UNIVERSITY COLLEGE OF VETERINARY MEDICINE

The College of Veterinary Medicine at The Ohio State University
Vet Residents - VCS



Evaluated By : Hostnik, Laura (Attending)
Evaluating : **Gabriel, Sarah** - Resident
Rotation : Equine Medicine (Resident)
Dates : Jan 1, 2026 - Jun 30, 2026
Completed on : Jul 16, 2026

* indicates a mandatory response

## 1. Clinical Reasoning and Decision Making

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.1 Gathers and assimilates relevant information about animals. (i.e. Collects history; Performs physical examination; Interprets diagnostic test results; Performs necropsy examination). | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Handles patients effectively to minimize stress. Obtains pertinent history appropriate for the situation. Identifies and organized historic elements consistent with common disorders. Performs thorough physical examination in a logical, fluid sequence including systems-specific examinations. Identifies and documents abnormal physical exam findings including subtle findings. Selects and interprets routine diagnostic tests appropriately. Ambiguous results are interpreted within case context to advance the plan.

DEVELOPING RESIDENT: Recognizes variability in case presentation. Efficiently reviews results and recognizes unexpected findings to guide management of unusual cases.

ACCOMPLISHED RESIDENT: Safely and skillfully handles patients of all temperaments under a variety of conditions. Thoroughly and efficiently identifies all abnormalities, accurately interprets findings, and documents appropriately in the medical record. Integrates history and physical findings together to narrow focus in system-specific manner. Selects and interprets appropriate system-specific diagnostics in accordance with abnormal findings.

ADVANCED RESIDENT: Interprets all available data, including that which may be limited in scope (pictures, etc) to gain further information about a patient's condition. Attentive to changes in patient and presenting data.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.2 Synthesizes and prioritizes problems to arrive at differential diagnoses. (i.e. Identifies problems; Creates refined problem list; Prioritizes differential diagnoses). | ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Develops an accurate, prioritized problem list and differential list for common problems.

DEVELOPING RESIDENT: Follows systematic procedure for synthesis, comparison, and evaluation of information. Quickly filters irrelevant information and identifies unknowns.

ACCOMPLISHED RESIDENT: Creates extensive, prioritized problem lists and creates differential diagnosis lists, while simultaneously narrowing lists to most critical considerations. Explains rationale for and justifies prioritization of the list items in real time. Able to complete exhaustive list-making when the situation requires.

ADVANCED RESIDENT: References literature, considers geography and local knowledge when prioritizing problems and differential diagnoses. Draws upon lived experiences when evaluating published literature.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.3 Creates and adjusts diagnostic and/or treatment plan based on available evidence. (i.e. Appraises available clinical information and acts accordingly despite uncertainty; Explains justification for plan; Re-evaluates animal or population in a timely manner to adjust plan; Uses critical thinking to determine appropriate action when unexpected outcomes occur, e.g., complications, changed diagnosis) | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Develops comprehensive plan tailored to the animal, reevaluates information and updates plan. Justifies case management decisions. Reviews and self corrects when initial conclusions are inaccurate.

DEVELOPING RESIDENT: Articulates succinct and accurate explanations for decision-making. Makes evidence-based decisions in the face of ambiguous data. Promptly adjusts management plan based on available services.

ACCOMPLISHED RESIDENT: Prioritizes diagnostics and treatments with consideration of client resources and patient progression. Determines when preferable to intervene or not. Recognizes contraindications and actively avoids them. Evaluates treatments as they interplay with one another and acts decisively when taking next steps. Understands diagnostic testing limitations and chooses tests wisely to capitalize on client resources.

ADVANCED RESIDENT: Formulates specific questions and then utilizes diagnostic testing selectively to provide answers to them.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.4 Incorporates animal welfare, client expectations, and economic considerations into the diagnostic or treatment plan. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

RESIDENT BELOW EXPECTATIONS: Prioritizes a range of feasible management plans, including euthanasia, with consideration of the long-term health and welfare of the animal. Recognizes client limitations and respects their preferences. Provides clear explanations of the advantages, complications and prognosis for each option.

DEVELOPING RESIDENT: Empowers client to participate in the development of a comprehensive customized management plan for their animal, including palliative care. Incorporates available evidence and accurately predicts the expense and value for each option. Functions well in resource-poor environment.

ACCOMPLISHED RESIDENT: Conducts a cost-benefit analysis in real time while creating a treatment plan. Considers more is not always the right answer for meeting the case goals, patient needs and client resources. Takes short cuts as appropriate and shows efficiency in modifying plan. Seeks cutting edge care while advocating for patient quality of life and meeting client expectations.

ADVANCED RESIDENT: Provides what is situationally responsive for the patient and client. Provides guidance without telling a client what to do and while being mindful of client’s resources and goals.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.5 Prioritizes situational urgency and allocates resources. | ◉ | ○ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Reevaluates patient or situation continuously. Recognizes change in patient status warranting escalating care. Calls for assistance and works with team members/resources to provide care.

DEVELOPING RESIDENT: Efficiently triages emergent and urgent patients. Directs team and prioritizes activities to align with available resources.

ACCOMPLISHED RESIDENT: Carries out professional duties in the face of multiple competing and often urgent demands. Attentive to changes in the patient's condition regardless of subtlety. Demonstrates saliency with regards to clinical findings and allocates resources accordingly. Factors in clinical progression with decision-making.

ADVANCED RESIDENT: Engages professionally with patient stakeholders to maximize information exchange (ie. technical staff, owners, students, caretakers). Assigns suitable roles to broaden the team and provide additional expertise when required.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.6 Adapts knowledge to varied scenarios and contexts. | ○ | ○ | ● | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Draws inferences across species and circumstances to solve clinical problems in routine situations.

DEVELOPING RESIDENT: Solves problems in novel situations. Creates solutions for gaps in care.

ACCOMPLISHED RESIDENT: Recognizes and responds to complex and ambiguous circumstances. Assesses effectiveness of solutions and responds in real time.

ADVANCED RESIDENT: Coordinates others to provide scaled response to complex scenarios.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *1.7 Recognizes limitations of knowledge, skills and resources and consults as needed. | ○ | ● | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Recognizes own limitations. Usually seeks guidance when warranted. Occasionally delays timely consultation and/or referral.

DEVELOPING RESIDENT: Anticipates the need for consultation and proactively pursue consultation and/or referral.

ACCOMPLISHED RESIDENT: Performs independently with majority of presented cases, while also seeking occasional guidance for those where help is necessary. Demonstrates maturity and patience with others in consultation.

ADVANCED RESIDENT: Performs independently even when cases are complex or rapidly evolving. Recognizes and responds effectively to harm from veterinary care delivery including patient safety incidents.

**Comments about Clinical Reasoning and Decision Making:**
Dr. Gabriel's clinical reasoning has improved in many ways, and she can effectively select appropriate diagnostics and next steps, and consults others as appropriate. Continue to work on efficient triage and appropriate reassessment of patients, prioritizing appropriate diagnostics and independently determining the next steps.

## 2. Individual Animal Care and Management

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *2.1 Performs veterinary procedures and post-procedural care. | ● | ○ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Performs common procedures, including pre- and post-procedural management, without direct supervision but with support available if needed. Takes corrective action as warranted.

DEVELOPING RESIDENT: Performs procedures independently. Demonstrates fluidity and efficiency in procedural performance. Supervises others in performing procedures.

ACCOMPLISHED RESIDENT: Performs all medical, diagnostic, and surgical procedures essential for their focused area of practice.

ADVANCED RESIDENT: Performs procedures in skillful safe manner adapting to unanticipated findings or changing clinical circumstances. Has animal handling excellence (appropriate for species).

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *2.2 Promotes comprehensive wellness and preventative care. | ○ | ○ | ● | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Presents a comprehensive wellness/preventative care plan including justification for each component. Answers client questions thoroughly and confidently and promotes patient and client benefits.

DEVELOPING RESIDENT: Engages the client in selecting a comprehensive wellness/preventative care plan. Helps client prioritize healthcare options when resources are limited.

ACCOMPLISHED RESIDENT: Prioritizes the elements of the plan to meet client and patient considerations. Adjusts plans to manage co-morbidities. Knows when to incorporate other specialists in the team for more holistic care of the patient.

ADVANCED RESIDENT: Creates evidence-based plans. Provides broader education of stakeholder groups regarding plan options and guides them to effective options. Looks past individual animal presented to focus on the broader population and society. Looks beyond immediate presentation to think about the longer-term management and costs.

**Comments about Individual Animal Care and Management:**
Continue to work on performing common procedures efficiently (ultrasounds primarily) to develop more independence and ability to supervise others during procedures in an efficient and safe manner. Work on having all the necessary materials to complete tasks prior to starting (including assistants, sedation, bandage materials, etc). Ask for help with gathering materials, run through procedures in your head before starting to make sure you have everything you need. When performing procedures, keep side conversations and to a minimum and use narration/thinking out loud to teach, rather than quizzing, to avoid distractions and keep with the task, while teaching and including students.

## 3. Animal Population Care and Management

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *3.1 Applies to population management principles in compliance with legal regulations and economic realities. | ○ | ○ | ● | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Analyzes population data to identify common problems and articulates potential solutions including economic and regulatory considerations.

DEVELOPING RESIDENT: Evaluates population data to solve increasingly complex problems with realistic solutions tailored to population and/or client needs.

ACCOMPLISHED RESIDENT: Creates population management plan for diverse species/contexts and/or with limited data. Independently conducts data analysis.

ADVANCED RESIDENT: Designs/conducts a population-based study to describe problems, develop evidence-based solutions. Interprets/uses population data with awareness of limitations, assumptions, confounders, etc.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *3.2 Recommends and evaluates protocols for biosecurity. | ○ | ○ | ● | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Develops biosecurity protocols for common diseases and evaluates their effectiveness.

DEVELOPING RESIDENT: Evaluates and advises on biosecurity protocols in varied situations (e.g. less common diseases or wide geographic area).

ACCOMPLISHED RESIDENT: Evaluates PPE use in others and recommends corrections, as needed. Determines situations where biosecurity is inefficient/ineffective and provides recommendations.

ADVANCED RESIDENT: Adapts biosecurity protocols as resources/conditions require, maintaining effectiveness. Advises on biosecurity protocols for novel situations.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *3.3 Advises stakeholders on practices that promote animal welfare. | ○ | ○ | ● | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Advocates for animals and advises stakeholders regarding strategies to enhance welfare.

DEVELOPING RESIDENT: Engages the local community and profession as an advocate for animal welfare. Promotes strategies in the face of opposition.

ACCOMPLISHED RESIDENT: Develops strategies to enhance welfare with limited data. Actively promotes animal welfare among diverse stakeholders, overcoming opposition

ADVANCED RESIDENT: Designs animal welfare assessments for atypical populations/contexts. Develops strategies to enhance welfare for atypical populations/contexts. Serve as animal health/welfare expert in legal proceedings.

**Comments about Animal Population Care and Management:**
Dr. Gabriel appropriately advocates for her patients and clients and their welfare.

## 4. Public Health

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *4.1 Recognizes zoonotic, transboundary and emerging diseases and responds accordingly. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Identifies common zoonotic and transboundary diseases consistently. Develops and helps implement a management plan, including reporting. Instructs others in barrier precautions.

DEVELOPING RESIDENT: Distinguishes atypical presentations of zoonotic and transboundary diseases across a range of species and coordinates control measures.

ACCOMPLISHED RESIDENT: Identifies common and atypical zoonotic and transboundary diseases with available data that may be limited in scope. Develops appropriate recommendations for prevention and control measures with limited data.

ADVANCED RESIDENT: Recognizes atypical presentations of diseases in animals with suspicion of an emerging/novel disease, appropriately implements a management plan to mitigate risks to other animals or people, communicates with appropriate authorities to ship/store for purposes of identification and reporting. Independently advises others regarding diagnosis and management of zoonotic, transboundary, and emerging diseases (including human health professionals).

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *4.2 Promotes the health and safety of people and the environment. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Evaluates and recommends health and safety practices.

DEVELOPING RESIDENT: Develops health and safety practices for novel and unexpected situations.

ACCOMPLISHED RESIDENT: Adapts health and safety practices in real time to respond to novel or unexpected situations. Actively seeks information on public/environmental health issues from relevant, reputable sources.

ADVANCED RESIDENT: Incorporates public/environmental health considerations into disease management/treatment plans (e.g., limiting medical waste). Advises on animal health issues as it relates to public/environmental health. Collaborates with other health professionals for the purpose of promoting One Health.

**Comments about Public Health:**

## 5. Communication

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *5.1 Listens attentively and communicates professionally. | ◉ | ○ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Consistently communicates bidirectionally and professionally.

DEVELOPING RESIDENT: Communicates with confidence and ease regardless of situation.

ACCOMPLISHED RESIDENT: Communicates using an evidence-based approach. Shares information while checking for understanding.

ADVANCED RESIDENT: Adapts myriad of tools to effectively communicate in a variety of circumstances. Makes definitive recommendations yet suggests alternatives when needed. Provides evidence basis and answers the why to encourage engagement from others.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *5.2 Adapts communication style to diverse audiences. | ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Routinely elicits perspectives, expectations and concerns of others. Adapts communication to audience.

DEVELOPING RESIDENT: Readily adapts the communication to audience needs, even in difficult situations. Anticipates areas of concern and explains proactively.

ACCOMPLISHED RESIDENT: Manages emotionally charged interactions with respect for all parties. Ensures audience understanding and compliance before making judgements. Utilizes a variety of platforms to communicate, including via electronic means. Utilizes

professionalism and modifies tone to suit all interactions.

ADVANCED RESIDENT: Communicates effectively with stakeholders and team members. Adapts message in real time based on receiver response. Relies on and accurately interprets non-verbal and verbal cues in all situations.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *5.3 Prepares documentation/forms appropriate for the intended audience. | ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Creates documents that are accurate, timely, legible and complete. Completes forms independently.

DEVELOPING RESIDENT: Records information thoroughly and concise.

ACCOMPLISHED RESIDENT: Documents clinical activities in accurate, complete, timely and accessible manner, ensuring compliance with regulatory and legal requirements. Shares information with others to enhance understanding but in a manner that respects privacy and confidentiality of all parties.

ADVANCED RESIDENT: Conveys maximal information in minimal space. Ensures logical flow of ideas allowing for ease of translation by the reader. Develops a personal yet repeatable systematic style.

**Comments about Communication:**

Dr. Gabriel has improved communication with faculty by including daily text updates on her patients. I encourage continuing these updates to keep an open dialogue on patient care and assessments, continue to work on providing next steps for diagnostics and treatment decisions independently to gain feedback. Needs to work on communication styles with students and staff. Consider students and staff as part of a collaborative team, rather than using directives, to avoid coming off as condescending or negative. It would be useful to seek out professional assistance with communication and clinical teaching.

## 6. Collaboration

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *6.1 Solicits, respects and integrates contributions from others. | ◉ | ○ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Considers team goals. Solicits and incorporates input from others to advance team goals.

DEVELOPING RESIDENT: Demonstrates mutual respect and prioritizes team goals based upon input from all team members.

ACCOMPLISHED RESIDENT: Organizes a plan while recognizing needs of others. Aware of entirety of situation and identifies multiple competing priorities. Develops enhanced integration with other team members by substituting for formal leaders when needed.

ADVANCED RESIDENT: Mentoring, guiding and instructing team members as necessary. Actively seeks formal opportunities to lead as appropriate. Suggesting improvements to team process and structure. Solicits constructive feedback from team members and acts on it.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *6.2 Functions as leader or team member based on experience, skills and context. | ◉ | ○ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Adapts own role and responsibilities as needed to meet team goals. Engages in productive conflict management.

DEVELOPING RESIDENT: Manages roles and responsibilities of others to meet team goals and leverages team member strengths. Mediates conflict between team members.

ACCOMPLISHED RESIDENT: Acts as mentor to help guide less experienced persons where and when possible (e.g case log completion, back up call). Open to learning and actively seeks guidance as mentee. Demonstrates role-modelling and acknowledges the impact of the hidden curriculum on learners.

ADVANCED RESIDENT: Provides coaching with team members who are seeking input. Promotes collaborative work and draws together skills when managing complicated situations. Considers duality of conflict and offers mutually acceptable solutions to conflicts.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *6.3 Maintains ongoing relationships to provide continuity of collaborative effort. | ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Uses a structured protocol to communicate key information in the workplace. Verifies understanding between and among the veterinary care team and clients.

DEVELOPING RESIDENT: Expands patient care team when appropriate and educates others to improve outcomes and reduce errors. Adapts role to ensure continuity of care.

ACCOMPLISHED RESIDENT: Engages team in respectful shared decision-making. Thoughtful about timing of communication and considers saliency of information before acting.

ADVANCED RESIDENT: Interested parties are continually informed and updated. Follow up is organized, efficient and timely.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *6.4 Demonstrates inclusivity and cultural competence. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Acts with cultural competence.

DEVELOPING RESIDENT: Encourages, acknowledges and accepts diverse contributions of others and promotes inclusivity.

ACCOMPLISHED RESIDENT: Manages differences of perspective and resolves conflict in a manner that supports a collegial culture.

ADVANCED RESIDENT: Seeks out differing viewpoints and colleagues to consult for broader perspectives.

**Comments about Collaboration:**

See comments above regarding communication, as this aligns with collaboration as well.

## 7. Professionalism and Professional Identity

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.1 Adopts an ethical approach to meeting professional obligations. | ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Demonstrates accountability by taking action on ethical issues. Maintains ethical behavior regardless of the setting or circumstances.

DEVELOPING RESIDENT: Models professional behavior and leads ethical discussions through engagement with others.

ACCOMPLISHED RESIDENT: Role models compliance with ethical standards and workplace policies. Conducts self ethically across all aspects of the workplace (i.e. research, specialty role, professional role).

ADVANCED RESIDENT: Recognizes personal capabilities and identifies breaches that should be reported to higher authorities. Acknowledges personal limitations within an overall system and knows which routes of communication are appropriate to manage emerging situations. Responds appropriately to unprofessional and unethical behavior when identified in others.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.2 Practices time management. | ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Organizes and prioritizes tasks and responsibilities according to importance and urgency.

DEVELOPING RESIDENT: Focuses on planning ahead, being proactive and optimizing productivity of self and others. Successfully manages interruptions or distractions.

ACCOMPLISHED RESIDENT: Timely quality completion of training requirements (logs, seminars, research, etc.) Timely completion of reports and records, especially of communications. Delegates tasks appropriately to team members and follows up with them.

ADVANCED RESIDENT: Establishes realistic manageable goals for self and colleagues. Identifies commitments, adheres to them and meets deadlines. Communicates challenges that have arisen in meeting deadlines and considers the impact of tardiness on others. Explores how time expectations may or may not be negotiable. Finds balance between creating a good product and having sufficient time to deliver.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.3 Reflects on personal actions and uses feedback to plan improvement. | ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Applies reflective practice regularly for self-improvement.

DEVELOPING RESIDENT: Serves as a role model and encourages others to engage in reflective practice. Demonstrates emotional intelligence and self-awareness.

ACCOMPLISHED RESIDENT: Critically reflects on evaluation data to identify areas of strength and gaps that require additional strategies for improvement. Exhibits an infinite mindset by applying reflective practice and seeking areas for growth. Recognizes and manages personal conflicts of interest. Develops and targets feedback based on personal experience while demonstrating respect for the individual needs of others.

ADVANCED RESIDENT: Encourages others to meaningfully reflect on their actions by identifying gaps, looking for root causes and developing plans to address them. Has mentee-driven conversations. Helps others to become more self-aware and to develop plans for improvement. Represents broader organization at all times and role models to others.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.4 Engages in self-directed learning. | ○ | ○ | ● | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Confidently identifies gaps and focused areas for professional development. Seeks and uses feedback and self-corrects using reliable sources.

DEVELOPING RESIDENT: Reads the literature consistently and applies it professionally.

ACCOMPLISHED RESIDENT: Utilizes current literature to provide and advance care that meets societal expectations of a veterinarian. Identifies gaps in literature and aids with accumulation of data to add to published body of knowledge. Performs comprehensive search of resources to gather information needed for decision-making. Balances the unknown with a need to decisively take action. Maximizes learning opportunities for growth.

ADVANCED RESIDENT: Seeks to continuously grow in new directions and seeks opportunities outside own field of interest. Generates new knowledge to share with veterinary community in application with patient populations. Collaborates with broad array of experts to gain novel ideas and expand approaches outside of area of focus.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.5 Attends to wellbeing of self and others. | ○ | ● | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Utilizes a range of effective coping strategies in the face of difficult circumstances. Recognizes and responds to expectations of stakeholders (e.g. clients, supervisors) while maintaining boundaries.

DEVELOPING RESIDENT: Promotes healthy workplace culture. Reaches out to others exhibiting signs of stress and provides resources for professional help.

ACCOMPLISHED RESIDENT: Identifies expectations of the profession, training, and work-life distribution. Set priorities and manages time to integrate personal and professional obligations. Exhibits appropriate professional behavior and relationships by demonstrating honesty, integrity, humility, commitment, compassion, respect, and confidentiality. Promotes a culture that recognizes, supports and responds to colleagues in need.

ADVANCED RESIDENT: Demonstrates responsiveness to others that supersedes self-interests while maintaining effective boundaries. Exhibits and promotes a culture of appropriate professional behavior including respect for diversity. Recognizes personal triggers and maintains composure in stressful events. Decompresses following challenges and reduces tension in high stakes environment. Mentors colleagues where similar prior experiences have occurred.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *7.6 Engages in career planning. | ○ | ○ | ● | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Prepares application materials, selects job opportunities consistent with career goals, and reflects on interviews.

DEVELOPING RESIDENT: Commits to professional and personal development strategies to achieve aspirational career goals. Integrates financial considerations into long term professional development and career planning.

ACCOMPLISHED RESIDENT: Demonstrates knowledge of training program requirements including specialty college organization and hierarchical structure. Explores career options and training opportunities as professional goals solidify.

ADVANCED RESIDENT: Demonstrates knowledge of career pathway structures and processes that can be impactful on personal journey (e.g. org chart, PT process, annual review, practice organization). Seeks opportunities for career advancement. Identifies organizations

outside of specialty college that may prove impactful on career trajectory. Participates in specialty college and organizational veterinary activities.

**Comments on Professionalism and Professional Identity:**

Dr. Gabriel has been working on self-reflection after difficult interactions with clients and/or coworkers or students. Most interactions have been improving, but there continue to be strained interactions (perceived as dismissive, condescending, or blaming) with students and staff during stressful situations.

## 8. Financial and Practice Management

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *8.2 Delivers veterinary services compliant with legal and regulatory requirements. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Follows legal and regulatory standards consistently.

DEVELOPING RESIDENT: Supervises team members to ensure compliance with legal and regulatory requirements. Identifies solutions to ensure operational compliance.

ACCOMPLISHED RESIDENT: Develops awareness of specific state or area of practice (ie. multiple states) veterinary regulations. Independently manages continuing education obligations to ensure compliance with licensure and specialty certification requirements.

ADVANCED RESIDENT: Provides basic training to others as a leader in the organization. Develops and maintains organizational framework to ensure workplace compliance with regulations. Uses data to identify areas that need improvement to meet requirements.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *8.3 Advocates for the health and safety of patients, clients and members of the team within the workplace. | ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Identifies risks and applies appropriate health and safety protocols. Advocates for workplace safety.

DEVELOPING RESIDENT: Provides direction to other to maintain health and safety and holds others accountable.

ACCOMPLISHED RESIDENT: Actively identifies areas for improvement and develops plans for change. Maintains records associated with health and safety. Identifies changes in worker status and elevates concerns to appropriate authority.

ADVANCED RESIDENT: Disseminates information related to health and safety. Adjusts safety protocols for employee situations to maintain compliance with pre-determined standards. Develops plans to ensure coverage of responsibilities.

**Comments on Financial and Practice Management:**

## 9. Scholarship

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *9.1 Practices evidence-based veterinary medicine (EBVM). | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Consistently translates information across settings. Incorporates evidence and experience to solve common problems.

DEVELOPING RESIDENT: Seeks evidence-based recommendations and engages in an iterative process of adaptation and improvement. Recognizes novel problems and customizes innovative solutions.

ACCOMPLISHED RESIDENT: Identifies, appraises, and critically evaluates reliable sources to provide progressive care.

ADVANCED RESIDENT: Integrates progressive and novel evidence-based approaches when appropriate into patient care. Continually adapts approaches from other specialties and species to own patients. Contributes to the advancement of patient care standards.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *9.2 Disseminates knowledge and practices to stakeholders. | ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

BELOW RESIDENT EXPECTATIONS: Creates and presents educational materials that advance knowledge for stakeholders.

DEVELOPING RESIDENT: Engages stakeholders to determine needs. Disseminates tailored educational materials and assesses impact.

ACCOMPLISHED RESIDENT: Perform timely accurate consultations for others, relative to their specialty. Creates effective presentations using primary literature resources from area of focus for expert audience.

ADVANCED RESIDENT: Utilizes a wide range of primary literature resources from across species and specialties for dissemination to others. Synthesizes personal experience with primary literature.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *9.3 Development of new knowledge. | ( ) | ( ) | (•) | ( ) | ( ) | ( ) | ( ) |

BELOW RESIDENT EXPECTATIONS: Explains research strategies and their application in veterinary medicine (e.g. quantitative, qualitative, mixed methods). Defines deductive and inductive theory.

DEVELOPING RESIDENT: Defines stages of hypothesis-driven research process (e.g. literature search, generation of hypothesis, methods). Explains basic research principles and methodology.

ACCOMPLISHED RESIDENT: Demonstrates application of scientific principles of research. Assesses appropriate use of statistics in literature. Identifies ethical principles for conducting research.

ADVANCED RESIDENT: Generate a hypothesis-driven problem and contributes to data analysis. Chooses appropriate statistical methods and applies them. Responsible for ethical compliance of research project.

| | Below Resident Expectations | --- | Developing Resident | --- | Accomplished Resident | --- | Advanced Resident |
|---|---|---|---|---|---|---|---|
| *9.4 Utilization of teaching and learning principles. | (•) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |

BELOW RESIDENT EXPECTATIONS: Engages learners regarding basic clinical and professional skills. Provides learners with specific feedback. Primarily centered on supporting learners with one-on-one teaching.

DEVELOPING RESIDENT: Solidifies veterinary medicine basic knowledge in accordance with own individual learning goals. Identifies own individual learning style and reflects on teaching styles. Participates a psychologically safe learning environment and demonstrates interest in learner development.

ACCOMPLISHED RESIDENT: Engages students individually or in groups. Develops strategies to assist learners to expand on basic knowledge while maintaining clinical efficiency and effective case management. Seeks opportunities and feedback to improve own teaching. Critically observes mentor teaching style for integration into own approach. Participates in formal teaching activities using educational principles of adult learning. Aligns self with network of peers to create multi-level scaffold to encourage a growth-based learning environment. Promotes a psychologically safe learning environment. Applies evidence-based principles of assessment. Adjusts delivery based on learner competence and goals.

ADVANCED RESIDENT: Implements a personal learning plan. Reflects and adapts teaching practice in real-time based on feedback, including student performance. Utilizes data to inform pedagogical decision-making. Delivers teaching in a variety of settings: classroom/groups/clinic/labs. Creates and upholds a psychologically safe environment with clear expectations of learners.

**Comments on Scholarship:**
Dr. Gabriel has been visibly reading and working on incorporating evidence-based medicine into her practice. Continue to work on strategies to teach and create a safe learning environment for students on the rotation.

***What is going well for this resident during this evaluation period?**
Improvement in clinical abilities, decision-making, and knowledge has been seen over the last several months
Communication with faculty has been going well. Nice job seeking out feedback regularly and understanding limitations, asking for help when necessary.
Time management and efficiency has improved, Dr. Gabriel prioritizes tasks appropriately more often and is becoming more independent in clinical abilities.
Good written documentation/discharge summaries that are generated on time and ready for review early. Also, discharges have been well-coordinated with clients and personal communication when possible.

***Where can this resident make some improvements in their performance:**
Continue to work on student communication and teaching strategies, creating a safe environment for students. Some students find Dr. Gabriel very approachable and a good teacher, but some perceive her as abrasive/condescending, as reflected in evaluations. As always, it is important to take away themes from student evaluations rather than individual criticisms. Continue to reflect on times when student teaching has gone well and attempt to implement these strategies. Particularly during stressful, urgent, or high-pressure situations, remember to keep in mind how your tone and communication might be perceived by others. Take a team approach as much as possible.

**RESIDENT ADVISORS: Please DO NOT fill out the following section on the HEAD EVALUATOR form (the following section should only be filled out on the individual contributing forms, so that it is not viewable to resident). Residents are able to see everything that is**

**submitted on the HEAD evaluator form.**

**Please rate this resident's overall performance during this evaluation period, according to your own observation and professional opinion:**

- ○ Unsatisfactory
- ◉ Borderline
- ○ Satisfactory

Did you encounter any issues that should be flagged to the attention of the Vice Chair, House Officer Success?

- ○ Yes
- ○ No

If you answered "yes" that there are issues with the resident, please indicate which areas should be addressed:

- ☐ Clinical Skills
- ☑ Communication
- ☐ Executive Functioning (organization, time management)
- ☐ Mental well being
- ☐ Medical knowledge, clinical reasoning or problem solving
- ☐ Professionalism

*Did you have an opportunity to meet with this trainee to discuss their performance?

Unanswered.

Gabriel, Sarah viewed this assessment on: **Aug 17, 2026**

*Did you have an opportunity to discuss your performance with your preceptor/supervisor?

- ◉ Yes
- ○ No

# EXHIBIT 14

Text messages with Dr. Hostnik, April 6, 2026


6:10
5G
29
Laura
A couple of things there: the foal should not have been let go until we had the neo poly dex the student went to get. Verifying with ophtho the plan - sid neo poly dex. You need to be focusing more on the task at hand than chatting, even if chatting about the case
Will do. Thank you for the feedback
Dr Hoke said BID for the neopolydex but said SID if thats all the owner can do.
Ok Davis said Sid
And sorry I would say these things in person but there is always a crowd you know
Can I give you a quick call?
Yep
iMessage

# EXHIBIT 15

Ophthalmology consultation report, April 6, 2026

| Date/Time | Type | Summary | Last Update |
|---|---|---|---|
| 04-06-2026 4:23:30pm | In-House Consult | **Sarah Hoke** **Ophthalmic Exam Findings** | *04-06-2026 4:35:10pm* Sarah Hoke |

Menace Response:
OU: positive

Pupillary Light Reflex:
OU direct and consensual: positive

Dazzle Reflex:
OU: positive

Palpebral Reflex:
OU: positive

Intraocular Pressure (IOP):
OD: Did not assess
OS: 8 mmHg/ TonoVet 1

Fluorescein Stain:
OD: Did not assess
OS: negative

**Photos obtained OS**

**Right eye findings:** Open and comfortable. No ocular discharge. Superior and inferior eyelid normal. TEL normal. No conjunctival hyperemia. Cornea normal. AC depth normal. No flare or cells. Iris and corpora nigra appear normal. Lens normal. Vitreous normal. ONH normal and fundic view normal.

**Left eye findings:** 1+ blepharospasm. Trace grey mucoid ocular discharge. Superior eyelid normal, inferior central 0.5cm dermal abrasion. TEL normal. 2+ conjunctival hyperemia. Dorsal paraxial 7mm horizontal linear white corneal scar (stain negative). AC depth normal, small central ventrally settled fibrin cloud. 2+ flare or 2+ cells. Iris and corpora nigra appear normal. Lens normal. Vitreous normal. ONH normal and fundic view normal though hazy due to anterior flare/cell.

Differential Diagnosis: Uveitis OS - trauma most likely, cannot exclude systemic disease (infectious [bacterial vs viral vs fungal] vs other)

Recommendations:

- Atropine applied OS once while in clinic
- NeoPolyDex OS Q12-24 for 7 days
- Banamine PO for 7 days

**Summary of findings:**
Patient has unilateral mild to moderate anterior uveitis secondary to trauma most likely given laterality and lack of other systemic abnormalities/signs. Typically the uveitis would be self-limiting but complications of robust/uncontrolled uveitis include synechia, secondary glaucoma, cataract. Recommend treating with both topical and oral support. We expect that, after ~ 1 week of therapy, the uveitis should be improved enough or resolved to be able to d/c medications. If signs of miosis develop in the next few days, O can apply topical atropine again. Prognosis is good for resolution of signs.

# EXHIBIT 16

Text messages with Dr. Hostnik, March 11, 2026


8:49
62
Laura
culture on him
As an outpatient
Ok
Mona doesn't have abdominocentesis submitted
I'll investigate that after rounds
Wed, Mar 11 at 4:23 PM
I can help with dharma when she gets here
Got a migraine so im just sitting in the res office
Thank you! Do you need any meds?
I took some they should start working now
But thank you!!
Wed, Mar 11 at 6:46 PM
Do you taper oxytocin before
iMessage

# EXHIBIT 17

Text messages with Dr. Hostnik, May 20, 2026


8:49
62
Laura
Oh that's good! Is it abnormal?
Wed, May 20 at 8:04 AM
Are you on your way?
I overslept.
Sorry im not feeling so well, I fell asleep at work at the end of the day in the office. Ill be in soon
(Its a very bad migraine) I am taking my meds now, will be able to drive shortly.
Wed, May 20 at 9:39 AM
Youre right - im going home after my patient is discharged
Ok
Wed, May 20 at 3:29 PM
Im feeling a bit better thank you for letting me come home to rest. Still got the balaa sunnies on but I can function
iMessage
Are we still meeting at 1pm?

# EXHIBIT 18

Text message to Dr. Hostnik reporting the June 27, 2026 incident


10:32
33
Laura
changed her PRN
Also I wanted you to know about something that happened today in iso 10... VA Jen, me, Brianna(student), were pretty much done with work up of a diarrhea foal / mare. Basically jen said I needed to give the foal more sedation. foal was not moving around anymore, and I gave 100mg xylazine at the start. I said no I think we can wrap this up soon without more, and she raised her voice. Said “sure whatever you want Gabriel “ in a way that made me and the student uncomfortable. Shes never raised her voice with me before, but I didnt like how I felt after that interaction.
I want you to know because im working on how to be a better resident and you see me more than anyone on the clinic floor. I dont want to cause more problems but this is one of those moments when I usually dont speak up and then we talk about it later in a meeting and I say I shouldve brought it up.
iMessage
snapped like that. I think she

# EXHIBIT 19

Dr. Hostnik reply text message, June 27, 2026

10:32

33

Laura

speak ... hen we talk ab...
it later i... eting and I say I
shoul... ht it up.

Ok thanks for letting me know. Obviously she shouldn't have snapped like that. I think she gets understandably frustrated when things are taking a while and foals are difficult to restrain. Of course I don't know what was happening today but I have just observed that sometimes you can get side tracked or distracted and less efficient because of that and that could really upset someone who is somewhat breaking their body to restrain for you. I don't want you to feel like I am taking "her side" or anything but just trying to shed light on her perspective for you because how else will you be able to make things better. I wonder if you ask to chat with her one on one to discuss how she can let you know when things are getting difficult for her and maybe you can let her know that you are trying?

Yes - maybe we can do that. Thanks for your input

Sun, Jun 28 at 7:16 AM

iMessage

night and will be recovering my
colic from surgery soon. No

# EXHIBIT 20

Letter from Jen Richards, on or about June 29, 2026

Dear Gabriel,

I am writing this to you today because I feel like we have been having some conflicts lately and I am much better at expressing matters like this in written form. I want to start off by apologizing for getting frustrated with you the other day. I am sorry that I lost my patience with you, and will try to refrain from doing so in the future. That being said I would like to address where that frustration came from. At times I become frustrated because you have a tendency to become distracted or off task but I try to be understanding. However lately there has been a different source behind my frustration.

First and foremost I like you as a person, and I respect you as a doctor. We both have the same goal, we are at work to help and do our best for the patients. I, however, have another objective to maintain safety and efficiency. I am tasked with maintaining the safety of not only you, but also the students, and

the patients. When I ask for another assistant to hold a mare, or when I appy an ear twitch or when I suggest more sedation I am doing so with the goal to keep us all safe. I would never want to see you or anyone else hurt. And I would not do anything to a horse to cause harm. I do not say this next part to be egotistical. I have worked very hard to develop a reputation for being trustworthy and for knowing how to handle a horse. I take great pride in knowing that Marino, Balaa, Hostnik, Rice, Burns, Kowalko and other doctors trust me to keep them safe.

I become frustrated with you because you tend to undermine my input in situations and I don't believe this is your intention but you can come off very disrespectful at times. I do not want to fight with you, I don't want to bicker back and forth. It is not fair to you or to me. We have the same goal. I'm not saying I'm always right, but I want you to understand there is a reasoning behind my actions and requests.

A two month old foal is a lot for me to handle, its got weight and power over me. If I'm asking for sedation, or applying an aid it is because I feel the situation could get out of control. A lot of the times I get beat up and I do tire out by the end, so you have to understand that the frustration comes from the fact that I am asking or informing you of something to make sure safety is met and you are blatantly ignoring and dismissing me.

I understand that I need to be more patient with you, but you need to allow me to handle the safety aspect of situations so that you can move forward with the medical care.

I hope you can see where I am coming from. I really want us to work well together and build a relationship. We are both team Medicine. And we have horses to save.

\- Jen Richards

# EXHIBIT 21

Text message from Dr. Hostnik, July 6, 2026


To: Laura Hostnik
Mon, Jul 6 at 5:03 PM
I'm sorry that the situation went with Jen went that way it was my intention to explain that you were working on your side of things, not for her to take my words
Mon, Jul 6 at 6:05 PM
Thank you, I really appreciate the message

# EXHIBIT 22

Emails from Dr. Hostnik, September 6, 2026

From: Hostnik, Laura <hostnik.2@osu.edu>
**Sent:** Sunday, September 6, 2026 6:32 PM
**To:** Gabriel, Sarah <gabriel.264@osu.edu>
**Cc:** Burns, Teresa <burns.402@osu.edu>; Toribio, Ramiro <toribio.1@osu.edu>
**Subject:** Re: Expectations for LAIM Residents

Monday, Aug 17: During transfer rounds, you did not know that one of your patients had a fever the previous evening. I communicated with you that evening that you should be reviewing the flow sheets each morning when evaluating the patients.

Wednesday, Aug 19: You took in 2 cases (Jake and Jellybean) the previous night on emergency (off clinics for daytime), and these cases were being transferred to medicine. I was present in the ICU that morning and saw that you did not go into the stall with Jake (stood outside with her bag and talked to the technician). You looked outside the stall at Jellybean, and then called owners.

Friday, Aug 21st: You took in two cases to be transferred to medicine (both in isolation) while you were off clinics for daytime. You were not seen to enter the stalls on isolation cameras that morning before transfer.

I discussed the previous concerns with you on the week of August 31st when you asked for my feedback. I also discussed concerns about taking initiative to look at/evaluate a case (consultation) before gathering sedation, rather than asking faculty how large the horse is.

On Sept 3rd, you arrived during journal club (due to migraine) and provided patient updates at 8:30am, during journal club. You had also said that you would be placing an IVC in the patient before rounds (not the biggest deal, but worth mentioning not following through).

On Sept 4th, you texted that you may bring your dog in because he was stung by a bee and face was swelling. I texted that this was fine as long as he was away during rounds/ procedures. You arrived during clinical correlations class and sent a patient update during class.

On Sept 5th, you texted that you woke up at 8:15am due to illness (patient rounds are at 8:30am). I said that I would ask Dr. Balaa to look at your patient.

The expectation that you are "falling short of" is not evaluating your patients and/or not arriving in time to do so. The standard minimum expectation is to perform a physical exam on your patient before class, come to class, and be attentive. One off

circumstances are fine, but the pattern is concerning, when you had 1-2 patients (Aug 19, 21 (2 patients), Sept 3rd-5th (1 patient)).

**Laura Dunbar Hostnik, DVM, MS, DACVIM**
Associate Professor - Clinical
Equine Internal Medicine
**The Ohio State University**
College of Veterinary Medicine
Galbreath Equine Center, 601 Vernon L Tharp St, Columbus, OH 43210
614-292-6661 Office
Hostnik.2@osu.edu

---

**From:** Gabriel, Sarah <gabriel.264@osu.edu>
**Date:** Sunday, September 6, 2026 at 6:22 PM
**To:** Hostnik, Laura <hostnik.2@osu.edu>
**Cc:** Burns, Teresa <burns.402@osu.edu>; Toribio, Ramiro <toribio.1@osu.edu>
**Subject:** Re: Expectations for LAIM Residents

Dr. Hostnik,

Thank you for putting your concerns in writing, and for sending the expectations document. I take patient care seriously, and I want to understand and address anything I have genuinely fallen short on.
To do that meaningfully, I need to understand the specifics. Your email describes a repeated pattern but does not identify any particular incident, and I cannot reflect on or correct something I cannot see clearly. So that I can respond properly and improve, could you please, for each incident you have in mind:

- identify the date and approximate time
- describe specifically what occurred or was observed
- identify the particular expectation, rule, or standard of care it fell short of
- explain how and why it fell short

With that, I can look at each instance honestly, learn from anything valid, and correct it. Without it, I am left responding to a general impression, which serves neither the patients nor my development as a resident.
I remain committed to meeting every expectation this year, and I genuinely welcome specific, concrete feedback.

Thank you,

Sarah Gabriel

---

**From:** Hostnik, Laura <hostnik.2@osu.edu>
**Sent:** Sunday, September 6, 2026 10:46 AM
**To:** Gabriel, Sarah <gabriel.264@osu.edu>
**Cc:** Toribio, Ramiro <toribio.1@osu.edu>; Burns, Teresa <burns.402@osu.edu>
**Subject:** Expectations for LAIM Residents

Hi Dr. Gabriel,
I wanted to follow up with our conversations this week regarding your performance. Based on my observations in the past few weeks, I have major concerns about patient care, particularly in being reliable, on time, and fully evaluating your patients (complete physical exam) each morning prior to class. There has been a repeated pattern of you not demonstrating these basic expectations. I've attached the resident expectations document that we went over last year. If there are circumstances that will prevent you from being on time, we expect that to be communicated to us and for you to arrange for another house officer to assume your responsibilities.

These are a minimum expectation, and we expect your patient assessments to become more accurate, detailed, and for you to be more reliable and knowledgeable as you enter your second year.

I believe I have discussed the specifics in detail over the last week, but if you need specifics or have other questions, let us know. We ask that you arrive with enough time to fully evaluate patients (physical exam at the level of a LAIM resident) before morning classes/meetings and provide an updated assessment.

Laura

**Laura Dunbar Hostnik, DVM, MS, DACVIM**
Associate Professor - Clinical
Equine Internal Medicine
**The Ohio State University**
College of Veterinary Medicine
Galbreath Equine Center, 601 Vernon L Tharp St, Columbus, OH 43210
614-292-6661 Office
Hostnik.2@osu.edu

# EXHIBIT 23

Reply to Dr. Hostnik, September 6, 2026

From: Gabriel, Sarah <gabriel.264@osu.edu>
**Sent:** Sunday, 06 September 2026 21:03:26
**To:** Hostnik, Laura <hostnik.2@osu.edu>
**Cc:** Burns, Teresa <burns.402@osu.edu>; Toribio, Ramiro <toribio.1@osu.edu>
**Subject:** Re: Expectations for LAIM Residents

Dr. Hostnik,

Thank you for the specifics. I've gone back and examined the record for each date.

**August 17, Charlie.** You are right that I did not know about the fever from the previous evening, and I should have. I have changed how I review flow sheets each morning and it has not recurred in the three weeks since. I do want to be clear on one point: I examined Charlie that morning. I was in the stall with Jenna, the student assigned to the case, and I placed my call to the owner from inside the stall. For the record, Charlie's treatment plan required a call to the resident taking calls on the case for any temperature above 101.5. The 8:00 p.m. temperature was charted at 102.4 and no call was made.

**August 19, Jake and Jellybean.** I examined Jellybean that morning. My update to Dr. Schroeder reports a heart rate of 48 that I obtained myself and gut sounds in all four quadrants, and revises my read of the ultrasound to thickened walls in the right flank, ileal region. A heart rate and four-quadrant auscultation are not obtainable from outside a stall. I examined Jake as well, though I have nothing beyond my own account of it.

**August 21, isolation.** I did not enter the isolation stalls before transfer that morning. My updates to Dr. Schroeder at 7:58 reflect what I had, including that Honey had passed a pile of diarrhea that was not noted on the sheet and a correction to Zahara's overnight temperature timing.

**On what my updates record.** My updates report clinical findings. Nothing requires me to state in them whether I entered a stall, and it has not been my practice to do so on any patient. My practice has been to examine the patient and then send the updates once I finish my morning tasks, which means the time on the message reflects when I sent the message, not when I examined the horse. My Jellybean update on August 19 went out at 8:20, some time after I had examined her that morning. Going forward I will note the exam time in the update so there is no ambiguity.

**Dr. Schroeder.** He was the attending on service on August 17, 19 and 21, and I communicated with him extensively on each of those mornings. He directed care on those patients based on what I reported. I would ask that his assessment of my performance on those three dates be part of any evaluation of them, since he is the person who was supervising the cases and receiving my reports at the time.

**September 3, 4 and 5.** These were three bad mornings and I am not going to pretend otherwise. September 3 was a migraine, September 4 my dog was stung by a bee, September 5 I woke up ill. I notified you in advance each time.

I would also like you to know that on Tuesday September 2 I asked you what was wrong, because I could sense something was off, and you told me you do not trust me. Those three mornings followed. I am not offering that as an excuse for any of them. I am telling you because being told by my attending that she does not trust me is the hardest thing anyone has said to me in this residency, and I have not been the same since.

If there is something specific underlying that, I would rather hear it directly and address it. I cannot correct a loss of trust I do not understand the basis for, and I would like the chance to.

I remain committed to meeting every expectation this year.

Sarah Gabriel

---

**From:** Hostnik, Laura <hostnik.2@osu.edu>
**Sent:** Sunday, September 6, 2026 6:32 PM
**To:** Gabriel, Sarah <gabriel.264@osu.edu>
**Cc:** Burns, Teresa <burns.402@osu.edu>; Toribio, Ramiro <toribio.1@osu.edu>
**Subject:** Re: Expectations for LAIM Residents

Monday, Aug 17: During transfer rounds, you did not know that one of your patients had a fever the previous evening. I communicated with you that evening that you should be reviewing the flow sheets each morning when evaluating the patients.

Wednesday, Aug 19: You took in 2 cases (Jake and Jellybean) the previous night on emergency (off clinics for daytime), and these cases were being transferred to medicine. I was present in the ICU that morning and saw that you did not go into the stall with Jake (stood outside with her bag and talked to the technician). You looked outside the stall at Jellybean, and then called owners.

Friday, Aug 21st: You took in two cases to be transferred to medicine (both in isolation) while you were off clinics for daytime. You were not seen to enter the stalls on isolation cameras that morning before transfer.

I discussed the previous concerns with you on the week of August 31st when you asked for my feedback. I also discussed concerns about taking initiative to look at/evaluate a case (consultation) before gathering sedation, rather than asking faculty how large the horse is.

On Sept 3rd, you arrived during journal club (due to migraine) and provided patient updates at 8:30am, during journal club. You had also said that you would be placing an IVC in the patient before rounds (not the biggest deal, but worth mentioning not following through).

On Sept 4th, you texted that you may bring your dog in because he was stung by a bee and face was swelling. I texted that this was fine as long as he was away during rounds/procedures. You arrived during clinical correlations class and sent a patient update during class.

On Sept 5th, you texted that you woke up at 8:15am due to illness (patient rounds are at 8:30am). I said that I would ask Dr. Balaa to look at your patient.

The expectation that you are "falling short of" is not evaluating your patients and/or not arriving in time to do so. The standard minimum expectation is to perform a physical exam on your patient before class, come to class, and be attentive. One off circumstances are fine, but the pattern is concerning, when you had 1-2 patients (Aug 19, 21 (2 patients), Sept 3rd-5th (1 patient)).

**Laura Dunbar Hostnik, DVM, MS, DACVIM**
Associate Professor - Clinical
Equine Internal Medicine
**The Ohio State University**
College of Veterinary Medicine
Galbreath Equine Center, 601 Vernon L Tharp St, Columbus, OH 43210
614-292-6661 Office
Hostnik.2@osu.edu

---

**From:** Gabriel, Sarah <gabriel.264@osu.edu>
**Date:** Sunday, September 6, 2026 at 6:22 PM
**To:** Hostnik, Laura <hostnik.2@osu.edu>
**Cc:** Burns, Teresa <burns.402@osu.edu>; Toribio, Ramiro <toribio.1@osu.edu>
**Subject:** Re: Expectations for LAIM Residents

Dr. Hostnik,

Thank you for putting your concerns in writing, and for sending the expectations document. I take patient care seriously, and I want to understand and address anything I have genuinely fallen short on.
To do that meaningfully, I need to understand the specifics. Your email describes a repeated pattern but does not identify any particular incident, and I cannot reflect on or correct something I cannot see clearly. So that I can respond properly and improve, could you please, for each incident you have in mind:

- identify the date and approximate time
- describe specifically what occurred or was observed
- identify the particular expectation, rule, or standard of care it fell short of
- explain how and why it fell short

With that, I can look at each instance honestly, learn from anything valid, and correct it. Without it, I am left responding to a general impression, which serves neither the patients nor my development as a resident.
I remain committed to meeting every expectation this year, and I genuinely welcome specific, concrete feedback.

Thank you,

Sarah Gabriel

---

**From:** Hostnik, Laura <hostnik.2@osu.edu>
**Sent:** Sunday, September 6, 2026 10:46 AM
**To:** Gabriel, Sarah <gabriel.264@osu.edu>
**Cc:** Toribio, Ramiro <toribio.1@osu.edu>; Burns, Teresa <burns.402@osu.edu>
**Subject:** Expectations for LAIM Residents

Hi Dr. Gabriel,
I wanted to follow up with our conversations this week regarding your performance. Based on my observations in the past few weeks, I have major concerns about patient care, particularly in being reliable, on time, and fully evaluating your patients (complete physical exam) each morning prior to class. There has been a repeated pattern of you not demonstrating these basic expectations. I've attached the resident expectations document that we went over last year. If there are circumstances that will prevent you from being on time, we expect that to be communicated to us and for you to arrange for another house officer to assume your responsibilities.

These are a minimum expectation, and we expect your patient assessments to become more accurate, detailed, and for you to be more reliable and knowledgeable as you enter your second year.

I believe I have discussed the specifics in detail over the last week, but if you need specifics or have other questions, let us know. We ask that you arrive with enough time to fully evaluate patients (physical exam at the level of a LAIM resident) before morning classes/meetings and provide an updated assessment.

Laura

**Laura Dunbar Hostnik, DVM, MS, DACVIM**
Associate Professor - Clinical
Equine Internal Medicine
**The Ohio State University**
College of Veterinary Medicine
Galbreath Equine Center, 601 Vernon L Tharp St, Columbus, OH 43210
614-292-6661 Office
Hostnik.2@osu.edu

# EXHIBIT 24

Report to the Civil Rights Compliance Office

# REPORT OF DISABILITY DISCRIMINATION AND RETALIATION CONCERNS AND REQUEST FOR SUPPORTIVE MEASURES

To: Civil Rights Compliance Office, The Ohio State University
civilrights@osu.edu
From: Sarah H. Gabriel, DVM
Resident, Equine Internal Medicine
Department of Veterinary Clinical Sciences, College of Veterinary Medicine
Gabriel.264@osu.edu | (818) 317-6177
Date: September 25, 2026

---

## 1. Summary

I am a resident in the Equine Internal Medicine residency program at the College of Veterinary Medicine. I have Attention Deficit Hyperactivity Disorder (ADHD). I have disclosed my diagnosis to the attendings in my department, and in particular I have discussed it at length, in confidence, with Dr. Laura Hostnik. I am reporting that, since that disclosure, characteristics associated with my disability have been used to (a) excuse the unprofessional conduct of staff toward me and to (b) frame me as the source of workplace problems, and that I have reason to believe information about my condition, or characterizations drawn from it, has been shared with members of the vet assistants and veterinary technicians. I am also concerned that a pending employment action against me may be retaliatory. I respectfully request an investigation and supportive measures.

## 2. Disclosure of My Disability

I have disclosed my ADHD diagnosis to all of the attendings in the Equine Internal Medicine section, including the section head, Dr. Ramiro Toribio. In particular, on or about April 19, 2026, I spoke with Dr. Hostnik at length about my ADHD, and explained that, as a result, I process verbal information more slowly than neurotypical people. That conversation took place in confidence while we were discussing our upcoming week on clinics together. At the time, I had been on probation since March 30, 2026. I have not disclosed my diagnosis to any technician or veterinary assistant in the program, including Veterinary Assistant Jen Richards.

## 3. The Incident of June 27, 2026

On June 27, 2026, Ms. Richards, a veterinary student (Brianna), and I were completing the workup of a foal with diarrhea and its mare in Isolation 10. Ms. Richards told me I needed to give the foal more sedation. I had given 100 mg of xylazine at the start, the foal was no longer moving, and in my clinical judgment we could finish without additional sedation. When I declined, Ms. Richards raised her voice and said, “sure whatever you want Gabriel,” in a way that made both the student and me uncomfortable.

I reported the incident to Dr. Hostnik by text message the same day (Exhibit A). I told her I was raising it because I am working on being a better resident and because this was the kind of moment I usually do not speak up about.

**4. Dr. Hostnik's Response**

Dr. Hostnik replied by text (Exhibit B). She acknowledged that Ms. Richards "shouldn't have snapped like that," but went on:

> "Of course I don't know what was happening today but I have just observed that sometimes you can get side tracked or distracted and less efficient because of that and that could really upset someone who is somewhat breaking their body to restrain for you."

By her own account, Dr. Hostnik did not know what had happened. Nonetheless, she attributed a technician's outburst to my being "side tracked or distracted," which are characteristics commonly associated with ADHD, the condition she knew I have. She then suggested that I approach Ms. Richards to reassure her "that you are trying." Rather than addressing a staff member's unprofessional conduct toward a resident physician, the response placed responsibility on me and on traits linked to my disability.

**5. Ms. Richards's Letter**

On or about June 29, 2026, Ms. Richards gave me a three-page handwritten letter (Exhibit C). It is addressed "Dear Gabriel," not "Dr. Gabriel." In it, Ms. Richards explains her frustration with me as follows:

> "At times I become frustrated because you have a tendency to become distracted or off task but I try to be understanding."

The letter also names Dr. Hostnik among the doctors who, Ms. Richards says, "trust me to keep them safe." The language in the letter closely mirrors Dr. Hostnik's text to me: "distracted or off task" in the letter, and "side tracked or distracted" in the text. I have never discussed my ADHD with Ms. Richards. I am concerned that my diagnosis, or characterizations of me drawn from it, have been discussed with technical staff, and that this framing is now being used to explain and excuse how staff treat me.

**6. Dr. Hostnik's July 6, 2026 Acknowledgment**

On July 6, 2026, Dr. Hostnik sent me the following text message (Exhibit D):

> "I'm sorry that the situation went with Jen went that way it was my intention to explain that you were working on your side of things, not for her to take my words"

This message confirms that Dr. Hostnik spoke with Ms. Richards about me after I reported the June 27 incident, and it indicates that the language in Ms. Richards's letter came from Dr. Hostnik herself.

### 7. Treatment Since My Disclosure

Since my disclosure, I have experienced a pattern of heightened scrutiny and adverse treatment, including the following:

- On or about September 1, 2026, Dr. Hostnik told me, "I can't trust you."
- Certain technicians address me as "Gabriel" rather than "Dr. Gabriel," unlike other residents.
- On September 24, 2026, Dr. Ramiro Toribio removed me from clinical duties following a medication dosing error. I learned of the error after evening rounds with the technicians on September 23, 2026, and brought it to Dr. Toribio's attention that evening. Recheck blood work performed 24 and 48 hours after the event confirmed no patient harm. The error involved a weight-unit issue in the Vet Radar software. It was characterized as a "pattern," although the only other dosing issue occurred during my first few months of residency. That issue involved a written request for the 100 mg/ml concentration of a drug that the hospital stocked only in the 200 mg/ml concentration (both concentrations exist and are widely used), and the incorrect dose was never given to the patient.
- On September 25, 2026, I met with Human Resources by Zoom regarding the September 23 dosing incident. I was told a decision would follow the next week.

### 8. Prior Report to the College

Later on September 24, 2026, the same day I was removed from clinical duties, I met with Dr. Alison Gardner, Associate Dean for Education and Student Success, and raised my concerns about disability discrimination. Dr. Gardner told me that she is a mandatory reporter and would need to report my concerns. I do not know whether a report reached this office, so I am filing this report directly.

### 9. Concern About Retaliation

I am concerned that employment action now under consideration, including possible dismissal from the residency, may be influenced by my disability and by my having raised these concerns. I ask that this office document the date of this report and take any steps available to ensure that decisions about my residency are free from discrimination and retaliation.

### 10. Requests

I respectfully request:

(a) An investigation of disability discrimination and harassment, and of whether information about my medical condition was shared without my consent.

(b) A reminder to the individuals involved of the University's prohibition on retaliation.

(c) Protection of the confidentiality of my medical information going forward.

(d) Referral to the appropriate University office to discuss reasonable accommodations.

(e) Review, for possible discrimination or retaliation, of any pending or future adverse action concerning my residency.

(f) Information about the process, my options, and my right to an advisor.

I can provide additional documents on request, including my evaluations, my probation letter, and further text messages. Thank you for your attention to this matter.

Respectfully,

Sarah H. Gabriel, DVM

**Exhibits**

Exhibit A: My text message to Dr. Hostnik reporting the incident, June 27, 2026.

Exhibit B: Dr. Hostnik's text message response, June 27, 2026.

Exhibit C: Handwritten letter from Jen Richards (3 pages), received June 29, 2026.

Exhibit D: Dr. Hostnik's text message, July 6, 2026.

# EXHIBIT A

*Text from Dr. Gabriel to Dr. Hostnik reporting the incident, June 27, 2026*



# EXHIBIT B

*Text response from Dr. Hostnik, June 27, 2026*



**EXHIBIT C (page 1 of 3)**

*Handwritten letter from Jen Richards, received June 29, 2026*



Dear Gabriel,

I am writing this to you today because I feel like we have been having some conflicts lately and I am much better at expressing matters like this in written form. I want to start off by apologizing for getting frustrated with you the other day. I am sorry that I lost my patience with you, and will try to refrain from doing so in the future. That being said I would like to address where that frustration came from. At times I become frustrated because you have a tendency to become distracted or off task but I try to be understanding. However lately there has been a different source behind my frustration.

First and foremost I like you as a person, and I respect you as a doctor. We both have the same goal, we are at work to help and do our best for the patients. I, however; have another objective to maintain safety and efficiency. I am tasked with maintaining the safety of not only you, but also the students, and

# EXHIBIT C (page 2 of 3)

*Handwritten letter from Jen Richards, received June 29, 2026*



the patients. When I ask for another assistant to hold a mare, or when I appy an ear twitch or when I suggest more sedation I am doing so with the goal to keep us all safe. I would never want to see you or anyone else hurt. And I would not do anything to a horse to cause harm. I do not say this next part to be egotistical. I have worked very hard to develop a reputation for being trustworthy and for knowing how to handle a horse. I take great pride in knowing that Marino, Balaa, Hostnik, Rice, Burns, Kownurko and other doctors trust me to keep them safe.

I become frustrated with you because you tend to undermine my input in situations and I don't believe this is your intention but you can come off very disrespectful at times. I do not want to fight with you, I don't want to bicker back and forth. It is not fair to you or to me. We have the same goal. I'm not saying I'm always right, but I want you to understand there is a reasoning behind my actions and requests.

# EXHIBIT C (page 3 of 3)

*Handwritten letter from Jen Richards, received June 29, 2026*



A two month old foal is a lot for me to handle, its got weight and power over me. If I'm asking for sedation, or applying an aid it is because I feel the situation could get out of control. A lot of the times I get beat up and I do tire out by the end, so you have to understand that the frustration comes from the fact that I am asking or informing you of something to make sure safety is met and you are blatantly ignoring and dismissing me.

I understand that I need to be more patient with you, but you need to allow me to handle the safety aspect of situations so that you can move forward with the medical care.

I hope you can see where I am coming from. I really want us to work well together and build a relationship. We are both team Medicine. And we have horses to save.

- Jen Richards

# EXHIBIT D

*Text message from Dr. Hostnik, July 6, 2026*



# EXHIBIT 25

Emails from Kristi Pyke, Office of Human Resources

9:33

Employment status

**Pyke, Kristi** 9:32 PM

To Yaxley, Page and You

Hello Dr. Gabriel,

Thank you for your patience. Please remember that you are not on any sort of administrative leave and there is no formal investigation being performed related to the concern discussed with you and at this time you are simply not permitted to work on clinical cases until further notice. In the meeting, you were instructed to continue to attend classes, journal clubs and work on any outstanding medical records or research. It is our understanding that you have not been attending journal club meetings or other commitments.

If you return to California and do not attend the above, you will be considered absent and must submit the proper leave requests subject to approval.

Please let us know if you have any additional questions.

Kristi

Dear Dr. Gabriel,

I am responding on behalf of Dr. Toribio and Dr. Yaxley.

On September 24, 2026, at approximately 8:00 a.m., you met with Drs. Yaxley and Toribio regarding a patient care (Venetia Colt 2026) concern involving a medication error. At that time, you were informed that, pending further review of the matter, you would be temporarily removed from direct patient care responsibilities until further notice.

According to Drs. Yaxley and Toribio, you were instructed to continue fulfilling your other academic and professional responsibilities, including attending book club, journal club, and coursework, as well as working on research projects and other applicable obligations. Dr. Yaxley further advised that these responsibilities could be completed either from the resident office within the hospital or remotely from home. You were not advised that you had been placed on administrative leave or otherwise instructed that you should not report to campus. Dr. Yaxley also explained that this period should be treated in a manner consistent with an off-clinic period.

As previously communicated, if you intend to take a personal leave of absence, you will need to submit the appropriate leave request through the applicable process and to the appropriate individuals.

The patient care concern referenced above remains under review. We will communicate with you regarding next steps as appropriate.

Kristi

# EXHIBIT 26

Email from Christina Cunningham, Office of Human Resources,
October 16, 2026

3:59

Request for assistance. Resident removed fr...

Get Outlook for iOS

...

Inbox

CC Cunningham, Christina Oct 16
To You, Hoge, Kristi, +2

Hi Sarah,

I'm aware that Krist Pyke provided you clarification on your current status, that the patient care concern is still under review, as well as expectations for you at this time, which I consulted with her on. Please continue to direct questions to Drs. Toribio and Yaxley or Kristi.

Thank you,
Christina

...

Will do, thank you. | Thank you, I will do that.

Reply All

Mail | Calendar | Apps

# EXHIBIT 27

Emails from Dr. Gabriel to Dr. Toribio requesting authorization for the ACVIM General Examination, October 2 and October 13, 2026

LAIM General Board exam authorization

Draft saved at 10:43

Dr. Toribio,

My registration for the ACVIM General Examination requires authorization by my resident advisor. Please complete this letter format at your earliest convenience, and I can submit it.

The format for authorization:

Letter from your Resident Advisor confirming dates of program & satisfactory progress thus far. The letter must be signed by your Resident Advisor, written on your Sponsoring Institution's letterhead, and added to the shared Datto folder linked above.

Thank you,

Sarah Gabriel

materials:

October 1, 2026.
after October 1, 2026.
)ctober 2 – October 15, 2(
strations will not be accep

Dr. Toribio,

I am following up with my previous email to ask for a letter in order to complete registration for the General Examination in 2027. Dr. Burns sent me a letter on October 1st, 2026, that was accepted as a temporary letter, per Adam Lanier at ACVIM. I have attached a draft of the letter, which only needs your electronic signature. Please send me a copy of the letter with your signature on or before October 15th, 2026.

I am also inquiring about my current expectations as a LAIM resident. I was sent home on September 24 and was interviewed by HR on September 25 about my dosage error incident involving 2026 Venetian Colt. I was told by HR that I would hear back "within a week or so". It has been 18 days since the interview, and I have not heard from anyone. I have been checking in with Dr. Burns regarding her class, and she has relayed to me over text message that I am not obligated to attend but am welcome to if I would like.

Please let me know the following:

1. If and when can I expect to return to clinical duties?
2. What are the findings of the investigation that I was told on September 24 was being conducted?
3. What are my expectations while I am at home?
4. How is this time off clinics impacting my progress as a LAIM resident?

Sincerely,

Sarah Gabriel, DVM
Equine Internal Medicine Resident
Ohio State University

# EXHIBIT 28

Email from Dr. Gabriel to the American College of Veterinary Internal Medicine, November 1, 2026

**From:** "Gabriel, Sarah" <gabriel.264@osu.edu>
**To:** "Nicole@acvim.org" <Nicole@acvim.org>, "annie@acvim.org" <annie@acvim.org>, "krysta@acvim.org" <krysta@acvim.org>
**Date:** Sun, 01 Nov 2026 21:27:25 +0000
**Subject:** Question regarding residency credit during an extended removal from clinical duties

---

Dear Ms. Finn, Ms. Swann and Ms. Chapin,

My name is Sarah Gabriel, and I am a second-year equine internal medicine resident at Ohio State University. I am writing because I have a question about how my residency training time is being treated, and I do not believe my program is in a position to answer it.

On September 24, 2026, I was removed from clinical duties following a dosage error that was self reported, that resulted in no harm to the patient. I have now been off clinical service for thirty-eight days.

I have never been given written notice of my employment or training status. On October 12 the College's Human Resources Director wrote to me that I am "not on any sort of administrative leave," that "there is no formal investigation being performed," and that I am "simply not permitted to work on clinical cases until further notice." On October 14 the same office wrote that the matter is "pending further review" and "remains under review." No policy or Handbook provision has been identified to me, no end date has been given, and I have asked for both in writing without receiving an answer.

My advisor and section head has declined to communicate with me directly since September 24.

My questions are about credentialing rather than about the underlying dispute, which is being handled elsewhere:

1. How is an extended period off clinics and off on call services treated if I am still satisfying my minimum weeks required per the RTO form?
2. Is there a process by which ACVIM inquires of a program when a resident's training is interrupted for an extended period without a stated basis?

I am asking because I cannot plan my training year, document my case log, or know whether I am on track for credentialing without knowing how this period will be counted. My program has not told me, and I would rather raise this with ACVIM now than discover a credentialing problem later when filling out next year's RTO form. I would also like to change my current resident advisor from Dr. Ramiro Toribio to Dr. Teresa Burns (who is my current research advisor).

I am happy to provide the correspondence I have described, and I am available to speak by phone at any time.

Thank you for your help.

Sarah H. Gabriel, DVM
Resident, Equine and Large Animal Internal Medicine
The Ohio State University College of Veterinary Medicine
(818) 317-6177

# EXHIBIT 29

Email exchange with the American College of Veterinary Internal Medicine, November 1 and 3, 2026

From: Gabriel, Sarah <gabriel.264@osu.edu>
**Sent:** Tuesday, 03 November 2026 15:34:30
**To:** Krysta Chapin <krysta@acvim.org>
**Subject:** Re: Question regarding residency credit during an extended removal from clinical duties

Krysta,

Thank you for your reply. I will look out for future emails regarding this issue.

Sarah H. Gabriel, DVM
Resident, Equine and Large Animal Internal Medicine
The Ohio State University College of Veterinary Medicine
(818) 317-6177

---

**From:** Krysta Chapin <krysta@acvim.org>
**Sent:** Tuesday, November 3, 2026 2:45 PM
**To:** Gabriel, Sarah <gabriel.264@osu.edu>
**Cc:** Nicole Finn <nicole@acvim.org>; Annie Swan <annie@acvim.org>; Finn Ruehrdanz <finn@acvim.org>
**Subject:** Re: Question regarding residency credit during an extended removal from clinical duties

Hi Dr. Gabriel,

Thank you for reaching out and bringing these concerns to our attention. We understand your desire to clarify how this interruption may affect your residency training and future credentialing.

We will reach out to your Program Director to better understand your current training status. If needed, we will involve the Residency Training Committee (RTC) to determine how this time should be documented for credentialing purposes.

We have also noted your request to change your Resident Advisor to Dr. Teresa Burns and will follow up regarding that request as well.

We will be in touch once we have more information.

Best,
Krysta

**K.S. Chapin, M.Ed.** | She/her
Senior Accreditation & Training Programs Manager
American College of Veterinary Internal Medicine (ACVIM)
116 Inverness Drive E., Suite 375, Englewood, CO 80112
O: 303.962.1839
ACVIM.org | ACVIMForum.org | VetSpecialists.com

**Office hours:** Monday-Friday: 7:30 am - 5:00 pm MT

---

**From:** Gabriel, Sarah <gabriel.264@osu.edu>
**Sent:** Sunday, November 1, 2026 2:27 PM
**To:** Nicole Finn <nicole@acvim.org>; Annie Swan <annie@acvim.org>; Krysta Chapin <krysta@acvim.org>
**Subject:** Question regarding residency credit during an extended removal from clinical duties

Some people who received this message don't often get email from gabriel.264@osu.edu. Learn why this is important

Dear Ms. Finn, Ms. Swann and Ms. Chapin,

My name is Sarah Gabriel, and I am a second-year equine internal medicine resident at Ohio State University. I am writing because I have a question about how my residency training time is being treated, and I do not believe my program is in a position to answer it.

On September 24, 2026, I was removed from clinical duties following a dosage error that was self reported, that resulted in no harm to the patient. I have now been off clinical service for thirty-eight days.

I have never been given written notice of my employment or training status. On October 12 the College's Human Resources Director wrote to me that I am "not on any sort of administrative leave," that "there is no formal investigation being performed," and that I am "simply not permitted to work on clinical cases until further notice." On October 14 the same office wrote that the matter is "pending further review" and "remains under review." No policy or Handbook provision has been identified to me, no end date has been given, and I have asked for both in writing without receiving an answer.

My advisor and section head has declined to communicate with me directly since September 24.

My questions are about credentialing rather than about the underlying dispute, which is being handled elsewhere:

1. How is an extended period off clinics and off on call services treated if I am still satisfying my minimum weeks required per the RTO form?

2. Is there a process by which ACVIM inquires of a program when a resident's training is interrupted for an extended period without a stated basis?

I am asking because I cannot plan my training year, document my case log, or know whether I am on track for credentialing without knowing how this period will be counted. My program has not told me, and I would rather raise this with ACVIM now than discover a credentialing problem later when filling out next year's RTO form. I would also like to change my current resident advisor from Dr. Ramiro Toribio to Dr. Teresa Burns (who is my current research advisor).

I am happy to provide the correspondence I have described, and I am available to speak by phone at any time.

Thank you for your help.

Sarah H. Gabriel, DVM
Resident, Equine and Large Animal Internal Medicine
The Ohio State University College of Veterinary Medicine
(818) 317-6177