UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Sarah Gabriel

Plaintiff,

v.

Case No.: 2:26−cv−01720−ALM−CMV
District Judge Algenon L Marbley

The Ohio State University Board of Trustees

Defendant.

ORDER

The undersigned gives notice that (s)he is an adjunct professor for compensation at Moritz College of Law, The Ohio State University. The lawsuit filed in this case does not involve the law school, but does involve The Ohio State University. The undersigned has no relationship with any part of The Ohio State University unaffiliated with the law school. In an abundance of caution, the undersigned gives notice to the parties that (s)he will recuse if any party makes such request within ten days from the date of this Order or ten days of the party entering an appearance in the case.

**IT IS HEREBY ORDERED.**

November 25, 2026
(Date)

/s/ Algenon L Marbley
Algenon L Marbley
United States District Judge

/s/ Chelsey M. Vascura
Chelsey M. Vascura
United States Magistrate Judge